Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@amwolawaz.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al., | Case No.:  2:17-CV-00119-SPL |
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| City of Casa Grande, et al., | (Assigned to the Honorable Steven P. Logan) |
| Defendants. | |

PLEASE TAKE NOTICE that on January 3, 2018, Plaintiffs James Denby, Elizabeth Torres, and Wilma Logston served their First Supplemental Disclosure Statement, Plaintiffs' Responses To Defendants City Of Casa Grande And Pinal County's First Set Of Non-Uniform Interrogatories, and Plaintiffs' Response To Defendants City Of Casa Grande And Pinal County's First Request For Production Of Documents on all counsel via US mail and or e-mail.

**RESPECTFULLY SUBMITTED** this 3rd day of January 2018.

**ANGELINI MILLS WOODS + ORI LAW**


By___/s/ Sean A. Woods_____
        Robert T. Mills
        Sean A. Woods
        Jordan C. Wolff
        5055 N 12th Street, Suite 101
        Phoenix, AZ  85014
        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison
Sims Murray Jellison, LTD.
3101 North Central Avenue, Suite 870
Phoenix, AZ 85012
*Attorney for Defendants City of Casa Grande, Pinal County, Paul Babeu, Francisco Lujan, Kent Horn, David Engstrom, Mark McCabe, Jacob Robinson, C. Western, Michael Wilson, Garric Berry, Jane Doe Berry, Christopher Lapre, Sgt. Gregg, and Rory Skedel*

/s/ Jordan C. Wolff