IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Denby, et al., | No. CV-17-00119-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| City of Casa Grande, et al., | |
| Defendants. | |

Having considered Defendants' request,

**IT IS ORDERED** that the Motion for Clarification (Doc. 84) is **granted**. The deadlines in the Court's Case Management Order remain in effect.

Dated this 11th day of May, 2018.

Honorable Steven P. Logan
United States District Judge