**JELLISON LAW OFFICES, PLLC**
3101 North Central Avenue
Suite 870
Phoenix, Arizona 85012
Telephone:  (602) 772-5520
Facsimile:  (602) 772-5509
E-mail:  jim@jellisonlaw.com

JAMES M. JELLISON, ESQ.  #012763

Attorney for Defendants City of Casa Grande, Pinal County, Paul Babeu, Francisco and Jane Doe Lujan, Kent and Jane Doe Horn, David and Jane Doe Engstrom, Mark and Jane Doe McCabe, Jacob Robinson, C. Western, Michael and Jane Doe Wilson, Garric and Jane Doe Berry, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, Rory Skedel, JJ and Jane Doe Ybarra (collectively, the "City and County Defendants")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, *et. al.*,<br><br>                    Plaintiffs,<br>v.<br><br>City of Casa Grande, et. al.,<br><br>                    Defendants. | Case No.:  2:17-CV-0119-SPL<br><br>**REPLY TO MOTION FOR EXTENSION OF TIME TO FILE DISPOSITVE MOTIONS, OR, IN THE ALTERNATIVE, MOTION FOR RULINGS ON PENDING MOTIONS IN ORDER PRESENTED** |

In their Motion For Extension (Doc. 89), the City and County Defendants requested 1) an extension of time to file their dispositive motion, or 2) in the alternative, the pending Rule 12(b)(6) motion be decided first if this Court did not change the dispositive motions deadline of July 6, 2018.  Because this Court did not alter the July 6, 2018 deadline, the City and County Defendants complied with the Court's Scheduling Order and filed their Motion for Summary Judgment on July 3, 2018.  (Doc. 91).  Accordingly, the City and County Defendants' Motion requesting an extension of the dispositive motions deadline is moot, as is Plaintiffs' "after-the-fact" non-opposition to the requested extension.  (Doc. 93, p. 2, lls. 9-10).

1

In their Response, Plaintiffs do not state a clear position on the alternative request that the Court first decide the pending Rule 12(b)(6) Motion and then proceed, if necessary, to a decision on the pending Rule 56 Motion.  (*See,* Doc. 93).  The Response, however, does not state an objection to the suggested procedure where there are simultaneously pending Rule 12(b)(6) and Rule 56 Motions – which is now the case.  (*Id.*).

Contrary to Plaintiffs' suggestion, the parties do not "reside in a state of flux." (Doc. 93, p. 2, ll. 12).  There are no Court-imposed deadlines that remain and, accordingly, none that need to be extended.  Indeed, the Court has steadfastly declined, in the face of both stipulated and unilateral requests, to extend the Court's discovery deadline which, as of this time, has long since passed. (Docs. 49, 80, 85).

On June 12, 2017 the City and County Defendants made their first attempt to stay the case deadlines pending the resolution of a pending Motion to Dismiss raising qualified immunity.  That request was denied on June 13, 2017.  (Doc. 49)

On February 1, 2018 the parties filed a Joint Stipulated Motion for Stay of Discovery pending the resolution of the pending qualified immunity issue. (Doc. 78).  That joint request was denied on March 31, 2018.  (Doc. 80).

On May 7, 2018 the City and County Defendants filed their Motion for Clarification specifically requesting whether the original deadlines were deemed vacated by the Court. (Doc. 84).  On May 11, 2018 the Court's Order clarified, and affirmed, that the deadlines in the Court's Case Management Order remain in effect, including the discovery deadline. (Doc. 85).

By the time the dispositive motions deadline came around, it was clear the Court did not intend to grant the parties any additional time for discovery.

Accordingly, with the closure of deadlines, and pending motions as they are, the City and County Defendants respectfully request this Court first rule on the pending Rule 12(b)(6) Motion and, if any claim remains, rule on the pending Rule 56 Motion no earlier than 35 days later.

DATED this 18th day of July, 2018.

JELLISON LAW OFFICES, PLLC


s/James M. Jellison
James M. Jellison
*Attorney for the City and County Defendants*

I hereby certify that on July 18, 2018
I electronically transmitted the attached document
to the Clerk's Office using the
CM/ECF System for filing.

Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*


s/Kasey M. Rivera