IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Casa Grande, et al.,<br><br>    Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

Having reviewed Plaintiffs' Motion for Extension of Time to File Dispositive Motions, or in the Alternative, Motion for Rulings on Pending Motions in Order Presented (Doc. 89) and Plaintiffs' Motion to Deny or Stay Defendants' Motion for Summary Judgment (Doc. 95),

**IT IS ORDERED** that the Motion to Stay the Motion for Summary Judgment (Doc. 95) is **denied**. Plaintiffs must respond to the Motion for Summary Judgment by **February 15, 2019**, and Defendants shall reply by **March 1, 2019**. No extensions will be granted.

**IT IS FURTHER ORDERED** that the Motion for Extension of Time to File Dispositive Motions (Doc. 89) is **denied as moot** because Plaintiffs' Motion for Summary Judgment (Doc. 91) is now on file.

///

///

///

///

1       **IT IS FURTHER ORDERED** that the Motion for Rulings on Pending Motions in
2 Order Presented (Doc. 89) is **denied**.
3       Dated this 18th day of January, 2019.

                                                    Honorable Steven P. Logan
                                                    United States District Judge