IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>City of Casa Grande, et al.,<br><br>           Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER**[1] |

Having reviewed Plaintiffs' Motion for Extension of Time to File Dispositive Motions, or in the Alternative, Motion for Rulings on Pending Motions in Order Presented (Doc. 89) and Plaintiffs' Motion to Deny or Stay Defendants' Motion for Summary Judgment (Doc. 95),

**IT IS ORDERED** that the Motion to Stay the Motion for Summary Judgment (Doc. 95) is **denied**. Plaintiffs must respond to the Motion for Summary Judgment by **February 15, 2019**, and Defendants shall reply by **March 1, 2019**. No extensions will be granted.

**IT IS FURTHER ORDERED** that the Motion for Extension of Time to File Dispositive Motions (Doc. 89) is **denied as moot** because Defendants' Motion for Summary Judgment (Doc. 91) is now on file.

///

///

---

[1] This Order supersedes the Court's January 22, 2019 Order (Doc. 99).

1 |      **IT IS FURTHER ORDERED** that the Motion for Rulings on Pending Motions in Order Presented (Doc. 89) is **denied**.

     Dated this 23rd day of January, 2019.

*[signature]*
Honorable Steven P. Logan
United States District Judge