# EXHIBIT 1

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al., | Case No.: 2:17-CV-00119-SPL |
| Plaintiffs, | **DECLARATION OF JORDAN C. WOLFF** |
| vs. | |
| City of Casa Grande, et al., | (Assigned to the Honorable Steven P. Logan) |
| Defendants. | |

I, JORDAN C. WOLFF, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.     I am over the age of eighteen and competent to testify to the matters set forth in this Declaration.

2.     I am Plaintiff's attorney and in order to respond to Defendants' Motion for Summary Judgment, Plaintiffs will need to conduct, at a minimum, the following discovery in order to demonstrate that the defendants are not entitled to summary judgment:

3.     In connection with the Casa Grande and Pinal County Sheriff's Office policies Plaintiffs would make document requests for the relevant policies that were in place before, during, and after the events alleged in the Second Amended Complaint. Such policies include the use of force when serving search or arrest warrants; the use of chemical agents such as tear gas and pepper spray; the use of flash-bang devices; the procedures to search a residence; procedures used to secure a residence for the purpose of serving search or arrest warrants; policies for use of robots

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85004
480.999.4556

(including all types of robots that were used in the events alleged in the Second Amended Complaint. Such information will permit Plaintiffs to determine whether these or other policies are unconstitutional.

4.     In connection with the Casa Grande and Pinal County Sheriff's Office customs and practices claims, Plaintiffs would make document requests and interrogatory requests for information related to the policies listed above. Such information includes whether officers at Casa Grande Police Department or Pinal County Sheriff's Office are known to disregard policies established and promulgated by the Pinal County Sheriff or the Casa Grande Police Department. Such information would also include whether supervisors in the Pinal County Sheriff's Office or Casa Grande Police Department knew of any of the individual defendants who routinely violate policies or clearly established law and are not penalized, are permitted to remain employed, or are not trained/retrained on constitutional practices.

5.     In regard to the individual officer defendants, Plaintiffs would make document requests for employment files for each individual officer in order to ascertain the education and training of the officers and to determine whether any individual officer has a history or proclivity toward destruction of property or excessive use of force that is demonstrated in his prior employment history – whether at Pinal County, Casa Grande Police Department, or elsewhere.

6.     In regard to the individual officer defendants, Plaintiff would notice and conduct depositions of the officer defendants to get more information about the events alleged in the Second Amended Complaint and described in the various incident reports. Specific questions that would be asked would include: how the individual officers came to believe the statements made in their affidavits or in the incident reports and whether the source of that information is credible and reliable; who issued instructions for that day and how those instructions were followed by individual officers; who authorized the use of the Bearcat and on what basis; what information was provided to the officers about weapons in the home and who verified whether that information was accurate.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85004
480.999.4556

7.     In regard to the individual officers associated with SWAT operations, the Plaintiffs would request information as to training and as to tactics used to execute the search of Plaintiffs' residence.

**DATED** this 15th day of February 2019.

Jordan C. Wolff

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85004
480.999.4556

# EXHIBIT 2



DENBY000513



DENBY000514



DENBY000515



DENBY000516





DENBY000519



DENBY000520



DENBY000521



DENBY000523



DENBY000524



DENBY000525



DENBY000528



DENBY000532

DENBY000536





DENBY000538

DENBY000543





DENBY000544



DENBY000545



DENBY000546



DENBY000548

DENBY000549





DENBY000551



DENBY000559



DENBY000560



DENBY000561



12/17/2014

DENBY000565



DENBY000566



DENBY000575



DENBY000583



DENBY000584



DENBY000585



DENBY000587



DENBY000589



DENBY000590



DENBY000592



12/17/2014

DENBY000593



12/17/2014

DENBY000595



DENBY000596



01/07/2015

DENBY000612



01/07/2015

DENBY000622



01/07/2015

DENBY000623



DENBY000626



DENBY000629



DENBY000632



DENBY000633



01/07/2015

DENBY000638



DENBY000643



01/12/2015

DENBY000657





DENBY000679



DENBY000689



01/29/2015

DENBY000690



DENBY000691



01/29/2015

DENBY000698



01/29/2015

DENBY000699



DENBY000707