Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Casa Grande, et al.,<br><br>    Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**PLAINTIFFS' SEPARATE STATEMENT OF FACTS ("PSOF")**<br><br>(Assigned to the Honorable Steven P. Logan) |

Pursuant to Rule 56(c), in response to Defendants' Motion for Summary Judgment, Plaintiffs hereby submit the following Statement of Facts ("PSOF"):

## EXHIBITS

1. Declaration of Jordan Wolff
2. Images of Damages
3. Partial List of Destroyed Property
4. Hotel Bills
5. Various Bills for housing and replacement items
6. Tear Gas Saturation

## PLAINTIFFS' STATEMENT OF FACTS

1. When SWAT entered the Property, they ransacked the home and destroyed Plaintiffs' personal property. Photographs of damage of Plaintiffs' home, a true and correct copy of which is submitted as Exhibit 3 to Plaintiffs' Response.

2. The Property was uninhabitable due to the destruction and incredible amounts of chemicals that were used. Plaintiffs had to stay at hotels for several months afterward. See Hotel reimbursement form, a copy of which is attached as Exhibit 4; Tear Gas Saturation document, a true and correct copy is attached as Exhibit 6.

3. Plaintiffs lived in the hotel and incurred significant costs in terms of laundry, groceries, and other items because their home was destroyed and was not habitable. See Various bills for housing and replacement items, a true and correct copy of which is attached as Exhibit 5.

4. When the SWAT team entered the Property, they destroyed Plaintiff's record collection, tools, computers, and other valuable personal property that was not reasonably necessary to the search for Ochoa. Exhibit 3.

**RESPECTFULLY SUBMITTED** this 15th day of February 2019.

**MILLS + WOODS LAW, PLLC**
By   /s/ Sean A. Woods
    Sean A. Woods
    Robert T. Mills
    Jordan C. Wolff
    5055 N. 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison
Sims Murray Jellison, LTD.
3101 North Central Avenue, Suite 870
Phoenix, AZ 85012
*Attorney for Attorney for Defendants City of Casa Grande, Pinal County, Paul Babeu, Francisco Lujan, Kent Horn, David Engstrom, Mark McCabe, Jacob Robinson, C. Western, Michael Wilson, Garric Berry, Jane Doe Berry, Christopher Lapre, Sgt. Gragg, and Rory Skedel*

   /s/ Jordan C. Wolff