Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>City of Casa Grande, et al.,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**PLAINTIFFS' CONTROVERTING STATEMENT OF FACTS**<br><br>(Assigned to the Honorable Steven P. Logan) |

Plaintiffs, by and through undersigned counsel, hereby submit their controverting statement of facts.

## **CONTROVERTING STATEMENT OF FACTS**

1. Undisputed.

2. Plaintiff does not have sufficient information to admit or controvert Paragraph 2.

3. Plaintiff does not have sufficient information to admit or controvert Paragraph 3.

4. Plaintiff does not have sufficient information to admit or controvert Paragraph 4.

5. Plaintiff does not have sufficient information to admit or controvert Paragraph 5.

6. Plaintiff does not have sufficient information to admit or controvert Paragraph 6.

7. Undisputed.

8. Plaintiff does not have sufficient information to admit or controvert Paragraph 8.

9. Plaintiff does not have sufficient information to admit or controvert Paragraph 9.

10. Plaintiff does not have sufficient information to admit or controvert Paragraph 10.

11. Plaintiff does not have sufficient information to admit or controvert Paragraph 11.

12. Plaintiff does not have sufficient information to admit or controvert Paragraph 12.

13. Plaintiff does not have sufficient information to admit or controvert Paragraph 13.

14. Plaintiff does not have sufficient information to admit or controvert Paragraph 14.

15. Plaintiff does not have sufficient information to admit or controvert Paragraph 15.

16. Undisputed.

17. Undisputed.

18. Plaintiff does not have sufficient information to admit or controvert Paragraph 18.

19. Plaintiff does not have sufficient information to admit or controvert Paragraph 19.

20. Plaintiff does not have sufficient information to admit or controvert Paragraph 20.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85004
480.999.4556

21. Plaintiff does not have sufficient information to admit or controvert Paragraph 21.

22. Plaintiff does not have sufficient information to admit or controvert Paragraph 22.

23. Plaintiff does not have sufficient information to admit or controvert Paragraph 23.

24. Plaintiff does not have sufficient information to admit or controvert Paragraph 24.

25. Plaintiff does not have sufficient information to admit or controvert Paragraph 25.

26. Plaintiff does not have sufficient information to admit or controvert Paragraph 26.

27. Plaintiff does not have sufficient information to admit or controvert Paragraph 27.

28. Plaintiff does not have sufficient information to admit or controvert Paragraph 28.

29. Plaintiff does not have sufficient information to admit or controvert Paragraph 29.

30. Plaintiff does not have sufficient information to admit or controvert Paragraph 30.

31. Plaintiff does not have sufficient information to admit or controvert Paragraph 31.

32. Plaintiff does not have sufficient information to admit or controvert Paragraph 32.

33. Plaintiff does not have sufficient information to admit or controvert Paragraph 33.

34. Undisputed.

35. Undisputed.

36. Undisputed.

37. Plaintiff does not have sufficient information to admit or controvert Paragraph 37.

38. Plaintiff does not have sufficient information to admit or controvert Paragraph 38.

39. Plaintiff does not have sufficient information to admit or controvert Paragraph 39.

40. Plaintiff does not have sufficient information to admit or controvert Paragraph 40.

41. Plaintiff does not have sufficient information to admit or controvert Paragraph 41.

42. Plaintiff does not have sufficient information to admit or controvert Paragraph 42.

43. Plaintiff does not have sufficient information to admit or controvert Paragraph 43.

44. Undisputed.

45. Plaintiff does not have sufficient information to admit or controvert Paragraph 45.

46. Plaintiff does not have sufficient information to admit or controvert Paragraph 46.

47. Plaintiff does not have sufficient information to admit or controvert Paragraph 47.

48. It is undisputed that SWAT announced via PA system that Ochoa had five minutes to exit the Residence, but Plaintiff does not have sufficient information to admit or controvert the remaining facts alleged in Paragraph 48.

49. It is undisputed that chemical munitions were fired into the residence, but Plaintiff does not have sufficient information to admit or controvert the remaining facts alleged in Paragraph 49.

50. Undisputed.

51. Plaintiff does not have sufficient information to admit or controvert Paragraph 51.

52. Undisputed.

53. Plaintiff does not have sufficient information to admit or controvert Paragraph 53.

54. Plaintiff does not have sufficient information to admit or controvert Paragraph 54.

55. Plaintiff does not have sufficient information to admit or controvert Paragraph 55.

56. Undisputed.

57. Plaintiff does not have sufficient information to admit or controvert Paragraph 57.

58. Undisputed.

59. Plaintiff does not have sufficient information to admit or controvert Paragraph 59.

60. Plaintiff does not have sufficient information to admit or controvert Paragraph 60.

61. Plaintiff does not have sufficient information to admit or controvert Paragraph 61.

62. It is undisputed that the deployment of chemical munitions into the Residence did not lead to communications with Ochoa, that another robot was deployed into the Residence and did not see any sign of Ochoa, and then additional chemical munitions were deployed into the residence. However, Plaintiff does not have sufficient information to admit or controvert SWAT's purpose for continuing to barrage the Residence with chemical munitions, despite no sighting of Ochoa.

