**JELLISON LAW OFFICES, PLLC**
36889 N. Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, Arizona 85377
Telephone:  (602) 550-6405
E-mail:  jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
Attorney for the City and County Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, *et. al.*, | Case No.:  2:17-cv-00119-SPL |
| Plaintiffs, | **DEFENDANTS' NOTICE OF ERRATA** |
| vs. | |
| City of Casa Grande, et. al., | |
| Defendants. | |

The City and County Defendants, through undersigned counsel, hereby submit this Notice of Errata in regard to Doc. 104, filed March 1, 2019.  In the following locations, reference is made to the date "February 24, 2019:"

Doc. 104, pg. 2, ll. 3;
Doc. 104, pg. 10, lls. 1-2; ll. 12;
Doc. 104, pg. 11, ll. 1.

The reference should be to the date "January 24, 2019," and Defendants respectfully request this Court, and the Parties, construe the date reference at these locations of Doc. 104 as being "January 24, 2019."

DATED this 4th day of March, 2019.

JELLISON LAW OFFICES, P.L.L.C.


s/James M. Jellison
James M. Jellison
*Attorney for the City and County Defendants*

1  I hereby certify that on March 4, 2019
   I electronically transmitted the attached document
2  to the Clerk's Office using the
   CM/ECF System for filing.
3
   Robert T. Mills
4  Sean A. Woods
   Mills + Woods Law PLLC
5  5055 North 12th Street
   Suite 101
6  Phoenix, AZ 85014
   *Attorneys for Plaintiffs*
7

8
   s/James M. Jellison
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26