IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>               Plaintiffs,<br>vs.<br><br>City of Casa Grande, et al.,<br><br>               Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

On July 26, 2019, the date of the dispositive motion deadline, the Individual Defendants filed a Motion for Summary Judgment (Doc. 121). On August 13, 2019, this Court granted Defendants' Motion to Stay pending resolution of their interlocutory appeal (Doc. 123). Based on a review of the record and the pending appeal,

**IT IS ORDERED** that the Individual Defendants' Motion for Summary Judgment (Second) (Doc. 121) is **denied without prejudice**. Defendants may refile this motion within **10 days** of receiving the mandate from the Ninth Circuit Court of Appeals resolving the interlocutory appeal.

Dated this 9th day of January, 2020.

Honorable Steven P. Logan
United States District Judge