IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>               Plaintiffs,<br>vs.<br><br>City of Casa Grande, et al.,<br><br>               Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

On August 13, 2019, this Court granted Defendants' Motion to Stay pending resolution of their interlocutory appeal (Doc. 123). On April 14, 2020, the United States Court of Appeals for the Ninth Circuit issued a formal mandate, remanding for further proceedings, and instructing this Court to make determinations as to whether qualified immunity may be proper as to each individual Defendant (Doc. 127). Accordingly,

**IT IS ORDERED** that the stay is lifted.

**IT IS FURTHER ORDERED** that the parties shall resubmit any motions on the issue of qualified immunity no later than **May 28, 2020**.

Dated this 28th day of April, 2020.

Honorable Steven P. Logan
United States District Judge