Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>City of Casa Grande; *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**PLAINTIFFS' NOTICE OF READINESS FOR FINAL PRETRIAL CONFERENCE**<br><br>(The Honorable Steven P. Logan) |

Through counsel undersigned and pursuant to the Court's Case Management Order entered October 26, 2021 (*see* Doc. 151 at 6:6-9), Plaintiffs hereby notify the Court of their readiness for the setting of a Final Pretrial Conference in the above-captioned matter. Defendants have indicated to Plaintiffs that they intend on filing an interlocutory appeal.

**RESPECTFULLY SUBMITTED** this 12th day of April 2023.

　　　　　　　　　　　　　　　　**MILLS + WOODS LAW, PLLC**

　　　　　　　　　　　　　　　　By　*/s/ Sean A. Woods*
　　　　　　　　　　　　　　　　　　Sean A. Woods
　　　　　　　　　　　　　　　　　　Robert T. Mills
　　　　　　　　　　　　　　　　　　5055 North 12th Street, Suite 101
　　　　　　　　　　　　　　　　　　Phoenix, AZ 85014
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jrlawaz.com
Mark J. Robens, Esq.
mark@jrlawaz.com
**JELLISON & ROBENS, PLLC**
18801 N. Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

     /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556