IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>City of Casa Grande, et al.,<br><br>    Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

  Pending before the Court is Defendants' Motion to Stay Proceedings Pending Interlocutory Appeal (Doc. 222). No objection has been filed. Good cause appearing,

  **IT IS ORDERED** that the Motion to Stay Proceedings Pending Interlocutory Appeal (Doc. 222) is **granted**. This action is stayed pending resolution of Defendants' interlocutory appeal.

  Dated this 7th day of August, 2023.

Honorable Steven P. Logan<br>
United States District Judge