UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES W. DENBY, | No. 23-15658 |
| Plaintiff-Appellee, | D.C. No. 2:17-cv-00119-SPL<br>District of Arizona,<br>Phoenix |
| and | |
| WILMA J. LOGSTON; ELIZABETH J. TORRES, | ORDER |
| Plaintiffs, | |
| v. | |
| DAVID ENGSTROM; et al., | |
| Defendants-Appellants, | |
| and | |
| CITY OF CASA GRANDE; COUNTY OF PINAL, | |
| Defendants. | |

The Clerk is directed to temporarily close this court's docket for administrative purposes until September 20, 2023. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

2

A dial-in telephone conference, with counsel for appellee James Denby <u>only</u>, will be held on September 19, 2023, at 3:00 p.m. Pacific Time.

Each participant will receive an email with dial-in information.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator