UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES W. DENBY,<br><br>　　　　Plaintiff - Appellee,<br><br> and<br><br>WILMA J. LOGSTON and ELIZABETH J. TORRES,<br><br>　　　　Plaintiffs,<br><br> 　v.<br><br>DAVID ENGSTROM; et al.,<br><br>　　　　Defendants - Appellants,<br><br> and<br><br>CITY OF CASA GRANDE and COUNTY OF PINAL,<br><br>　　　　Defendants. | No. 23-15658<br><br>D.C. No. 2:17-cv-00119-SPL<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

　　The judgment of this Court, entered February 05, 2025, takes effect this date.

　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Case 2:17-cv-00119-SPL   Document 229   Filed 04/15/25   Page 2 of 2