Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Casa Grande; *et al.*, <br><br> Defendants. | Case No.: 2:17-CV-00119-SPL <br><br> **PLAINTIFFS' NOTICE OF SERVICE OF SIXTH SUPPLEMENTAL DISCLOSURE STATEMENT** <br><br> (Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiffs hereby give notice that this day they served their Sixth Supplemental Disclosure Statement upon Defendants' counsel via email.

**RESPECTFULLY SUBMITTED** this 7th day of May 2025.

**MILLS + WOODS LAW, PLLC**

By     */s/ Sean A. Woods*
         Sean A. Woods
         Robert T. Mills
         5055 North 12th Street, Suite 101
         Phoenix, AZ 85014
         *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

         /s/ Ben Dangerfield

2