Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*, | Case No.: 2:17-CV-00119-SPL |
| Plaintiffs, | **STIPULATION TO CONTINUE PRETRIAL FILING DEADLINES** |
| vs. | |
| City of Casa Grande; *et al.*, | |
| Defendants. | (Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned, Plaintiffs and Defendants hereby stipulate and agree to extend the following deadlines from June 10, 2025 up to and including June 13, 2025: the last day to file motions in limine; the last day to jointly file, and email to the Court, the Joint Proposed Final Pretrial Order; the last day to file, and email to the Court, a Joint Stipulated Description of the Case; the last day to file, and email to the Court, Joint Proposed Voir Dire Questions and Lists; the last day to file, and email to the Court, Joint Proposed Jury Instructions, and; the last day to file, and email to the Court, Joint Proposed Forms of Verdict. Finally, the parties also stipulate and agree to extend the last day to file responses to motions in limine from June 17, 2025 up to and including June 20, 2025.

In so stipulating, Plaintiffs do not waive their right to object to the timeliness of any of Defendants' proposed revisions to the joint filings listed above.

**RESPECTFULLY SUBMITTED** this 10th day of June 2025.

MILLS + WOODS LAW, PLLC


By___/s/ Sean A. Woods_____
    Sean A. Woods
    Robert T. Mills
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*


JELLISON LAW OFFICES, PLLC


By___/s/ James M. Jellison (w/ permission)
    James M. Jellison, Esq.
    18801 N Thompson Peak Parkway
    Ste. D235
    Scottsdale, AZ 85255
    *Attorneys for Defendants David and Jane*
    *Doe Engstrom, Jacob H. Robinson,*
    *Christopher and Jane Doe Lapre, Sgt.*
    *Gragg and Jane Doe Gragg, and Rory*
    *Skedel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556