Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*,<br>　　　　Plaintiffs,<br>vs.<br>City of Casa Grande; *et al.*,<br>　　　　Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL FILING DEADLINES**<br><br>(Assigned to the Hon. Steven P. Logan) |

THE COURT, having reviewed the "Stipulation to Continue Pretrial Filing Deadlines" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that the parties shall have until no later than June 13, 2025 to: file motions in limine; file, and email to the Court, a Joint Proposed Final Pretrial Order; file, and email to the Court, a Joint Stipulated Description of the Case; file, and email to the Court, Joint Proposed Voir Dire Questions and Lists; file, and email to the Court, Joint Proposed Jury Instructions, and; file, and email to the Court, Joint Proposed Forms of Verdict.

**IT IS FURTHER ORDERED** that the parties shall have until no later than June 20, 2025 to file responses to motions in limine.