IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Casa Grande, et al.,<br><br>    Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Extend (Doc. 232), in which they request an extension of the deadlines for filing pre-trial documents. Having considered this request,

**IT IS ORDERED** that the Stipulation to Extend (Doc. 232) is **granted**. The pretrial deadlines are modified as follows:

1. The Joint Proposed Final Pretrial Order and Jury Trial Pleadings are due **June 13, 2025**;
2. All Motions in Limine are due **June 13, 2025**; and
3. Responses to Motions in Limine are due **June 20, 2025**.

Dated this 10th day of June, 2025.

Honorable Steven P. Logan
United States District Judge