**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com

*Counsel for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, Rory Skedel (collectively the "Defendants")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF ARIZONA

| | |
|---|---|
| James W. Denby, | Case No. CV-17-00119-PHX-SPL |
| Plaintiff, | **NOTICE OF SERVICE RE FOURTH SUPPLEMENTAL DISCLOSURE** |
| v. | |
| City of Casa Grande, et al., | |
| Defendants. | |

Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, Rory Skedel (the "Defendants"), by and through counsel undersigned, have electronically served their Fourth Supplemental Disclosure Statement to Plaintiff's counsel, Sean Woods.

DATED this 12th day of June, 2025.

JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Defendants*

**CERTIFICATE OF FILING & SERVICE**

I hereby certify that on June 12, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
E: docket@millsandwoods.com
E: swoods@millsandwoods.com
 *Counsel for Plaintiff*

By: s/ *Rebecca L. Craft*
     *(rebecca@jellisonlaw.com)*