Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Casa Grande; *et al.*,<br><br>Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**NOTICE OF FILING JOINT PROPOSED FINAL PRETRIAL ORDER**<br><br>(Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned, the parties hereby jointly give notice of their filing of the attached Joint Proposed Final Pretrial Order.

**RESPECTFULLY SUBMITTED** this 13th day of June 2025.

        **MILLS + WOODS LAW, PLLC**

        By  */s/ Sean A. Woods*
           Sean A. Woods
           Robert T. Mills
           5055 North 12th Street, Suite 101
           Phoenix, AZ 85014
           *Attorneys for Plaintiffs*

**JELLISON LAW OFFICES, PLLC**

By  */s/ James M. Jellison (w/ permission)*
James M. Jellison
18801 N Thompson Peak Parkway
Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2