# EXHIBIT 1

141-007999

# POLICE DEPARTMENT
# CITY OF CASA GRANDE, ARIZONA

## AFFIDAVIT FOR SEARCH WARRANT

### COUNTY OF PINAL, STATE OF ARIZONA

WARRANT #: SW 20140089

**YOUR AFFIANT** Detective Brian Walsh, #190, a Peace Officer in the State of Arizona, being first duly sworn, upon oath, deposes and says:

That on or before the 17 day of Dec, 2014, in the County of Pinal, State of Arizona, the crime of arrest warrant for failure to appear is being committed by Abram Paul Ochoa.

**THAT THE AFFIANT** has probable cause to believe that

* on the premises known as 116 W 10TH STREET. Described as a tan stucco house that faces south on the northeast corner of Park and 10th street. This house has a large enclosed porch on the rear side of the home.
* This house is currently surrounded by CGPD police officers.

in the City of Casa Grande, County of Pinal, State of Arizona, there is now being possessed or concealed certain property, persons or things described as:

♦ The person known as Abram Paul Ochoa who is a Hispanic male 5'09" tall weighing approximately 180 lbs, and having brown eyes, and having a date of birth of Redacted.
♦ Abram Paul Ochoa was visually identified by Sgt Dave Engstrom as having entered the residence of 116 W. 10th Street.

1

# REGULAR INFORMATION OR INFORMANT FORM

That the following facts establish probable cause for believing that grounds for issuance of a search warrant for the aforementioned property, persons or things exist:

On the date of December 17, 2014

Your Affiant learned the following information in the following manner

CGPD patrol officers responded to a family fight at 107 W 11th Street where Abram Ochoa was located and who was known to officers for having a warrant for his arrest. Abram Ochoa was seen by a neighbor named William Demby as entering the residence of 116 W. 10th Street. CGPD Sgt. Engstrom saw Abram Ochoa come to the door of the residence and reenter the residence. CGPD officers immediately surrounded the home and maintained the perimeter.

YOUR AFFIANT REQUESTS AUTHORIZATION TO ENTER THE PREMSIES AS WELL AS THE SURROUNDING CURTELAGE FOR THE PURPOSE OF ARRESTING THE PREVIOUS MENTIONED PERSON.

Wherefore your Affiant prays that a search warrant be issued commanding that an immediate search be made of the persons, premises and buildings, and vehicles described herein for the property, persons and things herein described, and that the same be retained in the custody of Affiant or in custody of the agency which Affiant represents and disposed of according to law, pursuant to A.R.S. 13-3920. Pursuant to 13-3920, I hereby request authorization to release any property seized that is no longer needed for criminal prosecution, to the person/s from whom it was seized or who is identified as the lawful owner, unless such property is contraband or otherwise prohibited.

_____
Detective Brian Walsh #190
Casa Grande Police Department

SUBSCRIBED AND SWORN to before me this _17_ day of _December_ 2014.

_____
JUDGE, JUSTICE OF PEACE, MAGISTRATE

OF _Casa Grande JP_ COURT

2

# POLICE DEPARTMENT
# CITY OF CASA GRANDE, ARIZONA

## SEARCH WARRANT

### COUNTY OF PINAL, STATE OF ARIZONA

WARRANT #: SW 201400189

TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:

Proof by affidavit having been made this day to me by Detective Brian Walsh #190, I am satisfied that there is probable cause to believe that:

* on the premises known as 116 W 10TH STREET. Described as a tan stucco house that faces south on the northeast corner of Park and 10th street. This house has a large enclosed porch on the rear side of the home.
* This house is currently surrounded by CGPD police officers.

in the City of Casa Grande, County of Pinal, State of Arizona, there is now being possessed or concealed certain property, persons or things described as:

♦ The person known as Abram Paul Ochoa who is a Hispanic male 5'09" tall weighing approximately 180 lbs, and having brown eyes, and having a date of birth of Redacted.
♦ Abram Paul Ochoa was visually identified by Sgt Dave Engstrom as having entered the residence of 116 W. 10th Street.

which property, persons or things

◊ such person is the subject of an outstanding arrest warrant

such public offense being arrest warrant for failure to appear, which occurred on or about the 17 day of December, 2014 at, 116 W. 10th Street.

**YOU ARE THEREFORE COMMANDED**

☐   in the daytime (excluding the time period between 10 PM and 6:30 AM) to make a search of the above named or described person(s), premises, and vehicles for the herein above described persons, property or things, and if you find the same or any part thereof, to retain such in your custody or in the custody of the Phoenix Police Department, as provided by A.R.S. 13-3920.

1

Return this warrant to me within three (3) days of the date thereof, as directed by A.R.S. 13-3918.

Upon completion of all court actions or proceedings of any type which would necessitate the further use of the listed property; pursuant to A.R.S. 13-3920 and/or 13-3941, the property may be disposed of as authorized by law. Pursuant to 13-3920, I hereby request authorization to release any property seized that is no longer needed for criminal prosecution, to the person/s from whom it was seized or who is identified as the lawful owner, unless such property is contraband or otherwise prohibited.

Given under my hand and dated this __17th__ day of __December__, 2014.

_____
JUDGE, JUSTICE OF THE PEACE, OR MAGISTRATE
of __Casa Grande JP__ Court.

2

# RETURN OF SEARCH WARRANT

I certify that on December 17, 2014, I executed Search Warrant No. 201400189 issued by Judge Riggs and that Abram Paul Ochoa was found at the residence and taken into custody by CGPD officers.

LOCATION OF SEARCH 116 W. 10th Street Casa Grande Arizona

Dated this __18__ day of __Dec__, 2014.

_____
Detective Brian Walsh, #190
Casa Grande Police Department

Verification of return sworn to and described to before me this __18__ day of __Dec.__, 2014.

_____
Judge or Magistrate

__Casa Grande Justice Court__
Court (designate Superior Court, City Magistrate, Justice of Peace, etc.)

1