Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*, | Case No.: 2:17-CV-00119-SPL |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE REGARDING INSURANCE** |
| City of Casa Grande; *et al.*, | |
| Defendants. | |
| | (Assigned to the Hon. Steven P. Logan) |

Plaintiff's Motion in Limine Regarding Insurance is hereby **granted**.

**IT IS ORDERED THAT** the parties, their counsel and all witnesses are precluded from introducing evidence or testimony of any third-party insurance covering, in whole or in part, the damages alleged by Plaintiff.

**IT IS FURTHER ORDERED THAT** the parties, their counsel, and all witnesses are precluded from introducing evidence or testimony regarding any documents or reports generated by or for a third-party insurance provider.

**IT IS FURTHER ORDERED THAT** the following witnesses are excluded from this trial: Keith Passig, Angie Passig, Joe Rezzonico, J. Logan Perrill, James F. O'Toole, Tracy Herbert, Greg Zimmerman, Mark E. Orr, Charles Bushman, Merle Favinger, Michele A. Bogdon, John Sweet.

**IT IS FURTHER ORDERED THAT** the following exhibits listed by number are excluded from this trial: 15, 17, 20, 25, 26, 81, 82, 83, 84, 85, 87, 89, 143, 144, 145.

**IT IS FURTHER ORDERED THAT** the following exhibits can be introduced at this trial, but must be redacted to remove any information that is insurance related: 13, 14, 16, 24, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162.

The parties and their counsel shall instruct their witnesses regarding the existence of this Order and its contents.