**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| James W. Denby; *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>City of Casa Grande; *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE REGARDING HOMEOWNERSHIP**<br><br>(Assigned to the Hon. Steven P. Logan) |

　　　　Plaintiff's Motion in Limine Regarding Homeownership is hereby **granted**.

　　　　**IT IS ORDERED THAT** the parties, their counsel and all witnesses are precluded from introducing evidence or testimony of evidence regarding the standing of Plaintiff James Denby, or of Plaintiff James Denby related to home ownership or recorded deeds.

　　　　The parties and their counsel shall instruct their witnesses regarding the existence of this Order and its contents.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556