**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** July 8, 2025 |
| **Case Number:** CV-17-00119-PHX-SPL | |
| **Denby et al v. Casa Grande, City of et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Robert T. Mills | James M. Jellison |
| | Sean Anthony Woods | |

## FINAL PRETRIAL CONFERENCE:

9:02 a.m. Plaintiff James W. Denby present. Defendants David Engstrom, Brian Gregg, and Rory Skedel present. A firm jury trial is set to begin **Tuesday, March 17, 2026 at 9:00 a.m.** Trial will be held **Tuesday, March 17, 2026 – Friday, March 20, 2026, Tuesday, March 24, 2026 – Friday, March 27, 2026, Monday, March 31, 2026 – Friday, April 3, 2026, and Tuesday, April 7, 2026 – Thursday, April 9, 2026.** Trial schedule discussed. The Court will seat eight (8) jurors with two (2) alternates. Each party will have three (3) peremptory strikes; strikes will be done simultaneously and in secret. The Rule of Exclusion is invoked. Plaintiff's presence is waived at sidebar. The Court adopts the Joint Proposed Pretrial Order (Doc. 237), the Statement of the Case (Doc. 236) as modified on the record, and Joint Proposed Voir Dire (Doc. 241) as modified on the record. Preliminary Jury Instructions (Doc. 243) are settled. Final jury instructions and the final verdict form will be settled at trial. Argument heard regarding Plaintiff's failure to confer or attach a certificate of conferral to Plaintiff's Motions in Limine. 9:41 a.m. Court stands in recess.

9:50 a.m. Court resumes. After considering argument from counsel, the Court will consider Plaintiff's Motions in Limine. Argument heard on Plaintiff's Motion in Limine No. 1 (Doc. 238), Plaintiff's Motion in Limine No. 2 (Doc. 239), and Plaintiff's Motion in Limine No. 3 (Doc. 240). The Court takes all Motions in Limine UNDER ADVISEMENT.

| | |
|---|---|
| Deputy Clerk: Molly Williams | **FPTC: 1 hr 12 mins** |
| Court Reporter: Teri Veres | **Start: 9:02 am** |
| | **Stop: 10:23 am** |