MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>City of Casa Grande; *et al.*,<br><br>        Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO AMEND**<br><br>(Assigned to the Hon. Steven P. Logan) |

THE COURT, having reviewed "Plaintiff's Motion for Leave to Amend Complaint" (the "Motion to Amend"), good cause appearing, and in the interests of justice:

**IT IS ORDERED** granting the Motion to Amend.

**IT IS FURTHER ORDERED** allowing Plaintiff to file a Third Amended Complaint as indicated in the document attached as "Exhibit 1" to the Motion to Amend.