Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Casa Grande; *et al.*,<br><br>    Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF MOTION TO AMEND**<br><br>(First Request)<br><br>(Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby stipulate and agree to an extension of the time within which Plaintiff may file a Reply in support of his Motion for Leave to Amend Complaint, ECF No. 249, until up to and including September 2, 2025, in accordance with the [Proposed] Order attached hereto.  No previous extensions of the above deadline have been granted. Such an extension is necessary, reasonable, and appropriate due to multiple scheduling conflicts in other matters for Plaintiff's counsel. This Stipulation is not filed for purposes of delay, and does not conflict with any hearings or other deadlines in this action.

RESPECTFULLY SUBMITTED this 28th day of August 2025.

**MILLS + WOODS LAW, PLLC**

By    /s/ Sean A. Woods
    Sean A. Woods
    Robert T. Mills
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**JELLISON LAW OFFICES, PLLC**

By    */s/ James M. Jellison (w/ permission)*
    James M. Jellison
    18801 N Thompson Peak Parkway
    Ste. D235
    Scottsdale, AZ 85255
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

    /s/ Ben Dangerfield