UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*,<br>　　　　　　Plaintiffs,<br>vs.<br>City of Casa Grande; *et al.*,<br>　　　　　　Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND**<br><br>(Assigned to the Hon. Steven P. Logan) |

THE COURT, having reviewed the parties' "Stipulation for Extension of Time for Plaintiff to Reply in Support of Motion to Amend" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than September 2, 2025 within which to file his Reply in support of his Motion for Leave to Amend Complaint, ECF No. 249.