IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al., | No. CV-17-00119-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| City of Casa Grande, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation (Doc. 252), in which they seek an extension of time for Plaintiff to file a Reply in support of the Motion for Leave to Amend Complaint. Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 252) is **granted** and the Reply (Doc. 253) is deemed timely filed.

Dated this 4th day of September, 2025.

Honorable Steven P. Logan
United States District Judge