**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
   *Counsel for Defendants David and Jane Doe Engstrom, Jacob H. Robinson,*
   *Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, Rory Skedel*
   *(collectively the "Defendants")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF ARIZONA

| | |
|---|---|
| James W. Denby,<br><br>                                    Plaintiffs,<br><br>v.<br><br>City of Casa Grande, et al.,<br><br>                                    Defendants. | Case No. 2:17-cv-00119-PHX-SPL<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND OTHERWISE TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

        Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel, by and through counsel undersigned, respectfully submit their motion for an extension of time to answer or respond otherwise to Plaintiff's Third Amended Complaint. The current filing deadline is Thursday, October 23, 2025 and the Defendants respectfully request an extension of 14 days. The 14-day extension would allow Defendants up and unti Thursday, November 6, 2025 to file their responsive pleading.

        There is good cause for this extension. Defendants are considering the filing of a Rule 12(b)(6) Motion to Dismiss and require time to analyze Plaintiffs' Third Amended Complaint and engage in the required LRCiv 12.1 discussions.

1    This motion is made for good cause, in good faith, and not for the purpose of

2    undue delay.  A proposed Order is filed concurrently herewith.

3    RESPECTFULLY SUBMITTED this 21st day of October, 2025.

4                                              JELLISON LAW OFFICES, PLLC

5                                              s/ *James M. Jellison*

6                                              James M. Jellison, Esq.
                                               *Counsel for Defendants*

7

8                                              MILLS + WOODS LAW, PLLC

9                                              s/ *Sean Woods*

10                                             Sean Woods, Esq.
                                               *Counsel for Plaintiffs*

## CERTIFICATE OF FILING & SERVICE

I hereby certify that on October 21, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
E: docket@millsandwoods.com
E: swoods@millsandwoods.com
*Counsel for Plaintiffs*

By: s/ *Valerie Hall*