IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>                Plaintiffs,<br>vs.<br><br>City of Casa Grande, et al.,<br><br>                Defendants. | No.  CV-17-00119-PHX-MTL<br><br>**ORDER** |

    This case having been recently reassigned,

    **IT IS ORDERED** that a status conference is set for **November 10, 2025 at 10:00 a.m.** in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before U.S. District Judge Michael T. Liburdi.

    Dated this 28th day of October, 2025.

Michael T. Liburdi
United States District Judge