**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
*Counsel for Defendants David Engstrom, Jacob H. Robinson, Christopher Lapre, Sgt. Gragg, and Rory Skedel (collectively the "Defendants")*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ARIZONA

| | |
|---|---|
| James W. Denby,<br><br>                           Plaintiffs,<br><br>v.<br><br>City of Casa Grande, et al.,<br><br>                           Defendants. | Case No. 2:17-cv-00119-PHX-MTL<br><br>**DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR RESPOND OTHERWISE TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>(Second Request) |

Defendants David Engstrom, Jacob H. Robinson, Christopher Lapre, Sgt. Gragg, and Rory Skedel, by and through counsel undersigned, respectfully submit their second motion for an extension of time to answer or respond otherwise to Plaintiff's Third Amended Complaint. The current filing deadline is Thursday, November 6, 2025 and the Defendants respectfully request a second extension of 14 days. The 14-day extension would allow Defendants up and until Thursday, November 20, 2025 to file their answer or other response.

There is good cause for this extension. The Third Amended Complaint raises unique issues regarding the statute of limitations related to a Plaintiff that was dismissed without prejudice six (6) years ago and missing a fixed deadline to file an amended complaint; and the standing of a Plaintiff who admits that he is not a titled owner of the

1

real property to recover damages allegedly caused to that real property based on an alleged violation of the Fourth Amendment. Undersigned respectfully requests this extension to ensure that the legal briefing is both comprehensive and proper on these unique issues.

Defendants sought approval from Plaintiffs for the filing of this Motion, but Plaintiffs were not inclined to stipulate to the extension and, instead, suggested Defendants address it at the currently scheduled November 10, 2025 Status Conference. With the November 6, 2025 deadline, however, Defendants decided the better course was to seek extension through this Motion.

This motion is made upon good cause, in good faith, and not for the purpose of undue delay. A proposed Order is filed concurrently herewith.

RESPECTFULLY SUBMITTED this 5th day of November, 2025.

JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Defendants*

## **CERTIFICATE OF FILING & SERVICE**

I hereby certify that on November 5, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
E: docket@millsandwoods.com
E: swoods@millsandwoods.com
 *Counsel for Plaintiffs*


By: s/ *Valerie Hall*