**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| James W. Denby,<br><br>                     Plaintiff,<br><br>v.<br><br>City of Casa Grande, et al.,<br><br>                     Defendants. | Case No. 2:17-cv-00119-PHX-SPL<br><br>**[PROPOSED] ORDER** |

    The Court having reviewed Defendants' (Second) Motion for extension of time to answer or respond otherwise to Plaintiff's Third Amended Complaint, and with good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** Defendants' Motion. Defendants have up and until November 20, 2025 to answer or respond otherwise to Plaintiffs' Third Amended Complaint.

1