IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Denby, et al., | No. CV-17-00119-PHX-MTL |
| Plaintiffs, | **ORDER** |
| vs. | |
| City of Casa Grande, et al., | |
| Defendants. | |

The Court held a status conference on November 10, 2025, at which the parties discussed pending motions and the upcoming trial schedule. The Court reiterates its rulings as follows:

**IT IS ORDERED** that the Motion for Extension (Doc. 260) is **granted**. Defendants shall have until **November 20, 2025**, to file an answer to the Third Amended Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure. The initial Motion for Extension (Doc. 257) is **denied as moot**.

**IT IS FURTHER ORDERED vacating** the trial set to begin on March 17, 2026 at 9:00 a.m. and **resetting** it to **April 28, 2026 at 8:30 a.m.** Trial shall be held Tuesday–Friday for four consecutive weeks.

Dated this 12th day of November, 2025.

Michael T. Liburdi
United States District Judge