**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone:  480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
Attorney for Defendants David Engstrom, Jacob Robinson, Christopher Lapre, Brian Gragg, and Rory Skedel

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| James W. Denby, *et. al.*, | Case No.: 2:17-cv-00119-MTL |
|---|---|
| Plaintiffs, | **DEFENDANTS' MOTION TO EXCEED PAGE LIMITS FOR THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| vs. | |
| City of Casa Grande, et. al., | |
| Defendants. | |

      Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel, through undersigned counsel, hereby respectfully request leave to exceed the seventeen-page (17) limit for their Motion to Dismiss the Third Amended Complaint.  Defendants Motion to Dismiss is 21 pages long.  Due to the legal complexities of the case, Defendants found it difficult to address the facts and legal issues in the underlying matter within the seventeen-page (17) limit.  Thus, Defendants Mohave respectfully request that this Court grant its Motion to exceed the page limit by four (4) pages.  Plaintiffs will suffer no prejudice by the inclusion of the additional pages.  A proposed order is attached hereto as Exhibit A.

      According to CM/ECF Manual § II(H), Defendants will electronically lodge their proposed Motion to Dismiss using the "Lodged Proposed Document" event.

DATED this 19th day of November, 2025.

JELLISON LAW OFFICES, PLLC

s/James M. Jellison
James M. Jellison
*Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel*

I hereby certify that on November 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

s/James M. Jellison