IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, *et. al.*, <br><br>  Plaintiffs, <br> vs. <br> City of Casa Grande, et. al., <br><br>  Defendants. | Case No.: 2:17-cv-00119-MTL <br><br> **DEFENDANTS' PROPOSED ORDER RE; MOTION TO EXCEED PAGE LIMITS FOR THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Pursuant to Defendants' Motion to Exceed Page Limit, and good cause appearing,

It is hereby ORDERED that said Motion is GRANTED. Defendants' Motion to Dismiss may exceed the page limit by four (4) pages.

1