**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
Attorney for Defendants David Engstrom, Jacob Robinson, Christopher Lapre, Brian Gragg, and Rory Skedel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, *et. al.*, <br><br> Plaintiffs, <br> vs. <br><br> City of Casa Grande, et. al., <br><br> Defendants. | Case No.: 2:17-cv-00119-MTL <br><br> **DEFENDANTS' STATEMENT OF CONFERRAL** <br><br> **(Oral Argument Requested)** |

Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel, through undersigned counsel, hereby certify that, before filing their motion to dismiss, the movants' counsel notified the opposing party of the issues asserted in the motion and the parties were unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party. The movant complied with this rule through telephonic notice of the issues that they intended to assert in a motion.

DATED this 19th day of November, 2025.

JELLISON LAW OFFICES, PLLC

s/James M. Jellison
James M. Jellison
*Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel*

1