**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
Attorney for Defendants David Engstrom, Jacob Robinson, Christopher Lapre, Brian Gragg, and Rory Skedel

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, *et. al.*, | Case No.: 2:17-cv-00119-MTL |
| Plaintiffs, | **NOTICE OF ERRATA** |
| vs. | |
| City of Casa Grande, et. al., | |
| Defendants. | |

TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel's Motion to Exceed Page Limits for Their Motion to Dismiss Plaintiffs' Third Amended Complaint erroneously referred to *Defendants Mohave*.  Defendants' Motion should have stated that "*Defendants Engstrom, Robinson, Lapre, Gragg and Skedel* respectfully request that this Court grant its Motion to exceed the page limit by four (4) pages."

DATED this 20th day of November, 2025.


JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison
*Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel*

1

I hereby certify that on November 20, 2025,
I electronically transmitted the attached document
to the Clerk's Office using the
CM/ECF System for filing.

Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

s/*Valerie Hall*