IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Denby, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Casa Grande, et al., <br><br> Defendants. | No. CV-17-00119-PHX-MTL <br><br> **ORDER** |

Before the Court is Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel's Motion to Exceed Page Limits for their Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 263). Defendants request an additional four (4) pages for their Motion to Dismiss. Good cause appearing, the Motion will be granted. Plaintiffs will also be granted an additional four (4) pages to brief their Response to the Motion to Dismiss.

Accordingly,

**IT IS ORDERED** Defendants' Motion to Exceed Page Limits for their Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 263) is **granted as modified**. The Clerk of Court shall file the lodged proposed Motion to Dismiss Plaintiffs' Third Amended Complaint (lodged at Doc. 264).

///

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff may file a Response brief not to exceed **twenty-one (21) pages**.

Dated this 20th day of November, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge