IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Denby, et al., | No. CV-17-00119-PHX-MTL |
| Plaintiffs, | **ORDER** |
| vs. | |
| City of Casa Grande, et al., | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** setting Oral Argument on Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 267) for **January 7, 2026 at 2:00 p.m.** in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before Judge Michael T. Liburdi.

Dated this 25th day of November, 2025.

Michael T. Liburdi
United States District Judge