**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
  *Counsel for Defendants David Engstrom, Jacob H. Robinson, Christopher Lapre, Sgt. Gragg, and Rory Skedel (collectively the "Defendants")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF ARIZONA

| | |
|---|---|
| James W. Denby,<br><br>                              Plaintiffs,<br><br>v.<br><br>City of Casa Grande, et al.,<br><br>                              Defendants. | Case No. 2:17-cv-00119-PHX-MTL<br><br>**DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>(First Request) |

Defendants David Engstrom, Jacob H. Robinson, Christopher Lapre, Sgt. Gragg, and Rory Skedel ("Defendants"), by and through counsel undersigned, respectfully submit their first motion for an extension of time to file their reply in support of their Motion to Dismiss Plaintiff's Third Amended Complaint. The current filing deadline is Wednesday,, December 10, 2025, and the Defendants respectfully request an extension of 14 days. The 14-day extension would allow Defendants up and until Wednesday, December 23, 2025, 2025 to file their reply.

There is good cause for this extension. On Wednesday, December 3, 2025 at 5:26 p.m., Plaintiffs filed their 21-page Response to Defendants' Motion to Dismiss.[1]

---

[1] Plaintiffs did not seek leave to exceed the page limits, and Defendants do not recall leave being requested or granted at the status conference. Although there would have been no

1

The Response raises unique and complex issues including the application of the law of the case, including an examination of the prior district court and Ninth Circuit decisions applicable to the Motion to Dismiss the Third Amended Complaint, issues regarding the interplay between a defendant's right to assert the statute of limitations and a new plaintiff urging application of the doctrine of relation back; addressing well-pled facts versus conclusory allegations in analyzing an individual public official's entitlement to qualified immunity, and the sheer number of substantive authorities that need to be reviewed, and addressed through reply. Defendants do not imagine an 11-page reply will suffice.

Correspondingly, on December 5, 2025 undersigned counsel was required to file an Answering Brief with the Arizona Court of Appeals and a complicated Reply in district court addressing issues of admiralty law and the application of state law in a case brought under admiralty jurisdiction; prepare for and attend an oral argument on post-trial Rule 50, 59, and attorneys' fees motions in district court on December 8, 2025; prepare witnesses for upcoming depositions on December 8, 2025 and December 9, 2025, and attend those depositions, with two (2) days in Tucson on December 10 and 11, 2025, returning to Phoenix for afternoon depositions on December 12, 2025.

Undersigned respectfully requests this extension to ensure that the legal briefing is both comprehensive and proper on these unique issues, but more importantly, there is simply not sufficient time to submit a reply to a lengthy response while addressing other deadlines and tasks that happen to come due at the same time. Finally, oral argument is scheduled for January 7, 2026, and although counsel is fully aware of the intervening holidays, does not seek an extension to the eve of oral argument.

Plaintiffs do not oppose the filing of this Motion.

This motion is made upon good cause, in good faith, and not for the purpose of undue delay. A proposed Order is filed concurrently herewith.

---

objection (and perhaps a request for a reply extension earlier), the additional pages, and the arguments therein, make for additional reply.

RESPECTFULLY SUBMITTED this 9th day of December, 2025.

                                                       JELLISON LAW OFFICES, PLLC

                                            s/ *James M. Jellison*
                                             James M. Jellison, Esq.
                                             *Counsel for Defendants*

**CERTIFICATE OF FILING & SERVICE**

I hereby certify that on December 9, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
E: docket@millsandwoods.com
E: swoods@millsandwoods.com
 *Counsel for Plaintiffs*

By: s/ *Valerie Hall*