**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| James W. Denby, | Case No. 2:17-cv-00119-PHX-MTL |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| City of Casa Grande, et al., | |
| Defendants. | |

    The Court having reviewed Defendants' (First) Motion for extension of time to file the Reply in support of their Motion to Dismiss Plaintiff's Third Amended Complaint, and with good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** Defendants' Motion. Defendants have up and until December 23, 2025 to file the Reply in support of their Motion to Dismiss Plaintiff's Third Amended Complaint.

_____

1