IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Denby, et al., | No. CV-17-00119-PHX-MTL |
| Plaintiffs, | **ORDER** |
| vs. | |
| City of Casa Grande, et al., | |
| Defendants. | |

Pursuant to LRCiv 3.7(a)(1) and 42.1(e)(3),

**IT IS ORDERED** the above-captioned case is hereby directly reassigned from District Judge Michael T. Liburdi to District Judge Steven P. Logan for reasons of judicial economy and the availability of judicial resources.

All future filings shall bear the caption: CV-17-00119-PHX-SPL.

Dated this 12th day of December, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge