1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8    James W. Denby, et al.,              )    No.  CV-17-00119-PHX-SPL
                                          )
9                       Plaintiffs,       )
                                          )    **ORDER**
10   vs.                                  )
                                          )
11                                        )
     City of Casa Grande, et al.,         )
12                                        )
                        Defendants.       )
13                                        )
                                          )
14

15        Before the Court is the Defendants' Motion (Doc. 270), in which they request an

16   extension of time file a Reply to the pending Motion to Dismiss (Doc. 267). Having

17   considered this first request,

18        **IT IS ORDERED** that the Motion (Doc. 270) is **granted**. Defendants shall have

19   until **December 23, 2025**, to file a Reply to the Motion to Dismiss.

20        Dated this 12th day of December, 2025.

21

22                                        _____
                                          Honorable Steven P. Logan
23                                        United States District Judge

24

25

26

27

28