IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James W. Denby, et al.,          )     No.  CV-17-00119-PHX-SPL
                                 )
               Plaintiffs,       )     **ORDER**
vs.                              )
                                 )
City of Casa Grande, et al.,     )
                                 )
               Defendants.       )
                                 )

This matter having been reassigned,

**IT IS ORDERED** that the Oral Argument set for January 7, 2026 at 2:00 p.m. is **vacated**. If the Court determines that oral argument is needed, it will be rescheduled by separate order.

Dated this 12th day of December, 2025.

Honorable Steven P. Logan
United States District Judge