# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ARIZONA

| | |
|---|---|
| James W. Denby,<br><br>                              Plaintiff,<br><br>v.<br><br>City of Casa Grande, et al.,<br><br>                              Defendants. | Case No. 2:17-cv-00119-PHX-SPL<br><br>**[PROPOSED] ORDER** |

The Court having reviewed Defendants' Motion for Rule 16 Case Management Conference, and good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion. The Rule 16 Case Management Conference will be held on _____, ____, 2026 at __:__ A.M./P.M.

_____

1