**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone:  480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
*Attorney for Defendants David Engstrom, Jacob Robinson, Christopher Lapre, Brian Gragg, and Rory Skedel*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, *et. al.*,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>City of Casa Grande, et. al.,<br><br>　　　　　Defendants. | Case No.:  2:17-cv-00119-SPL<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE UPDATED PRETRIAL DOCUMENTS** |

　　　　Defendants, by and through undersigned counsel, respectfully request that the Court extend the deadline to file updated pretrial documents after the Court's ruling on their Motion for a Rule 16 scheduling conference filed at Doc. 276.  It is anticipated that the case management conference will set a schedule to conduct discovery raised by the presence of Ms. Torres as a plaintiff and the factual issues newly raised by Plaintiffs, and relied upon by this Court for Rule 12(b) purposes; establish a deadline for Rule 56 motions practice as related to the new plaintiff and/or any issues appropriate for Rule 56 consideration based on the new discovery; and address the additional issues listed in Defendants' Motion. Defendants assert that until the above tasks are complete, updating the pretrial documents will be premature as new factual and legal issues that arise from additional discovery will not be fully discovered by the current February 2, 2026 date that the Court has set.

　　　　WHEREFORE, Defendants respectfully request that the Court extend the deadline to file updated pretrial documents to a date and time after completion of the reset discovery and dispositive motion deadlines.

1  DATED this 21ˢᵗ day of January, 2026.

JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison
*Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 21, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Sean A. Woods
Robert T. Mills
Mills + Woods Law PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

s/ *Valerie Hall*