**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| James W. Denby,<br><br>                              Plaintiff,<br><br>v.<br><br>City of Casa Grande, et al.,<br><br>                              Defendants. | Case No. 2:17-cv-00119-PHX-SPL<br><br>**[PROPOSED] ORDER** |

The Court having reviewed Defendants' Motion for extension of time to file updated pretrial documents, and with good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion. The deadline for filing updated pretrial documents is _____, \_\_\_\_\_, 2026.

_____

1