IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>City of Casa Grande, et al.,<br><br>        Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

    The Court held a Status Conference on February 18, 2026, at which the parties discussed Defendants' request for discovery and the parties' deadline to update the pretrial documents. The Court reiterates its rulings as follows:

    **IT IS ORDERED** that the parties shall have until **March 2, 2026**, to complete the requisite limited discovery.

    **IT IS FURTHER ORDERED** that the parties shall jointly file updated pretrial documents no later than **March 24, 2026**. The updated documents should include the Joint Pretrial Order, Statement of the Case, Joint Voir Dire, Jury Instructions, and the Verdict Form. The parties should account for the modifications made on the record at the Final Pretrial Conference. (ME 250). In reviewing the updated pretrial documents, the Court will not revisit issues that have already been ruled upon.

    **IT IS FURTHER ORDERED** that a firm, four-week jury trial is set to begin **April 28, 2026,** in Courtroom 501.

///

**IT IS FURTHER ORDERED** that the jury trial is **reset in time only** to begin at **9:00 a.m.** Trial shall be held **Tuesday–Friday** for four consecutive weeks (April 28, 2026–May 1, 2026, May 5, 2026–May 8, 2026, May 12, 2026–May 15, 2026, and May 19, 2026–May 22, 2026).

Dated this 19th day of February, 2026.

Honorable Steven P. Logan
United States District Judge