**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: (480) 659-4244
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel (the individual Defendants are referred to by name, or collectively as the "City and County Defendants" or "Defendants")

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF ARIZONA

| | |
|---|---|
| James W. Denby, | Case No. CV-17-00119-PHX-SPL |
| Plaintiff, | **CITY AND COUNTY DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| v. | |
| City of Casa Grande, et al., | |
| Defendants. | |

Defendants David Engstrom, Robinson, Lapre, Gragg and Skedel (collectively herein, "Defendants"), by and through counsel undersigned, have this date electronically served the following on Plaintiffs' counsel:

1. Request for Production of Documents – Torres;

2. First Set of Interrogatories – Torres;

3. Request for Admission – Denby and Torres;

4. Request for Production of Documents – Denby and Torres.

DATED this 20th day of February 2026.

JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Defendants*

**CERTIFICATE OF FILING & SERVICE**

I hereby certify that on February 20, 2026. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
 *Attorneys for Plaintiff*

By: s/ *Valerie Hall*