**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: (480) 659-4244
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel (the individual Defendants are referred to by name, or collectively as the "City and County Defendants" or "Defendants")

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man ; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>City Of Casa Grande, *et al.*,<br><br>Defendants. | Case No.: 2:17-cv-00119-SPL<br><br>**CITY AND COUNTY DEFENDANTS' NOTICE OF DEPOSITION TO PLAINTIFF JAMES W. DENBY, SR.**<br><br>**DATE: March 2, 2026**<br>**TIME: 9:30 A.M.** |

YOU ARE HEREBY NOTIFIED that pursuant to Arizona Rules of Civil Procedure, Rule 30, the video-taped and stenographic deposition of the person named below will be taken upon oral examination at the time and place stated below, before an officer authorized by law to administer oaths:

PERSON TO BE EXAMINED:        James W. Denby, Sr.

DATE AND TIME OF DEPOSITION:  March 2, 2026, 9:30 A.M.

PLACE OF DEPOSITION:          Jellison Law Offices, PLLC
                              18801 N. Thompson Peak Parkway, Ste. D235
                              Scottsdale, AZ 85255

1

DATED this 20th day of February, 2026.

                                        JELLISON LAW OFFICES, PLLC

                                        By: s/ *James M. Jellison*
                                        James M. Jellison
                                        *Attorney for City and County Defendants*

## CERTIFICATE OF FILING & SERVICE

I hereby certify that on February 20, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF for filing with service on the following registrants:

Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

Via email to:
scheduling@alliancereporting.com

s/ *Valerie Hall*