MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>(Assigned to the Hon. Steven P. Logan) |

THE COURT, having reviewed "Plaintiffs' Motion for Protective Order" (the "Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** excusing Plaintiffs from compliance with Defendant's Notices of Deposition served on February 20, 2026.