**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: (480) 659-4244
Facsimile: (480) 659-4255
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel (the individual Defendants are referred to by name, or collectively as the "City and County Defendants" or "Defendants")

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man ; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: 2:17-cv-00119-SPL<br><br>**[PROPOSED] ORDER** |

    Before the Court is Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel's Emergency Motion for a 30-Day Extension of the Discovery and Final Pretrial Document Deadlines.

    Having considered the Motion, and with good cause appearing,

    IT IS HEREBY ORDERED that said Motion is GRANTED. The March 2, 2026 discovery deadline is extended to April 1, 2026 and the deadline for filing of final pretrial documents is extended to April 23, 2026.

DATED this ___ day of March, 2026.

                                                                                   _____