IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Denby, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>City of Casa Grande, et al.,<br><br>        Defendants. | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Protective Order (Doc. 286), Defendants' Emergency Motion for a 30-day Extension of the Discovery and Final Pretrial Documents Deadlines (Doc. 287), and Plaintiffs' Response to Defendants' Emergency Motion (Doc. 288). To resolve this dispute in a timely manner and in accordance with Defendants' Emergency Motion, the Court will order expedited briefing.

Accordingly,

**IT IS ORDERED** that Defendants shall have until **Friday, March 6, 2026 at 12:00 P.M.** to file a Response to Plaintiff's Motion for Protective Order (Doc. 286) and a Reply to their Emergency Motion (Doc. 287).

**IT IS FURTHER ORDERED** that Plaintiffs shall have until **Monday, March 9, 2026**, to file a Reply to their Motion for Protective Order (Doc. 286).

Dated this 4th day of March, 2026.

Honorable Steven P. Logan
United States District Judge