**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James W. Denby, a single man ; Elizabeth J. Torres, a single woman,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>　　　　　　　　　Defendants. | Case No.: 2:17-cv-00119-SPL<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' ENGSTROM, ROBINSON, LAPRE, GRAGG, AND SKEDEL'S MOTION TO MODIFY THE SCHEDULING ORDER AND REOPEN EXPERT DISCOVERY** |

　　Pursuant to Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel's Motion to Modify the Scheduling Order and Reopen Expert Discovery, and for good cause shown:

　　IT IS ORDERED, that Defendants shall have thirty-days after the close of fact discovery in this case to disclose an expert witness regarding real property ownership issues raised in the Third Amended Complaint.