# EXHIBIT 1



Ben Dangerfield <bdangerfield@millsandwoods.com>

# Fwd: Discovery Responses
1 message

**Sean Woods** <swoods@millsandwoods.com>  Mon, Mar 9, 2026 at 5:21 PM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>

--
SEAN WOODS
PARTNER
MILLS + WOODS LAW PLLC

5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4750
swoods@millsandwoods.com


This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.


On Thu, Feb 26, 2026 at 10:05 AM Valerie Hall <valerie@jellisonlaw.com> wrote:

> Good morning, Attorney Woods,
>
> Attorney Jellison is in a binding arbitration today. He can speak with you either before, during or after the deposition tomorrow.
>
> Thank you.
>
> **Valerie Hall | Paralegal**
> **Jellison Law Offices, PLLC**
>
> **Address:**

18801 N.Thompson Peak Parkway

Suite D235

Scottsdale, AZ 85255

Cell (570) 840-0453

**IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.**

---

**From:** Sean Woods <swoods@millsandwoods.com>

---

**Sent:** Thursday, February 26, 2026 09:28
**To:** Jim Jellison <jim@jellisonlaw.com>
**Cc:** Valerie Hall <valerie@jellisonlaw.com>; Robert Mills <rmills@millsandwoods.com>; Ben Dangerfield <bdangerfield@millsandwoods.com>; Kaytlin Mendoza <Kaytlin@jellisonlaw.com>
**Subject:** Re: Discovery Responses

I am available later today starting at 4 to have a good faith consultation.

We can't stipulate to 30 days because our final trial management documents are due 3/24.

Additionally, I discussed on the record with Judge Logan that I thought a few interrogatories would suffice. You don't have a good faith basis to restart discovery wholesale. If that's your position, then I'm entitled to depose all the defendants - which would also be ludicrous.

I've already told you that we have conflicts with your noticed depositions.

You've received all documents in our possession; I provided 281 pages of new documents. I am working on finding any health records for Elisabeth, but there won't be much if any.

On Wed, Feb 25, 2026 at 8:50 AM Jim Jellison <jim@jellisonlaw.com> wrote:

> Good morning Sean:
>
> When Judge Logan spoke about "limited discovery," I believe he meant limited to the new party, and the new issues and allegations from both plaintiffs. You neither asked for clarification, nor suggested you would be unable to complete discovery within the 8 days allotted. Judge Logan was also clear that he would ensure I received the documentation I needed in light of our status.
>
> Here is where I am at.
>
> If we can stipulate to an extension of the discovery schedule for 30 days to reschedule depositions to meet your availability and to engage in a good faith discovery dispute meeting, and provided the Judge signs off on the extension prior to Friday, I can agree to move Mr. Denby and Ms. Torres' depositions.
>
> If the above is not accomplished, we expect Ms. Torres and Mr. Denby to appear as scheduled for deposition in the absence of a signed protective order.
>
> Aside from the above, I would like to schedule a good faith discovery dispute meeting regarding your recent discovery responses. When are you available?
>
> VTY, Jim Jellison
>
> Get Outlook for iOS
>
> ---
>
> **From:** Sean Woods <swoods@millsandwoods.com>
> **Sent:** Tuesday, February 24, 2026 6:57 PM
> **To:** Valerie Hall <valerie@jellisonlaw.com>; Jim Jellison <jim@jellisonlaw.com>; Robert Mills <rmills@millsandwoods.com>; Ben Dangerfield <bdangerfield@millsandwoods.com>
> **Subject:** Discovery Responses
>
> Jim -
>
> Attached are our discovery responses.

We note that Judge Logan allowed for "Limited Discovery".

**For that reason we object to the depositions of both Elizabeth Torres and James Denby.**

Your discovery requests are in many ways exact duplicates of discovery requests from earlier in the case.

You did not use your opportunity early on to depose either Jim or Elizabeth nor did you ever object to any of our responses. We do not believe that Judge Logan's order contemplated anything beyond some interrogatories.

Furthermore, neither Bob nor myself are even available on those dates.

Regardless, we have made attempts as quickly as we can to supplement responses and/or find other responsive documentation.

To that end, responsive documents can be found here: https://mwlaw.box.com/s/pglftxd2melp39rhvs2ahqu65ki7k7b0

A supplemental disclosure statement will follow tomorrow.

Thank you,

--

**SEAN WOODS**

PARTNER

MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557

f: 480.999.4557

swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

--

**SEAN WOODS**

PARTNER

MILLS + WOODS LAW PLLC

5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014

d: 480.999.4557

f: 480.999.4557

swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.