**EXHIBIT A**



Inmate 201115

| Last Name | First Name | Middle Initial |
|---|---|---|
| OCHOA | ABRAM | P. |

| Gender | Height (inches) | Weight | Hair Color |
|---|---|---|---|
| Male | 5 f 9 | 190 | Black |

| Eye Color | Ethnic Origin | Custody Class | Admission |
|---|---|---|---|
| Brown | Mexican American | Medium/Moderate | 05/26/15 |

**Projected Eligible Release Date**

| Prison Release Date | Release Type |
|---|---|
| 12/10/2031 | CSBD |

| Most Recent Location | | As of Date | |
|---|---|---|---|
| Complex | Unit | Last Movement | Status |
| TUCSON | TUCSON SANTA RITA | | Active |

**Inmate Mailing Address**

**ASPC Tucson, Santa Rita Unit**
**PO Box 24401**
**ABRAM P. OCHOA 201115**
**Tucson, AZ 85734**
**United States**

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADCRR.

It is important to note that all Release Dates are *projected* and are *subject to change*; confirm with ADCRR Time Computation Unit or the Offender Information Unit where the inmate is housed for potential changes

If you are a victim of crime, please call or email the Office of Victim Services for assistance with your victim rights or concerns: 602-542-1853  azvictims@azadc.gov

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

## Commitment and Sentence Information *10 records*

| Commit# | Sentence Length | Sentence County | Court Cause# | Offense Date | Sentence Date | Sentence Status | Crime |
|---|---|---|---|---|---|---|---|
| A01 | 002 Y/00 M/00D | Pinal County | 200101106 | 09/15/2002 | 11/28/2005 | Imposed | ATTEMPTED AGGRAVATED ASSAULT |
| B01 | 002 Y/06 M/00D | Pinal County | 201002352 | 10/25/2010 | 01/26/2011 | Imposed | MISCNDCT INVOLVING WEAPONS |
| C01 | 001 Y/00 M/00D | Pinal County | 201002353 | 06/19/2010 | 01/26/2011 | Imposed | CRIMINAL TRESPASS 1ST DGR |
| D01 | 015 Y/09 M/00 D | Pinal County | 201302288 | 10/22/2013 | 05/18/2015 | Imposed | DANGEROUS DRUG VIOLATION |
| D02 | 010 Y/00 M/ 00 D | Pinal County | 201302288 | 10/22/2013 | 05/18/2015 | Imposed | DANGEROUS DRUG VIOLATION |
| D03 | 003 Y/09 M/00 D | Pinal County | 201302288 | 10/22/2013 | 05/18/2015 | Imposed | MARIJUANA VIOLATION |
| D04 | 003 Y/09 M/00 D | Pinal County | 201302288 | 10/22/2013 | 05/18/2015 | Imposed | DRUG PARAPHERNALIA VIOLAT |
| D05 | 003 Y/09 M/00 D | Pinal County | 201302288 | 10/22/2013 | 05/18/2015 | Imposed | DRUG PARAPHERNALIA VIOLAT |

| E01 | 002 Y/00 M/ 00 D | Pinal County | 201500076 | 04/13/2014 | 07/28/2015 | Imposed | FLIGHT FROM LAW VEHICLE |
| F01 | 002 Y/03 M/00 D | Pinal County | 201500182 | 04/17/2014 | 07/28/2015 | Imposed | UNLAW USE OF MEANS OF TRNS |

## Disciplinary Infractions *10 records*

| Violation Date | Infraction | Verdict Date | Verdict |
|---|---|---|---|
| 03/27/2016 | Possession or Manufacture of Intoxicating Substance | 03/30/2016 | Major - Guilty |
| 02/01/2016 | Aggravated Refusal of an Assignment | 02/18/2016 | Major - Guilty |
| 04/11/2012 | Obstructing Staff | 04/26/2012 | Major - Guilty |
| 03/07/2012 | Aggravated Refusal of an Assignment | 03/09/2012 | Major - Guilty |
| 03/02/2012 | Aggravated Refusal of an Assignment | 03/09/2012 | Major - Guilty |
| 02/22/2012 | Aggravated Refusal of an Assignment | 02/29/2012 | Major - Guilty |
| 01/23/2012 | Aggravated Refusal of an Assignment | 01/25/2012 | Major - Guilty |
| 12/28/2011 | Aggravated Refusal of an Assignment | 01/05/2012 | Major - Guilty |
| 12/20/2011 | Aggravated Refusal of an Assignment | 12/23/2011 | Major - Guilty |
| 08/09/2011 | Aggravated Refusal of an Assignment | 08/22/2011 | Major - Guilty |

## Disciplinary Appeals *0 record* *[Info]*

## Profile Classification *8 records* *[Info]*

| Complete Date | Classification Type | Custody Risk | Internal Risk |
|---|---|---|---|
| Active Classification | Initial Classification | Medium | Moderate |
| 10/01/2012 | Reclassification | Maximum | Highest |
| 04/03/2012 | Reclassification | Maximum | High |
| 02/16/2012 | Reclassification | Close | High |
| 01/06/2012 | Reclassification | Close | Moderate |
| 02/09/2011 | Initial Classification | Medium | Moderate |
| 02/06/2007 | Reclassification | Minimum | Moderate |
| 08/10/2006 | Reclassification | Minimum | Moderate |

## Parole Action *0 record*

## Work Program *7 records*

| Assigned Date | Completed Date | Work Assignment |
|---|---|---|
| 07/16/2021 | | Aide-Recreation |
| 06/02/2021 | 07/15/2021 | Parenting |
| 11/18/2019 | 06/12/2020 | SA Recovery Wellness |
| 09/30/2019 | 09/30/2019 | Parenting |
| 12/28/2018 | 12/28/2018 | Parenting |
| 12/20/2017 | 12/20/2017 | IHP - TOLERATING DIFFERENCES |
| 05/02/2017 | 10/17/2017 | Cog/Think For A Change |

## Notification Requests, Detainers, and/or Warrants *3 records*

| Detainer Date | Detainer Type | Charges | Authority | Agreement Date |
|---|---|---|---|---|
| 06/09/2015 | Notification Request | CR 2013-02288 | Clerk of the Court | |
| 08/08/2011 | Notification Request | CR201002352 | Clerk of the Court | 01/10/2013 |
| 08/08/2011 | Notification Request | CR201002353 | Clerk of the Court | 01/10/2013 |