**EXHIBIT B**

**Visit OpenBooks**   **Ombudsman Citizens Aide**   **Register to Vote**   **Save with AZRx**

Search az.gov

Home / Tucson

# Tucson

Central Arizona Correctional and Rehabilitation Facility (CACRF)

Douglas

Eyman

Florence West

Kingman

La Palma

Lewis

Perryville

Phoenix

Phoenix West

Red Rock Correctional Center

Safford

**Tucson**

Winslow

Yuma



## Address

10000 S. Wilmot Rd.
Tucson, AZ 85734
United States

**Inmate Mail**
Click here for information on **Inmate Mail**.



# Warden Jorge Martinez

To contact the Warden's office, please call **(520) 574-0024 ext. 36001** or email **jmartinez1@azadc.gov**.

# Overview

The Tucson Complex is the largest ADCRR complex in Arizona. Located on 640 acres and comprised of eight separated prison units, Tucson Complex has a bed capacity of 5,403 and 1,608 authorized staff.

# Programs

## Work Crews

Tucson Complex supervises 31 work crews with over 400 inmates working both on and offsite, which include: Humane Society, Habitat for Humanity, landscape, food factory, welding, and fencing. Crews also help keep the roads, landfill, and border areas clean. They even work at Kartchner Caverns State Park. Our work crews' journey as far south as Nogales, AZ; north to Cortaro Road; east to Benson, AZ and west to Three Points, AZ. There is also the Wildland Fire Crew and the Healthy Forest Initiative Crew.

## Education

The educational programs include: Mandatory Literacy, High School/GED Preparation and Testing, Career Technical Education, Ashland University Courses, CDL Classroom Training, Forklift Certification, Automotive Technology, Construction and HVAC, Creative Writing, Computer Coding, and Pima Community College classes.

## Treatment & Self-Improvement Programs

Inmates are encouraged to participate in many of the programs that are offered:

- Cognitive Restructuring
- Conflict Resolution
- Domestic Violence
- Cultural Diversity
- Merging Two Worlds (Reentry program)
- Self-study for Parenting
- Parent/Child Reading
- Changing Offender Behavior (COB),
- Recovery Support Specialist/Wellness Recovery
- Courage to Change
- Social Values

- Peer Relations
- Alcoholics Anonymous (AA)
- Narcotics Anonymous (NA)
- Money Management
- Life Skills/Food Service Care
- Men In Recovery
- Regaining Honor Program: Allows veteran inmates opportunities and programming based on their military background

## Inmate Mail

For instructions on how and where to send different types of mail to inmates, please refer to the following **Inmate Mail** section on ADCRR's website.

# Catalina Unit

**Deputy Warden**
David Straub
Email: **dstraub@azadc.gov**

# Cimarron Unit

**Deputy Warden**
Eric Hansen
Email: **ehansen@azadc.gov**

**Associate Deputy Warden**
Justin Payne
Email: **jPayne4@azadc.gov**

# Manzanita Unit

**Deputy Warden**
David Straub
Email: **dstraub@azadc.gov**

# Rincon Unit

**Deputy Warden**
Danny Mendoza
Email: **dmendoza2@azadc.gov**

**Associate Deputy Warden**
Sarah Espinosa
Email: **sespinosa@azadc.gov**

# Santa Rita Unit

**Deputy Warden**
Melanie Yubeta
Email: **myubeta@azadc.gov**

**Associate Deputy Warden**
Kyle Arndt
Email: **karndt@azadc.gov**

# Whetstone Unit

**Deputy Warden**
Dwayne Morman
Email: **dmorman@azadc.gov**

**Associate Deputy Warden**
Heidi Durant
Email: **hdurant@azadc.gov**

# Winchester Unit

**Deputy Warden**
Mario DeFranco
Email: **mdefranco@azadc.gov**

**Associate Deputy Warden**
Carolyn Gomez
Email: **cgomez@azadc.gov**