**EXHIBIT C**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James W. Denby, a single man ; Elizabeth J. Torres, a single woman,<br><br>                         Plaintiffs,<br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>                         Defendants. | Case No.: 2:17-cv-00119-SPL<br><br>**[PROPOSED] ORDER** |

Pursuant to Defendants' Application for Writ of Habeas Corpus Ad Testificandum of witness and ADCRR Inmate Abram P. Ochoa, and for good cause appearing,

**IT IS HEREBY ORDERED**, you, Warden Jorge Martinez, of the Arizona Department of Corrections, Rehabilitation and Reentry – Tucson (Santa Rita Unit), have and produce the body of Abram P. Ochoa (who is in your custody at the Santa Rita Unit and bears the inmate number of 201115) before the United States District Court in and for the District of Arizona in the Courtroom of United States District Judge Steven P. Logan, Courtroom 501, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003, so Abram P. Ochoa may then appear for and testify in the above-captioned case on April 28, 2026 at 9:30 a.m.

_____