Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby; *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>City of Casa Grande; *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-00119-SPL<br><br>**JOINT DESCRIPTION OF THE CASE**<br><br>(Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned and pursuant to the Court's "Order Setting Final Pretrial Conference, ECF No. 230, the parties provide the following proposed descriptions of the case to be read to the jury:

A.  Plaintiff

"On December 17, 2014, Defendants and other members of the Casa Grande Police Department and the Pinal County SWAT Team arrived at Plaintiffs' home in order to search for Abram Ochoa, who had an outstanding warrant for failure to appear on an unrelated shoplifting charge.  Ochoa did not reside at the property or residence and was unknown to Plaintiffs. The officers surrounded the property and called for SWAT assistance within approximately 30 minutes. They then obtained a search warrant authorizing a search of the property solely to apprehend Ochoa's person.  In executing that

warrant, officers and deputies employed escalating measures of force to the property including announcing their presence over a PA system, using a bearcat to breach entry points to the house, the launching of twenty-two canisters of chemical munitions into the home, deployment of two robots into the home, launching a 'throw phone' into the home, and subsequently breached the residence firing multiple NFDDs also known as 'flashbangs'.  Ochoa was not found in the house.  He was ultimately found outside the house under a tarp on top of a car.  As a result of the search operation, Plaintiffs' home and personal property therein were damaged and destroyed. Plaintiff James Denby also was physically harmed when he entered the home following the departure of law enforcement officers and deputies. No ventilation procedures or warnings were posted on the residence to warn Mr. Denby of potential harm to Mr. Denby's health because of the use of the chemical munitions. No officers or deputies stayed behind to discuss the potential harm with Mr. Denby.

Plaintiffs contend that Ochoa was never in the home, that the force employed by Defendants was unreasonable and that Defendants instead should have searched for Ochoa outside before using force against the home and its interior.

Defendants contend that Ochoa was in the home at certain times, and they had reason to believe he was in the home prior to using force against it. Plaintiffs further contend that Defendants used unreasonable and unnecessary force upon Plaintiffs' home and personal property in their search for Ochoa, while Defendants deny they used unreasonable or unnecessary force."

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**Defendants' Objections:**  Defendants object to this statement of the case as it does not present the matter in an objective or neutral manner and is argumentative in favor of Plaintiff. Plaintiff's statement includes claims that fall outside Fourth Amendment excessive force against property that would confuse the jury, or invite verdicts based on non-existent claims.  Plaintiff's statement fails to accurately describe the Defendants' position.  Defendants propose the following alternative statement.

B.  Defendants.

This case arises from the December 17, 2014 execution of a search warrant to locate and apprehend a person named Abram Ochoa at 116 West 10th Street, Casa Grande, Arizona.

The plaintiffs claim that the law enforcement defendants violated their constitutional rights by using unreasonable and destructive force while executing arrest and search warrants for Abram Ochoa at the residence located at 116 West 10th Street, Casa Grande, Arizona on December 17, 2014. The plaintiffs also claim that each of the law enforcement defendants had the opportunity to intervene to stop the use of force.

The law enforcement defendants claim the force applied during the search was reasonable because Ochoa was a felony suspect who had a significant criminal history, was an immediate threat to officers and others on scene, and was fleeing or escaping apprehension and arrest.  The individual defendants, with arrest and search warrants having been issued for Ochoa,  employed a series of escalating, non-lethal tactics—including verbal commands, the deployment of a throw phone, surveillance robots, and chemical agents—before ultimately breaching and clearing the residence.  All individual Defendants

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

responded properly, and none of their conduct was unreasonable under the Fourth Amendment.

Plaintiffs also assert that Defendant Abram Ochoa trespassed into the residence, causing damage.

**PLAINTIFFS' OBJECTION:** Defendants proposed statement is argumentative, attempts to sneak in their version of contested issues such as the "immediate threat", "significant criminal history", "was fleeing or escaping", and "non-lethal tactics". It says nothing about Ochoa's whereabouts when arrested. Plaintiffs' proposed statement provides both plaintiffs' contentions and defendants' contentions.

**RESPECTFULLY SUBMITTED** this 24th day of March 2026.

**MILLS + WOODS LAW, PLLC**

By___/s/ Sean A. Woods_____
     Sean A. Woods
     Robert T. Mills
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

**JELLISON LAW OFFICES, PLLC**

By___/s/ James M. Jellison (w/ permission)
     James M. Jellison
     18801 N Thompson Peak Parkway
     Ste. D235
     Scottsdale, AZ 85255
     *Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

5