Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman, <br><br> Plaintiffs, <br><br> vs. <br><br> David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man, <br><br> Defendants. | Case No.: CV-17-00119-PHX-SPL <br><br> **NOTICE OF FILING JOINT (REVISED) PROPOSED FINAL PRETRIAL ORDER** <br><br> (Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned, Plaintiffs James W. Denby and Elizabeth J. Torres (collectively, "Plaintiffs") hereby give notice of their filing of the attached Joint (Revised) Proposed Final Pretrial Order.

**RESPECTFULLY SUBMITTED** this 24th day of March 2026.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
　　　Sean A. Woods
　　　Robert T. Mills
　　　5055 North 12th Street, Suite 101
　　　Phoenix, AZ 85014
　　　*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

Abram Ochoa
Tuc.Rita.library@azadc.gov
*Defendant*


                /s/ Ben Dangerfield