IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Denby, et al., )<br><br>                    Plaintiffs, )<br>vs. )<br><br>City of Casa Grande, et al., )<br><br>                    Defendants. )<br> ) | No. CV-17-00119-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendants' Application for Writ of Habeas Corpus ad Testificandum for ADCRR Inmate Abram Ochoa. (Doc. 296). Defendants ask the Court to issue a writ of habeas corpus so that Defendant Ochoa may appear and testify in-person at trial on April 28, 2026, the first day of trial. (Doc. 296-3 at 2). The Court is aware that Defendant Ochoa is listed as a witness by both Plaintiffs and Defendants. (*See* Doc. 237). However, Plaintiffs' position on the Application for Writ of Habeas Corpus ad Testificandum is unclear. It is also unclear whether Defendants seek an order making Defendant Ochoa available for the entire duration of the four-week trial, or a specific day(s) of trial. Therefore, the Court will direct the parties to file a Joint Notice providing additional information to supplement the Application. First, Plaintiffs should inform the Court of their position on the Application. Second, the parties should inform the Court of exactly when they request that Defendant Ochoa appear in Court for testimony, and whether they request that he appear for the entire trial, separate days, or whether the parties can stipulate to a day or days that they may both complete their witness examination.

Accordingly,

**IT IS ORDERED** that the parties shall have until **Friday, March 27, 2026** to file a Joint Notice in accordance with this Order.

Dated this 24th day of March, 2026.

Honorable Steven P. Logan
United States District Judge

2