**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone:  (480) 659-4244
E-mail:  jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel (the individual Defendants are referred to by name, or collectively as the "City and County Defendants" or "Defendants")

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man ; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: 2:17-cv-00119-SPL<br><br>**DEFENDANTS' ENGSTROM, ROBINSON, LAPRE, GRAGG, AND SKEDEL'S REPLY IN SUPPORT OF MOTION TO MODIFY THE SCHEDULING ORDER AND REOPEN EXPERT DISCOVERY** |

Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel (collectively herein, "Defendants"), through undersigned counsel, respectfully submit this Reply solely in the event that the Court declines to adopt Defendants' Jury Instructions filed at Doc. 299 on March 24, 2026.

Defendants maintain that the relief sought in their Motion to Modify the Scheduling Order and Reopen Expert Discovery would be applicable only if the Court rejects the Jury Instructions. If that occurs, a real estate expert will be essential for the jury to address facts newly raised in Plaintiffs' Third Amended Complaint.

DATED this 26th day of March, 2026.

JELLISON LAW OFFICES, PLLC

s/*James M. Jellison*
James M. Jellison

1

*Attorney for Defendants Engtrom, Robinson, Lapre, Skedel, and Gragg*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 26, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants:

Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

s/ *Valerie Hall*