IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James W. Denby, et al.,

              Plaintiffs,

vs.

City of Casa Grande, et al.,

              Defendants.

No.  CV-17-00119-PHX-SPL

**ORDER**

      Before the Court is Defendants' Motion to Set Competency Hearing for Plaintiff Torres (Doc. 302). The Court will set an expedited briefing schedule.

      Accordingly,

      **IT IS ORDERED** that Plaintiffs shall have until **Tuesday, March 31, 2026** to file a Response.

      **IT IS FURTHER ORDERED** that Defendants shall have until **Friday, April 3, 2026** to file a Reply.

      Dated this 26th day of March, 2026.

Honorable Steven P. Logan
United States District Judge