**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone:  (480) 659-4244
E-mail:  jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
Attorney for Defendants Engstrom, Robinson, Lapre, Gragg, and Skedel (the individual Defendants are referred to by name, or collectively as the "City and County Defendants" or "Defendants")

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man ; Elizabeth J. Torres, a single woman,<br><br>          Plaintiffs,<br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>          Defendants. | Case No.: 2:17-cv-00119-SPL<br><br>**JOINT NOTICE REGARDING DEFENDANTS' APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR ADCRR INMATE ABRAM OCHOA** |

Pursuant to the Court's Order dated March 24, 2026 (Doc. 301), the parties hereby submit this Joint Notice to provide additional information regarding Defendants' Application for Writ of Habeas Corpus ad Testificandum for ADCRR Inmate Abram Ochoa.

**1. Plaintiffs' Position**

Plaintiffs do not oppose Defendants' Application for Writ of Habeas Corpus ad Testificandum.

**2. Requested Scope and Timing of Testimony**

Because the precise order of witnesses cannot be determined at this time, the parties are unable to stipulate to a specific calendar date for Mr. Ochoa's testimony. However, the parties anticipate that his testimony will occur during the early portion of trial.

1

Defendants request that the jury hear the testimony of Mr. Ochoa in Plaintiffs case-in-chief or in Defendants' own.

Plaintiffs request that Mr. Ochoa testify during Plaintiff's case in chief.

The parties will work cooperatively to minimize the length of time Mr. Ochoa is required to be present.

DATED this 27th day of March, 2026.

**JELLISON LAW OFFICES, PLLC**

By: s/*James M. Jellison*
James M. Jellison, Esq.
*Attorney for Defendants Engstrom, Robinson, Lapre, Skedel, and Gragg*

**MILLS + WOODS LAW PLLC**

By: s/ *Sean Woods*
Sean A Woods, Esq.
Robert T. Mills, Esq.
*Attorneys for Plaintiffs*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 27, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants:

Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

s/ *Valerie Hall*