DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #

**166582**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**JAMES W. DENBY; et al.**

                                        **Plaintiff / Petitioner,**

        vs.

**CITY OF CASA GRANDE; et al.**

~~ORIGINAL~~

                                        **Defendant / Respondent.**

NO.   **2:17-CV-00119-SPL**

CERTIFICATE OF SERVICE

<u>**Cherise Fussy**</u>                              , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, LETTER**

from            **Jim Jellison c/o JELLISON LAW OFFICE**            on            **3/16/26**            ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

NAME:    **OFFICER MICHAEL WILSON**

**DATE & TIME:**  3/17/26 1:29pm
**PLACE &**       20455 E. VIA DEL JARDIN  QUEEN CREEK, AZ 85142, which is his/her usual place of abode.
**MANNER:**       By serving Colleen Wilson, Wife/resident, a person of suitable age and discretion residing therein, in person.

Description of the Named: Female, Age: 40's, Ht: 5' 6in., Wt: 130, Eyes: blue/green, Hair: sandy blonde, Ethnicity: Cauc.

**Witness fee tendered in the amount of $62.43**
**Date of Appearance: April 28, 2026 at 9:00 am**

**Statement of Costs**

| | |
|---|---|
| Services | $16.00 |
| Mileage | $117.00 |
| Sp. Handl. | |
| Witness | $62.43 |
| Advances | |
| Cert. Prep | $25.00 |
| Other | $7.24 |
| **Total** | **$227.67** |

s/c, 4 pages

**Affiant - Registered in**

**Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.