DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #

166581

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**JAMES W. DENBY; et al.**

                                        Plaintiff / Petitioner,

vs.

**CITY OF CASA GRANDE; et al.**

                                        Defendant / Respondent.

NO.  **2:17-CV-00119-SPL**

CERTIFICATE OF SERVICE

CRIMINAL

<u>Tina Nemeth</u>                                   , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, LETTER**

from             **Jim Jellison c/o JELLISON LAW OFFICE**                on        **3/16/26**        ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**    **RET. LT. GARRIC BERRY**

**DATE & TIME:**  3/22/26 2:51pm
**PLACE &**       8309 S. 45TH LANE  LAVEEN, AZ 85339, which is his/her usual place of abode.
**MANNER:**       In person.

Description of the Named: Male, Age: 40's, Ht: 5' 10in., Wt: 185, Eyes: brown, Hair: brown, Ethnicity: Black, Other: glasses

**Witness fee tendered in the amount of $48.05**
**Date of Appearance: April 28, 2026 at 9:00 am**

**Statement of Costs**

| | |
|---|---|
| Services | $16.00 |
| Mileage | $45.00 |
| Sp. Handl. | |
| Witness | $48.05 |
| Advances | |
| Cert. Prep | $25.00 |
| Other | $5.81 |
| **Total** | **$139.86** |

s/c, 4 pages

**Affiant - Registered in**

**Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.