IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al., | No.  CV-17-00119-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| City of Casa Grande, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Rule 17 Motion to Set Competency Hearing for Plaintiff Torres (Doc. 302), Plaintiffs' Response (Doc. 308), and Defendants' Reply (Doc. 309). The Court now rules as follows.[1]

Defendants "request this Court set a competency hearing to determine the competency and consent of Plaintiff Elizabeth Torres to be a party to this action, assist in the prosecution of her civil claim, and to participate in the trial of this action and provide testimony under oath in this case." (Doc. 302 at 1). Defendants filed this Motion after discovering that Plaintiff Torres "resides in a 'memory care' facility and suffers from diagnosed Demetia, Alzheimer's disease, and the effects of one or more strokes." (*Id.*). In Response, Plaintiffs state that they "do not necessarily oppose holding a competency hearing" for Plaintiff Torres and have requested her medical records. (Doc. 308 at 1–2).

---

[1]      Because it would not assist in resolution of the instant issues, the Court finds the pending motions are suitable for decision without oral argument. *See* LRCiv. 7.2(f); Fed. R. Civ. P. 78(b); *Partridge v. Reich*, 141 F.3d 920, 926 (9th Cir. 1998).

In light of the uncertain information before the Court, the Court will set a Competency Hearing. Plaintiffs shall produce Plaintiff Torres to testify in person at the hearing before the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Rule 17 Motion to Set Competency Hearing for Plaintiff Torres (Doc. 302) is **granted**.

**IT IS FURTHER ORDERED** setting an in-person Competency Hearing for **April 22, 2026 at 9:00 a.m.** before the Honorable Judge Steven P. Logan, United States District Judge, in Courtroom 501, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** that Plaintiffs shall produce Plaintiff Elizabeth Torres to testify in person at the April 22, 2026 hearing.

Dated this 7th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

2