IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, et al., | No. CV-17-00119-PHX-SPL |
| Plaintiffs, | **WRIT OF HABEAS CORPUS** |
| v. | |
| City of Casa Grande, et al., | |
| Defendants. | |

**TO: WARDEN, ASPC TUCSON, SANTA RITA UNIT**

You are commanded to bring Defendant Abram P. Ochoa, inmate #201115, to the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona, Courtroom 501, for the purpose of a jury trial on **Tuesday, April 28, 2026 at 9:00 a.m.**, and for each subsequent day of trial until proceedings have concluded or as ordered by the Court.

After Abram P. Ochoa is excused by the Court, you shall return him to the custody of the ASPC Tucson, Santa Rita Unit.

WITNESS the Honorable Steven P. Logan, District Judge of the United States District Court for the District of Arizona, and the Seal of this Court this 8th day of April, 2026.

DEBRA D. LUCAS, Clerk of Court

By: _Molly J. Williams_
Molly J. Williams, Deputy Clerk

**ISSUED ON 3:24 pm, Apr 08, 2026**

**s/ Debra D. Lucas, Clerk**