DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #

**166585**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**JAMES W. DENBY; et al.**

**Plaintiff / Petitioner,**

vs.

**CITY OF CASA GRANDE; et al.**

NO.   **2:17-CV-00119-SPL**

**Defendant / Respondent.**

CERTIFICATE OF SERVICE

**CECIL TORRES**                    , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, LETTER**

from               **Jim Jellison c/o JELLISON LAW OFFICE**               on        **3/16/26**        ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**    **RET.CPL. FRANCISCO LUJAN, Pinal County Development Services**

**DATE & TIME:**  3/24/26 9:46am
**PLACE &**          85 N. FLORENCE STREET  FLORENCE, AZ 85128, which is his/her place of business.
**MANNER:**         In person.

**Witness fee tendered in the amount of $76.80**
**Date of Appearance: April 28, 2026 at 9:00 am**

**Statement of Costs**

| | |
|---|---|
| **Services** | $99.00 |
| **Mileage** | |
| **Sp. Handl.** | $70.00 |
| **Witness** | $76.80 |
| **Advances** | |
| **Cert. Prep** | $25.00 |
| **Other** | $18.58 |
| **Total** | $289.38 |

s/c, 4 pages

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

Inv. #

69324

**James W. Denby, et al.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

NO. **2:17-CV-00119-SPL**

Plaintiff / Petitioner,

vs.

**City of Casa Grande, et al.**

CERTIFICATE OF
SERVICE

Defendant / Respondent

**Cecil Torres** _____ , being duly sworn, states: that s/he is duly qualified to serve process in this cause within the county in which it was served, having been so appointed by the court; that s/he received the following documents in this action:

**Letter, Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action**

from _____ **DL Investigations & Attorney Support, LLC** _____ on _____ 3/23/26 _____ ; that s/he personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Pinal County, Arizona.

**NAME:   Ret. Col. Francisco Lujan, Pinal County Development Services**

**DATE & TIME:** March 24, 2026 at 9:46 am

**PLACE &**    85 N. Florence St., Florence, AZ 85132, which is his/her place of business.
**MANNER:**   In person.

I declare under penalty of perjury that
the foregoing is true and correct.

Affiant

Cecil Torres #PN202300001
Registered in Pinal County

The above is covered by A.R.S. as amended 41-314 , 11-445 and Rules 4, 5 and 45.
Brock & Associates - PO Box 10127. - Casa Grande, AZ  85230-0127