DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #

**166584**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**JAMES W. DENBY; et al.**

**Plaintiff / Petitioner,**

vs.

**CITY OF CASA GRANDE; et al.**

NO.   **2:17-CV-00119-SPL**

**Defendant / Respondent.**

CERTIFICATE OF SERVICE

**ALYSSA BUCKNER**_____ , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, LETTER**

from _____**Jim Jellison c/o JELLISON LAW OFFICE**_____ on _____**3/16/26**_____ ; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**    **Officer Brian Walsh**

**DATE & TIME:**  3/26/26 7:36am
**PLACE &**          22820 N. PINAL AVE, #4, CASA GRANDE, AZ 85122, a public place.
**MANNER:**       In person.

**Witness fee tendered in the amount of $66.45**
**Date of Appearance: April 28, 2026 at 9:00 am**

**Statement of Costs**

| | | |
|---|---|---|
| Services | $50.00 | |
| Mileage | | |
| Sp. Handl. | $70.00 | |
| Witness | $66.45 | |
| Advances | | |
| Cert. Prep | $25.00 | s/c, 4 pages |
| Other | $12.65 | |
| **Total** | **$224.10** | |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

Inv. #

**69320**

**James W. Denby, et al.**

vs.

**City of Casa Grande, et al.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

NO. **2:17-CV-00119-SPL**

Plaintiff / Petitioner,

**CERTIFICATE OF**
**SERVICE**

Defendant / Respondent

**Alyssa Buckner**                                      , being duly sworn, states: that s/he is duly qualified to serve process in this cause within the county in which it was served, having been so appointed by the court; that s/he received the following documents in this action:

**Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, Letter**

from          **DL Investigations & Attorney Support, LLC**                    on          **3/21/26**           ;

that s/he personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Pinal County, Arizona.

**NAME:    Officer Brian Walsh**

**DATE & TIME:**  March 26, 2026 at 7:36 am

**PLACE &**    La Grande Café, 2820 N Pinal Ave #4., Casa Grande, AZ 85122, a public place.
**MANNER:**    In person.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Affiant
Alyssa Buckner #PS201600004
Registered in Pinal County

The above is covered by A.R.S. as amended 41-314 , 11-445  and Rules 4, 5 and 45.
Brock & Associates - PO Box 10127. - Casa Grande, AZ  85230-0127