Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**PLAINTIFFS' MOTION TO VACATE COMPETENCY HEARING**<br><br>(Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned, Plaintiffs hereby respectfully move to vacate the Competency Hearing for Plaintiff Elizabeth Torres ("Torres") currently set for April 22, 2026 at 9:00 a.m., on the grounds that based on recent  medical records and a letter from Torres' treating physician, Plaintiffs concede that Ms. Torres is not competent to testify at trial. Therefore a Hearing to determine her competency is no longer needed.

Recently, Plaintiffs obtained medical records of Ms. Torres and produced them to Defendants' counsel. At that time, Ms. Torres' current treating nurse Practitioner also provided a letter to Plaintiffs. The letter states as follows:

> Elizabeth Torres is a patient under my medical care and has been diagnosed with Alzheimer's dementia and other chronic medical conditions causing significant cognitive impairment. Due to the progression of this condition, she has severe memory loss, impaired judgment, and lacks the capacity to understand or participate in court proceedings. It is my professional opinion that she is medically incapacitated and unable to manage personal or legal matters. Elizabeth requires ongoing supervision and care, and placement in a memory care facility is medically appropriate.
> I recommend that the court allow the designated Power of Attorney (POA) or legal representative to act on her behalf.

**Ex. 1** at TORRESMED_001187. Plaintiffs likewise produced this letter to Defendants' counsel. Upon receiving this letter and the attached medical records, Plaintiffs concede that Ms. Torres is not competent to testify at the upcoming trial in this matter.

Also attached as "**Exhibit 2**" hereto is the "Declaration of Suzanne Jackson." Ms. Jackon is Ms. Torres' oldest daughter, who also holds power of attorney over Ms. Torres' affairs. Therein she declares, under penalty of perjury, that "until recently, [she] had no concerns over [her] mother's memory regarding" the destruction of Plaintiffs' property in Casa Grande or the ownership of the property. However, due to the worsening of her mother's condition and the letter from her Nurse Practitioner, she now agrees her mother is no longer competent to testify. **Ex. 2 ¶¶** 13, 15.

In short, in addition to the supporting medical evidence, Plaintiffs' counsel, Plaintiff Denby, Torres' daughter with the power of attorney, and most importantly, Torres' current treating medical professionals, are all in agreement. Plaintiff Torres is no longer competent to testify in this matter. Therefore, the purpose of the Competency Hearing is moot, and it should be vacated accordingly.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 15th day of April 2026.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
     Sean A. Woods
     Robert T. Mills
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

Abram Ochoa
Tuc.Rita.library@azadc.gov
*Defendant*

    /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4