# EXHIBIT 1

To Whom It May Concern,

Elizabeth Torres is a patient under my medical care and has been diagnosed with Alzheimer's dementia and other chronic medical conditions causing significant cognitive impairment. Due to the progression of this condition, she has severe memory loss, impaired judgment, and lacks the capacity to understand or participate in court proceedings. It is my professional opinion that she is medically incapacitated and unable to manage personal or legal matters. Elizabeth requires ongoing supervision and care, and placement in a memory care facility is medically appropriate.

I recommend that the court allow the designated Power of Attorney (POA) or legal representative to act on her behalf.

Please contact my office if further information is needed.

Sincerely,
Zyrine Calucer NP

3/30/2026 12:50 PM (UMST)

TORRESMED_001187