# EXHIBIT 2

Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman, | Case No.: CV-17-00119-PHX-SPL |
| Plaintiffs, | **DECLARATION OF SUZANNE JACKSON** |
| vs. | |
| David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man, | (Assigned to the Hon. Steven P. Logan) |
| Defendants. | |

I, Suzanne Jackson, declare as follows:

1.      I am an adult.

2.      I am the eldest daughter of Elizabeth Torres.

3.      I hold the durable medical, financial, legal decision-making Power of Attorney for my mother, Elizabeth Torres.

4.      I have been aware of the lawsuit for the last decade regarding my uncle Jim Denby's property as it has been known in the family.

5.      My mother always told me that what happened to her brother Jim Denby's house in Casa Grande was a travesty and that Jim should get justice for the damage.

6.      At no point in my life did my mother ever tell me that the house did not belong to Jim Denby or that it was supposed to be owned by anybody other than Jim Denby.

7.      It is my understanding that she gave her interest in the property to Jim Denby because she and the family understood and believed that the property belonged to him.

8.     When I was a child, our extended family spent every Thanksgiving at my Uncle Jim's house in Casa Grande, and we all believed it was his house or supposed to be his house.

9.     I moved my mother into Terra Pointe Memory Care on December 19, 2024.

10.     I know that my mother was originally a plaintiff in the lawsuit and that she was recently added back in as a plaintiff.

11.     While I did not talk to her attorneys prior to adding her back to the lawsuit, I wholeheartedly agree with the decision and support it as I know my mom has always supported the lawsuit.

12.     After reviewing the third amended complaint, there is nothing in there that I disagree with or that my mother or I would consider places her in a position contrary to Jim Denby's.

13.     Up until recently, I had no concerns over my mother's memory regarding the incident or the ownership of the property.

14.     I know that my uncle Jim Denby has discussed the lawsuit with her over the years.

15.     Unfortunately, her memory has gotten worse, and a treating Nurse Practitioner has recently determined on March 30, 2026 that she is not legally capable or competent to testify.

16.     Therefore, I also now believe the same.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

I declare, under penalty of perjury and by my signature below, that the foregoing statements are true and correct to the full extent of my knowledge, recollection, and belief.

EXECUTED on 4-15-2026

_____
Suzanne Jackson

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3