MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman, | Case No.: CV-17-00119-PHX-SPL |
| Plaintiffs, | **[PROPOSED] ORDER VACATING COMPETENCY HEARING** |
| vs. | |
| David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man, | (Assigned to the Hon. Steven P. Logan) |
| Defendants. | |

THE COURT, having reviewed Plaintiffs' "Motion to Vacate Competency Hearing" (the "Motion to Vacate"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion to Vacate.

**IT IS FURTHER ORDERED** vacating the in-person Competency Hearing currently set for April 22, 2026 at 9:00 a.m. in this action.