DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #

**166622**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**JAMES W. DENBY; et al.**

**Plaintiff / Petitioner,**

vs.

**CITY OF CASA GRANDE; et al.**

NO.   **2:17-CV-00119-SPL**

CERTIFICATE OF SERVICE

**Defendant / Respondent.**

**CHRISTY MORTENSON**_____, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION, LETTER**

from            **Jim Jellison c/o JELLISON LAW OFFICE**_____ on            **3/18/26**            ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**    **JOHN LOGAN PERRILL**

**DATE & TIME:**  3/25/26 7:35pm
**PLACE &**       12190 N. GOLDENVIEW LANE  MARANA, AZ 85653, which is his/her usual place of abode.
**MANNER:**       In person.

**Witness fee tendered in the amount of $97.50**
**Date of Appearance: April 28, 2026 at 9:00 am**

| Statement of Costs | |
|---|---|
| Services | $125.00 |
| Mileage | |
| Sp. Handl. | $70.00 |
| Witness | $97.50 |
| Advances | |
| Cert. Prep | $25.00 |
| Other | $58.25 |
| **Total** | **$375.75** |

s/c, 4 pages

_Christy Mortensen_
Affiant

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.