Inv. #

**69319**

**James W. Denby, et al.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

vs.

**City of Casa Grande, et al.**

Plaintiff / Petitioner,

NO. **2:17-CV-00119-SPL**

CERTIFICATE OF
SERVICE

Defendant / Respondent

**Alyssa Buckner**                          , being duly sworn, states: that s/he is duly qualified to serve process in this cause within the county in which it was served, having been so appointed by the court; that s/he received the following documents in this action:

**Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, Letter**

from          **DL Investigations & Attorney Support, LLC**          on          **3/21/26**          ;

that s/he personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Pinal County, Arizona.

**NAME:   Officer Christopher Fox**

**DATE & TIME:**  April 6, 2026 at 5:47 pm

**PLACE &**     1582 E Jardin Pl., Casa Grande, AZ 85122, which is his/her place of business.
**MANNER:**     In person.

I declare under penalty of perjury that the foregoing is true and correct.

Affiant
Alyssa Buckner #PS201600004
Registered in Pinal County

The above is covered by A.R.S. as amended 41-314 , 11-445  and Rules 4, 5 and 45.
Brock & Associates  -  PO Box 10127.  -  Casa Grande, AZ   85230-0127