IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James W. Denby, et al.,                )     No.  CV-17-00119-PHX-SPL
                                       )
                Plaintiffs,            )
                                       )     **ORDER**
vs.                                    )
                                       )
City of Casa Grande, et al.,           )
                                       )
                Defendants.            )
                                       )

The jury trial in this matter begins on Tuesday, April 28, 2026, and the ability of Plaintiff Torres to prosecute her case is unclear. On April 15, 2026, Plaintiffs informed the Court of their belief that Plaintiff Torres is not competent to testify at trial. (Doc. 316). Plaintiffs averred that counsel, Plaintiff's treating medical providers, and Plaintiff Torres' daughter, who holds power of attorney, are all in agreement as to her incompetency. (*Id.* at 3).

As stated above, Plaintiff's oldest daughter, Suzanne Jackson, holds the durable medical, financial, and legal decision-making power of attorney for her mother, Plaintiff Torres. (Doc. 316-2 at 2, ¶ 3). However, Ms. Jackson does not have status in this case, and Plaintiff Torres currently remains unrepresented within the meaning of Federal Rule of Civil Procedure 17(c). As such, the Court will order Plaintiffs to inform the Court, through either a Motion or Notice, how they plan to proceed with the case as to Plaintiff Torres.

///

///

Accordingly,

**IT IS ORDERED** that Plaintiffs must inform the Court how they will proceed with Plaintiff Torres' claims by **Tuesday, April 21, 2026 at 5:00 P.M.**, either through a Motion requesting relief or Notice otherwise.

Dated this 20th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

2