**EXHIBIT A**

| | |
|---|---|
| **From:** | Jim Jellison |
| **To:** | Valerie Hall |
| **Cc:** | Fw: Denby |
| **Subject:** | Saturday, April 4, 2026 7:59:51 AM |
| **Date:** | |
| **Attachments:** | IMG_4055.jpeg |
| | IMG_4057.jpeg |
| | IMG_4056.jpeg |
| | IMG_4058.jpeg |

Get Outlook for iOS

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Friday, April 3, 2026 5:57:29 PM
**To:** Jim Jellison <jim@jellisonlaw.com>; Robert Mills <rmills@millsandwoods.com>; Ben Dangerfield <bdangerfield@millsandwoods.com>; Valerie Hall <valerie@jellisonlaw.com>
**Subject:** Fwd: Denby

Jim -

I should have full medical records on Monday/Tuesday from the memory care facility.

Attached are MRI records and a letter from a treating Nurse Practitioner dictating that Elizabeth Torres does not have the capacity to testify.

Let's discuss Monday about next steps.

Thank you and Happy Easter.

---------- Forwarded message ---------
From: **Sean Woods** <swoods@millsandwoods.com>
Date: Fri, Apr 3, 2026 at 4:49 PM
Subject: Denby
To: Sean Woods <swoods@millsandwoods.com>

--
**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.

Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4557
swoods@millsandwoods.com


This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.