**EXHIBIT B**

**Valerie Hall**

| | |
|---|---|
| **From:** | Jim Jellison |
| **Sent:** | Monday, April 20, 2026 2:51 PM |
| **To:** | Valerie Hall |
| **Subject:** | Fw: Torres Medical Records |

*James M. Jellison, Esq.*
## Jellison Law Offices, PLLC
**18801 N. Thompson Peak Parkway**
**Suite D235**
**Scottsdale, AZ 85255**
**D: 480-912-1539**
**E: jim@jellisonlaw.com**

*IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.*

---

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Tuesday, April 14, 2026 11:40 PM
**To:** Jim Jellison <jim@jellisonlaw.com>
**Cc:** Valerie Hall <valerie@jellisonlaw.com>; Robert Mills <rmills@millsandwoods.com>; Ben Dangerfield <bdangerfield@millsandwoods.com>; Kaytlin Mendoza <Kaytlin@jellisonlaw.com>
**Subject:** Re: Torres Medical Records

I'm trying to nail down any that exist. I have one full set which can be found here: https://mwlaw.box.com/s/7h9u8y76lsr8f5g1ighljajl4jngua09

I should have another set tomorrow.

Outside of that, her PCP retired and closed the practice, so I've asked my client to look into her records to see if she has copies of anything.

On Tue, Apr 14, 2026 at 3:55 PM Jim Jellison <jim@jellisonlaw.com> wrote:
> Are you intending to submit a supplement to the original requests to produce and interrogatories that covers the entire scope of Ms. Torres' medical and/or mental health treatment?  If not, we should have a good faith consultation call and, if we cannot agree, take the issue to the Court.  We look forward to the records you have received in their entirety.
>
> Get Outlook for iOS

---

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Tuesday, April 14, 2026 3:45:39 PM

**To:** Jim Jellison <jim@jellisonlaw.com>; Valerie Hall <valerie@jellisonlaw.com>; Robert Mills <rmills@millsandwoods.com>; Ben Dangerfield <bdangerfield@millsandwoods.com>
**Subject:** Torres Medical Records

We are still scanning them, but should have them to you today.

--
**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4557

swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

--
**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4557

swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.