**EXHIBIT C**



**SimonMed**
*See Tomorrow Today*

SimonMed AZ Arrowhead
6320 W. Union Hills Dr Bldg A, Ste 120
Glendale, AZ 85308
Phone: 602-535-2840

## DIAGNOSTIC IMAGING REPORT

Patient:   Torres, Elizabeth Sex :F  ██████████
           Diag. Imaging#: 92467  ██████████

Status:
Referring Physician: Carolyn Elizabeth Gatti
CC Physician:

### EXAM #40245695 - 04/23/2024 5:30 PM -MR BRAIN WITH AND WITHOUT CONTRAST

INDICATION:  Memory loss. Frequent falls

COMPARISON:  Head CT March 14, 2022

TECHNIQUE:  Sagittal and axial T1, axial diffusion, FLAIR and T2-weighted Images were obtained. Axial and coronal T1-weighted images were obtained of the brain pre and post gadolinium enhancement. T1-weighted volumetric acquisition was performed and post processed using NeuroQuant software package. 3D sagittal images obtained under general physician supervision including monitoring and adjustment of the 3D structures and tissue types on an independent workstation.

CONTRAST:  10mL ofa Clariscan (0.5 mmol/mL) single-use vial was administered IV with0 mL discarded.

FINDINGS:
Diffusion-weighted imaging reveals no evidence of acute infarct.

Gradient based sequences reveal no evidence of acute hemorrhage. Multiple microhemorrhages are scattered throughout the brain with a relatively central distribution. These favor chronic hypertensive microangiopathy.

Ventricles are normal in size.
Intravascular flow voids are intact.

Midline structures including the sella and corpus callosum are unremarkable.

Orbits, mastoid air cells, and paranasal sinuses are clear. There is prominent volume loss within the brain.

Calvarial marrow signal is preserved.

FLAIR imaging reveals moderate to severe chronic microvascular changes of the white matter. Old lacunar infarct within the left basal ganglia and thalamus are noted..

After IV contrast, there is no abnormal intracranial enhancement.

NeuroQuant substructure analysis:
Gray-white segmentation quality: Very good
Whole brain structures (normative percentiles):
Whole brain: 17%
Gray matter: 73.00%
White matter: 22.00%



**SimonMed**
*See Tomorrow Today*

**SimonMed AZ Arrowhead**
6320 W. Union Hills Dr Bldg A, Ste 120
Glendale, AZ 85308
Phone: 602-535-2840

**DIAGNOSTIC IMAGING REPORT**

Patient:    Torres, Elizabeth   Sex : ███████
          Diag. Imaging#: 92467███

Status:
Referring Physician: Carolyn Elizabeth Gatti
CC Physician:

---

## EXAM #40245695 - 04/23/2024 5:30 PM - MR BRAIN WITH AND WITHOUT CONTRAST

NeuroQuant hippocampus: The hippocampal volume normative percentile based on age-matched controls is 1.00%. The temporal horn volume normative percentile is 99.00%. These findings are suggestive of Alzheimer's disease.

IMPRESSION:

1. No acute intracranial findings.

2. Moderate to severe chronic microvascular changes of the white matter. Microhemorrhages scattered throughout the brain with relatively central distribution favor chronic hypertensive microangiopathy.

3. Significant hippocampal atrophy which would explain the memory loss.

Matthew D. Dobbs, M.D.
CAQ Neuroradiology

dd:04/24/2024 1:15 PM

Reported by: Dobbs, Matthew MD
Electronically signed by: Dobbs, Matthew

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 855-RAD-TALK(855-723-8255).

From: **Andrea Perkins** ED@terrapointeaz.com
Subject: **Letter**
Date: Apr 1, 2026 at 2:17:55 PM
To: hnybuns@hotmail.com

Hi Suzanne,
Please see attached letter.

Thanks!

Andrea Perkins
Executive Director
Terra Pointe Memory Care
602-899-5330
602-714-6551 Fax
ED@terrapointeaz.com



---

From: terra.scanner@avistaseniorliving.com <terra.scanner@avistaseniorliving.com>
Sent: Wednesday, April 1, 2026 2:11 PM
To: Andrea Perkins <ED@terrapointeaz.com>
Subject: Message from "RNP583879B6CC9C"

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

This E-mail was sent from "RNP583879B6CC9C" (IM C3010).

Scan Date: 04.01.2026 14:11:10 (-0700)
Queries to: terra.scanner@avistaseniorliving.com



Date: 03/27/2026

RE: Medical Incapacitation — Elizabeth Torre████

To Whom It May Concern,

Elizabeth Torres is a patient under my medical care and has been diagnosed with Alzheimer's dementia and other chronic medical conditions causing significant cognitive impairment. Due to the progression of this condition, she has severe memory loss, impaired judgment, and lacks the capacity to understand or participate in court proceedings. It is my professional opinion that she is medically incapacitated and unable to manage personal or legal matters. Elizabeth requires ongoing supervision and care, and placement in a memory care facility is medically appropriate.
I recommend that the court allow the designated Power of Attorney (POA) or legal representative to act on her behalf.

Please contact my office if further information is needed.


Sincerely,
Zyrine Calucer NP

3/30/2026 12:50 PM (UMST)