63. Undisputed.

64. Undisputed.

65. Plaintiff does not have sufficient information to admit or controvert Paragraph 65.

66. It is undisputed that NFDDs were deployed into the Residence, but Plaintiff does not have sufficient information to admit or controvert the remaining facts alleged in Paragraph 66.

67. Undisputed.

68. Undisputed.

69. Plaintiff does not have sufficient information to admit or controvert Paragraph 67.

70. Undisputed.

71. Plaintiff does not have sufficient information to admit or controvert Paragraph 71.

72. Undisputed.

73. Undisputed.

74. Plaintiff does not have sufficient information to admit or controvert Paragraph 74.

75. Plaintiff does not have sufficient information to admit or controvert Paragraph 75.

76. Plaintiff does not have sufficient information to admit or controvert Paragraph 76.

77. Plaintiff does not have sufficient information to admit or controvert Paragraph 77.

78. Plaintiff does not have sufficient information to admit or controvert Paragraph 78.

79. Plaintiff does not have sufficient information to admit or controvert Paragraph 79.

80. Plaintiff does not have sufficient information to admit or controvert Paragraph 80.

81. Plaintiff does not have sufficient information to admit or controvert Paragraph 81.

82. Plaintiff does not have sufficient information to admit or controvert Paragraph 82.

83. Plaintiff does not have sufficient information to admit or controvert Paragraph 83.

84. Plaintiff does not have sufficient information to admit or controvert Paragraph 84.

85. Plaintiff does not have sufficient information to admit or controvert Paragraph 85.

86. Plaintiff does not have sufficient information to admit or controvert Paragraph 86.

87. Plaintiff does not have sufficient information to admit or controvert Paragraph 87.

88. Plaintiff does not have sufficient information to admit or controvert Paragraph 88.

89. Plaintiff does not have sufficient information to admit or controvert Paragraph 89.

90. It is undisputed that Engstrom noticed movement under the white tarp in the backyard that was covering a vehicle and that he was told about a loose dog in the area, but Plaintiff does not have sufficient evidence to admit or controvert why Engstrom believed a dog would be hiding under the tarp on top of the car.

91. Plaintiff does not have sufficient information to admit or controvert Paragraph 91.

92. Plaintiff does not have sufficient information to admit or controvert Paragraph 92.

93. Plaintiff does not have sufficient information to admit or controvert Paragraph 93.

94. Plaintiff does not have sufficient information to admit or controvert Paragraph 94.

95. Plaintiff does not have sufficient information to admit or controvert Paragraph 95.

96. Plaintiff does not have sufficient information to admit or controvert Paragraph 96.

97. Undisputed.

98. Plaintiff does not have sufficient information to admit or controvert Paragraph 98.

99. Plaintiff does not have sufficient information to admit or controvert Paragraph 99.

100. Plaintiff does not have sufficient information to admit or controvert Paragraph 100.

101. Plaintiff does not have sufficient information to admit or controvert Paragraph 101.

102. Plaintiff does not have sufficient information to admit or controvert Paragraph 102.

103. Plaintiff does not have sufficient information to admit or controvert Paragraph 103.

104. Plaintiff does not have sufficient information to admit or controvert Paragraph 104.

105. Plaintiff does not have sufficient information to admit or controvert Paragraph 105.

106. Plaintiff does not have sufficient information to admit or controvert Paragraph 106.

107. Plaintiff does not have sufficient information to admit or controvert Paragraph 107.

108. Plaintiff does not have sufficient information to admit or controvert Paragraph 108.

109. Plaintiff does not have sufficient information to admit or controvert Paragraph 109.

110. Plaintiff does not have sufficient information to admit or controvert Paragraph 110.

111. Plaintiff does not have sufficient information to admit or controvert Paragraph 111.

112. Plaintiff does not have sufficient information to admit or controvert Paragraph 112.

113. Plaintiff does not have sufficient information to admit or controvert Paragraph 113.

114. Plaintiff does not have sufficient information to admit or controvert Paragraph 114.

115. Plaintiff does not have sufficient information to admit or controvert Paragraph 115.

116. Plaintiff does not have sufficient information to admit or controvert Paragraph 116.

117. Plaintiff does not have sufficient information to admit or controvert Paragraph 117.

118. Plaintiff does not have sufficient information to admit or controvert Paragraph 118.

119. Plaintiff does not have sufficient information to admit or controvert Paragraph 119.

120. Plaintiff does not have sufficient information to admit or controvert Paragraph 120.

121. Plaintiff does not have sufficient information to admit or controvert Paragraph 121.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85004
480.999.4556

122. Plaintiff does not have sufficient information to admit or controvert Paragraph 122.

123. Plaintiff does not have sufficient information to admit or controvert Paragraph 123.

124. Plaintiff does not have sufficient information to admit or controvert Paragraph 124.

125. Plaintiff does not have sufficient information to admit or controvert Paragraph 125.

126. Plaintiff does not have sufficient information to admit or controvert Paragraph 126.

127. Plaintiff does not have sufficient information to admit or controvert Paragraph 127.

128. Plaintiff does not have sufficient information to admit or controvert Paragraph 128.

129. Plaintiff does not have sufficient information to admit or controvert Paragraph 129.

130. It is undisputed that Robinson provided cover for Lapre while he launched chemical munitions into the Residence, but Plaintiff does not have sufficient information to admit or controvert the remaining facts alleged in Paragraph 130.

131. Plaintiff does not have sufficient information to admit or controvert Paragraph 131.

132. Plaintiff does not have sufficient information to admit or controvert Paragraph 132.

133. Plaintiff does not have sufficient information to admit or controvert Paragraph 133.

134. Plaintiff does not have sufficient information to admit or controvert Paragraph 134.

135. Plaintiff does not have sufficient information to admit or controvert Paragraph 135.

136. Plaintiff does not have sufficient information to admit or controvert Paragraph 136.

137. Plaintiff does not have sufficient information to admit or controvert Paragraph 137.

138. Plaintiff does not have sufficient information to admit or controvert Paragraph 138.

139. Plaintiff does not have sufficient information to admit or controvert Paragraph 139.

140. Plaintiff does not have sufficient information to admit or controvert Paragraph 140.

141. Plaintiff does not have sufficient information to admit or controvert Paragraph 141.

142. Plaintiff does not have sufficient information to admit or controvert Paragraph 142.

143. Plaintiff does not have sufficient information to admit or controvert Paragraph 143.

144. Plaintiff does not have sufficient information to admit or controvert Paragraph 144.

145. Plaintiff does not have sufficient information to admit or controvert Paragraph 145.

146. Plaintiff does not have sufficient information to admit or controvert Paragraph 146.

147. Plaintiff does not have sufficient information to admit or controvert Paragraph 147.

148. Plaintiff does not have sufficient information to admit or controvert Paragraph 148.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85004
480.999.4556

149.   Plaintiff does not have sufficient information to admit or controvert Paragraph 149.

150.   Plaintiff does not have sufficient information to admit or controvert Paragraph 150.

151.   Plaintiff does not have sufficient information to admit or controvert Paragraph 151.

152.   Plaintiff does not have sufficient information to admit or controvert Paragraph 152.

153.   Plaintiff does not have sufficient information to admit or controvert Paragraph 153.

154.   Plaintiff does not have sufficient information to admit or controvert Paragraph 154.

155.   Plaintiff does not have sufficient information to admit or controvert Paragraph 155.

156.   Plaintiff does not have sufficient information to admit or controvert Paragraph 156.

157.   Plaintiff does not have sufficient information to admit or controvert Paragraph 157.

158.   Plaintiff does not have sufficient information to admit or controvert Paragraph 158.

159.   Plaintiff does not have sufficient information to admit or controvert Paragraph 159.

160.   Plaintiff does not have sufficient information to admit or controvert Paragraph 160.

161.   Plaintiff does not have sufficient information to admit or controvert Paragraph 161.

162.   Undisputed.

**RESPECTFULLY SUBMITTED** this 15th day of February 2019.

        **MILLS + WOODS LAW, PLLC**
        By    /s/ Sean A. Woods
            Sean A. Woods
            Robert T. Mills
            Jordan C. Wolff
            5055 N. 12th Street, Suite 101
            Phoenix, AZ 85014
            *Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85004
480.999.4556

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison
Sims Murray Jellison, LTD.
3101 North Central Avenue, Suite 870
Phoenix, AZ 85012
*Attorney for Attorney for Defendants City of Casa Grande, Pinal County, Paul Babeu, Francisco Lujan, Kent Horn, David Engstrom, Mark McCabe, Jacob Robinson, C. Western, Michael Wilson, Garric Berry, Jane Doe Berry, Christopher Lapre, Sgt. Gragg, and Rory Skedel*

       /s/ Jordan C. Wolff