**EXHIBIT D**

# HEALTH CARE (MEDICAL) POWER OF ATTORNEY
## WITH MENTAL HEALTH AUTHORITY

It is important to choose someone to make healthcare decisions for you when you cannot. Tell the person (agent) you choose what you would want. The person you choose has the right to make any decision to ensure that your wishes are honored. If you DO NOT choose someone to make decisions for you, write NONE in the line for the agent's name.

I, ___Elizabeth Torres___, as principal, designate ___Suzanne Jackson___ as my agent for all matters relating to my health (including mental health) and including, without limitation, full power to give or refuse consent to all medical, surgical, hospital and related health care. This power of attorney is effective on my inability to make or communicate health care decisions. All of my agent's actions under this power during any period when I am unable to make or communicate health care decisions or when there is uncertainty whether I am dead or alive have the same effect on my heirs, devisees and personal representatives as if I were alive, competent and acting for myself.

_ET_ By initialing here, I specifically consent to giving my agent the power to admit me to an inpatient or partial psychiatric hospitalization program if ordered by my physician.

_ET_ By initialing here, this Health Care Directive including Mental Health Care Power of Attorney may not be revoked if I am incapacitated.

Print agent ADDRESS and PHONE:

██████████████████████████████

If my agent is unwilling or unable to serve or continue to serve, I hereby appoint:

_____, as my agent.

Print alternate agent ADDRESS and PHONE:

_____

I intend for my agent to be treated as I would regarding the use and disclosure of my individually identifiable health information or other medical records. This release authority applies to any information governed by the Health Insurance Portability and Accountability Act of 1996 (aka HIPAA), 42 USC 1420D and 45 CFR 160-164.

SIGN HERE for the Health Care (Medical) Power of Attorney and/or the Health Care Directive forms

Please ask one person to witness your signature who is not related to you or financially connected to you or your estate.

Signature ___Elizabeth Torres___  Date ___5-6-2022___

The above named person is personally known to me, and I believe him/her to be of sound mind and to have completed this document voluntarily. I am at least 18 years old, not related to him/her by blood, marriage or adoption, and not an agent named in this document. I am not to my knowledge a beneficiary of his/her will or any codicil, and I have no claim against his/her estate. I am not directly involved in his/her health care.

Witness ___Jovann Sign___  Date ___5-6-20__

This document may be notarized instead of witnessed.

On this ___6th___ day of ___May___, in the year of ___2022___, personally appeared before me person signing, known by me to be the person who completed this document and acknowledged it as his/her free act deed. IN WITNESS THEREOF, I have set my hand and affixed my official seal in the County of ___Maricopa___, State of ___Arizona___, on the date written above.

Notary Public _____

My commission exp ___7/31/2024___

FOR MORE INFORMATION CONTACT HEALTH CARE DECISIONS, 1602, 22___ DECISIONS.ORG

ALMA L TORRES
Notary Public - Arizona
Maricopa County
Commission #588960
My Comm. Expires July 31, 2024

ALMA L TORRES
Notary Public - Arizona
Maricopa County
Commission # 588960
My Comm. Expires July 31, 2024

## HEALTH CARE DIRECTIVE (LIVING WILL)

I, __Elizabeth Torres__ want everyone who cares for me to know what health care I want, when I cannot let others know what I want.

**SECTION 1:**

I want my doctor to try treatments that may get me back to an acceptable quality of life. However, if my quality of life becomes unacceptable to me and my condition will not improve (is irreversible), I direct that all treatments that extend my life be withdrawn.

A quality of life that is unacceptable to me means (check all that apply):
- ☒ Unconscious (chronic coma or persistent vegetative state)
- ☒ Unable to communicate my needs
- ☒ Unable to recognize family or friends
- ☒ Total or near total dependence on others for care
- ☐ Other:_____

Check only one:
- ☐ Even if I have the quality of life described above, I still wish to be treated with food and water by tube or intravenously (IV).
- ☒ If I have the quality of life described above, I do NOT wish to be treated with food and water by tube or intravenously (IV).

**SECTION 2:** (You may leave this section blank.)

Some people do not want certain treatments under any circumstance, even if they might recover.

Check the treatments below that you do not want under any circumstances:
- ☐ Cardiopulmonary Resuscitation (CPR)
- ☒ Ventilation (breathing machine)
- ☒ Feeding tube
- ☐ Dialysis
- ☐ Other:_____

**SECTION 3:**

When I am near death, it is important to me that: _Pastor for last rights._

_____

_____

(Such as hospice care, place of death, funeral arrangements, cremation or burial preferences.)

## BE SURE TO SIGN PAGE TWO OF THIS FORM

- If you only want a Health Care (Medical) Power of Attorney, draw a large X through this page.
- Talk about this form with the person you have chosen to make decisions for you, your doctor(s), your family and friends. Give each of them a copy of this form.
- Take a copy of this with you whenever you go to the hospital or on a trip.
- You should review this form often.
- You can cancel or change this form at any time.

FOR MORE INFORMATION CONTACT HEALTH CARE DECISIONS, (602) 222-2229 OR WWW.HCDECISIONS.ORG

Page 1 of 2                                                                 SW 0229 | JUL 05

# GENERAL POWER OF ATTORNEY

## 1. CHECK MARK ONE (1) TYPE OF POWER OF ATTORNEY:

☐ General Regular Power of Attorney (has a beginning and end date),  OR

☒ General **Durable** Power of Attorney (ends upon Principal's death or revocation)

## 2. IDENTIFY the Principal and Attorney-in-Fact:

| Name | Address of Residence | City | State | Zip Code | Date of Birth |
|------|---------------------|------|-------|----------|---------------|

Elizabeth J. Torres
**Principal:**

Suzanne M. Jackson
**Agent / Attorney-In-Fact:**

## 3. MARK the Sections that apply to you.

Principal, an individual, hereby appoints the above-named Agent/Attorney-in-Fact to act in name and place of Principal to perform the following general matters.

Scope and extent of powers granted by the General Power of Attorney: to exercise any or all of the following powers concerning:

 **a.** Personal Finances: to withdraw and deposit funds from bank accounts belonging to Principal and to enter and remove the contents of all safe deposit boxes rented by the principal; to ask, demand, sue for, recover, collect, and receive each and every sum of money, debt, account, legacy, bequest, interest, dividend, annuity and demand which now is or hereafter shall become due, owing or payable, belonging to or claimed by Principal and to use and take any lawful means for the recovery thereof by legal process or otherwise, and to execute and deliver a satisfaction or release therefor, together with the right and power to compromise or compound any claim or demand; to borrow money and to execute and deliver notes with or without security; and to loan money and receive notes with such security as Attorney-In-Fact shall deem proper;

 **b.** Real property, or any interest therein or any improvements thereon: to contract for, purchase, receive and take possession thereof and of evidence and title thereto; to lease the same for any term or purpose, including leases for business residence; to sell, exchange, subdivide, grant or convey the same with or without warranty, covenant or restrictions; to mortgage, transfer in trust, or otherwise encumber the same to secure payment of a note or performance of any obligation or agreement;

 **c.** Personal property: to contract for, buy, sell, exchange, transfer, endorse and in any legal manner deal in and with the same; and to mortgage, transfer in trust, or otherwise encumber the same to secure payment of a note of performance of any obligation or agreement;

Page 1 of 3

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNPOA10f-I- 110917

☒ **d.** <u>Business Transactions</u> of any kind, and as the act and deed of Principal to sign, execute, acknowledge and deliver any deed, lease, assignment of lease, covenant, indemnity, agreement, mortgage, deed of trust, assignment of mortgage, or beneficial interest under deed of trust, subdivision or plat, extension or renewal of any obligation, subordination or waiver of priority, bill of lading, bill of sale, bond, note, receipt, check, evidence of debt, full or partial release of mortgage judgment or other debt, and such other instruments in writing of any kind or class as may be necessary or proper in the premises;

☒ **e.** <u>To do and perform every and all acts required</u>, necessary or appropriate to be done in and about the premises as fully to all intents and purposes as Principal might or could do if personally present, hereby ratifying all that Attorney-in-Fact shall lawfully do or cause to be done by virtue of this General Power of Attorney.

**4. CHECK the ONE type of Power of Attorney that applies to you. Complete the information asked for in the Section.**

☐ **General Regular Power of Attorney** - Has beginning and ending dates.

- <u>Effective Date</u>: the time from which this document is operational: _____, 20_____.
  This General Power of Attorney begins on the above effective date and continues until the expiration date of _____ 20 _____, unless the Principal revokes this Power of Attorney before expiration using a written document of Revocation.

- <u>Manner of Revocation</u>: The Principal may revoke this document in writing at any time before the expiration date for no reason or for cause. Also, if the Attorney-in-Fact exceeds or violates the scope and authority granted by this document, the Principal may revoke in writing the Power of Attorney at any time before the expiration date.

☒ **General Durable Power of Attorney** – Has a beginning effective date and lasts until the death of the Principal or until revocation.

- <u>Effective Date</u>: the time from which this document is operational: _December 30_, 20 _24_.

- <u>Manner of Revocation</u>: The Principal may revoke this document in writing at any time before the expiration date for no reason or for cause, or if the Attorney-in-Fact exceeds or violates the scope and authority granted by this document. *If the Principal becomes disabled or incapacitated, the Attorney-in-Fact may continue acting as such despite the disability, incapacity or the expiration date.*

**5. COMPENSATION of Attorney-in-Fact:** None.

This portion of page is left intentionally

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNPOA10f-I- 110917

## 6. SIGNATURES.

**For Principal:**

I, _Elizabeth J. Torres_ , the principal, sign my name to this power of attorney this _30_ day of _December 2024_ and, being first duly sworn, do declare to the undersigned authority that I sign and execute this instrument as my power of attorney and that I sign it willingly, or willingly direct another to sign for me, that I execute it as my free and voluntary act for the purposes expressed in the power of attorney, and that as required by A.R.S. § 14-5501, I am eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_Elizabeth J. Torres_
Principal

**For Witness:**

I, x _Ashley Groener_ , the witness, sign my name to the foregoing power of attorney being first duly sworn, and do declare to the undersigned authority the principal signs and executes this instrument as the principal's power of attorney and that the principal signs it willingly, or willingly directs another to sign for the principal, and that I, in the presence and hearing of the principal sign this power of attorney as witness to the principal's signing, and to the best of my knowledge the principal is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_Ashley Groener_
Witness

## 7. NOTARIZATION.

STATE OF _Arizona_

COUNTY OF _Maricopa_

Subscribed, sworn to or affirmed, and acknowledged before me by _Elizabeth J. Torres_ , the principal, and subscribed and sworn to or affirmed before me by _Ashley Groener_ , witness, this _30_ day of _December 2024_

_Alana K Edwards_
Notary Public

(notary seal)

ALANA K EDWARDS
Notary Public · Arizona
Maricopa County
Commission # 634400
My Comm. Expires Oct 16, 2026

ALANA K EDWARDS
Notary Public · Arizona
Maricopa County
Commission # 634400
My Comm. Expires Oct 16, 2026

Page 3 of 3

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNPOA10f-I- 110917

Dec 1 2024 10:16AM
Docusign Envelope ID: CF0D70FD-2370-4363-9FFD-E1A960DB5CA6

No. 4089    P. 2

## Medical Practitioner Plan of Care

Community Name: *Terra Pointe Memory Care*
Address: *5330 W Union Hills Drive, Glendale AZ 85308*    Phone: *(802) 899-5330*    Fax: *(802) 714-6551*

Resident Name:    Elizabeth Torres

| Medical Practitioner's Name:<br>Marlene Panganiban, NP<br><br>Emcara Health<br>1438 W Broadway Road  Ste 101, Office 13<br>Tempe AZ 85282 | Phone  480-524-1600 |
| --- | --- |
| | Fax  866-916-7327 |
| | NPI#1073249843 |
| | Date of last Medical Practitioner Visit: |

### Diagnosis and Medical Information

Primary (reason for move into Assisted Living Facility)
Memory Care needed, higher level of care

Secondary (all other dx)

Allergies (medication, food, environmental)    Iodine

Does resident have a diagnosis of Latent TB: Yes _____ No _____
TB test type: NA/ quantiferon ordered Date Completed: NA    Results: NA
*Please provide copy of Negative Testing*

### Advance Directives (please check one)
- ☐ Full Code
- ☒ Do not resuscitate (DNR)
- ☐ If DNR -- a copy of the state approved form has been attached with this document

### Diet

Residents are allowed to self-select their meals.  Please mark the diet desired for your resident as well as texture and liquids:
- ☒ Regular Diet
- ☐ Specialty Diet
- ☐ Finger Foods

Textured (check one)   ⊘ Regular   o Soft & Bite Sized    o Minced & Moist   o Pureed

Liquids (check one)   ⊘ Thin   o Mildly Thick   o Moderately Thick   o Extremely Thick

### Medication/Treatment Administration

| Medical Practitioner Signature: | —Signed by:<br>Marlene Panganiban<br>—6D5F24B0096E488... | Date of signature:<br>12/11/2024 |
| --- | --- | --- |

Page 1

TORRESMED_000016

Dec 1 2024 10:17AM
Docusign Envelope ID: CF0D70FD-2370-4363-9FFD-E1A960DB5CA6    No. 4089    P. 5

## Medical Practitioner Plan of Care

Community Name: *Terra Pointe Memory Care*
Address: *5330 W Union Hills Drive, Glendale AZ 85308*    Phone: *(602) 899-5330*    Fax: *(602) 714-6551*

| Resident Name: | Elizabeth Torres |
| --- | --- |

### Level of Care/Scope of Services

*I understand this community's scope of services and I authorize this individual to reside or continue to reside in this Assisted Living Facility. I also understand that this community does not provide continuous medical services, continuous nursing services, physical restraints or behavioral health services. If needed these services will be provided by an outside source. I understand that if any of the above exists, the resident's primary care provider shall examine the resident at least once every six (6) months and throughout the duration of the resident's condition and signs and dates a statement authorizing continued residency.*

**Resident level of care must check one:**

| | |
| --- | --- |
| | SUPERVISORY CARE: *general supervision ONLY, independent with ADL's and medications* |
| | PERSONAL CARE: *assistance needed to complete tasks/ADL's and/or medication administration* |
| X | DIRECTED CARE: *dementia specific, cannot self-direct care* |

**Please check yes or no per each line:**

| | | | |
| --- | --- | --- | --- |
| 1. | Resident is a danger to self or others | Yes | No |
| 2. | Resident is an Elopement Risk and/or requires a secured environment | Yes | No |
| 3. | Resident is bed bound | Yes | No |
| 4. | Resident is chair bound | Yes | No |
| 5. | Resident is a smoker | Yes | No |
| 6. | Resident requires dialysis (Dialysis Center Name, Address, Phone Number): | Yes | No |
| 7. | May this resident consume alcoholic beverages? | Yes | No |
| 8. | May this resident participate in general exercise? | Yes | No |
| 9. | Resident has stage 3 or 4 pressure injuries being treated by Wound Clinic, HHC or Hospice (Name, Address, Phone Number): | Yes | No |
| 10. | Resident requires intermittent nursing services such as HHC, Therapy, or Hospice *must be set up prior to resident moving in* (Name, address, phone number): | Yes | No |

| Medical Practitioner Signature: | Signed by: Marlene Panganiban | Date of signature: 12/11/2024 |
| --- | --- | --- |

Page 4

Patient Name: ELIZABETH TORRES  Date of Service: 12/4/2024

**Encounter Summary**

## Encounter Information
Documentation For: Existing Appointment
Note Addressed: 12/4/2024 (12:00 PM-12:30 PM)  Service: Arizona Banner ALT CareSight  PopHealthCare  PANGANIBAN, MARLENE
Clinician: PANGANIBAN,MARLENE
Program: Arizona Banner ALT CareSight
Patient Type: Existing
Visit Type: Post Discharge
Service: Prov EM Other: In-Person
Date of Service: 12/4/2024
Start Time - End Time: 12:00 PM - 12:30 PM
Service Duration: 30
Face to Face Visit Time: 60
Place of Service: In-person - Home

## Reason for Visit/HPI
This is a 74 y.o female seen today for post hospital discharge visit. She was noted to have increased confusion and agitation family got concerned and have her transport to hospital for further evaluation on 11/24/2024. She had a negative and MRI unable to complete due to movement. Once she was back to baseline, she was discharged on 11/27/2024. They did a tele health visit with psych provider, but meds were not changed and per hospital record and medication reconciliation. Sertraline was discontinued and new medication includes ariprazole 2mg daily. The daughter is requesting a new mobile psych provider. She was advised no service is available in her area but she can select an office of choice and referral will be send out. Today Natalie, daughter and CG reports that Mrs. Torres continues presenting behavior changes that is difficult to manage at home, we discussed need for higher level of care or dementia unit. She stated that her sister who is POA is working with CM to look into facilities. She also stated she is going to call her own psych provider and see if they will accept Mrs. Torres. Advised to call the office for any referrals that she may need.

## Medication Review/Reconciliation
Is the Patient taking any medications/vitamins/OTC?  Yes
Last Medication Review Attestation Date: 12/4/2024
Last Medication Reconciliation Attestation Date: 12/4/2024

## Medications
ARIPiprazole - 2 MG, TAB, PO 2 MG, 1 Tablet, Daily, 12/04/2024 -
Atorvastatin Calcium - 10 MG, TAB, PO 10 MG, 1 Tablet, Daily, 10/21/2024 -
Clobetasol Propionate - 0.05%, SOL, TP 0.05%, 1 Application, Daily, 10/21/2024 -
Diclofenac Sodium - 1%, GEL, TP 1%, 1 Application, Every 12 Hours, As Needed, 10/21/2024 -
Lantus SoloStar Pen - 100 UNITS/1 ML, SOL, SC 100 UNITS/1 ML, 3 Units, As Directed, 10/21/2024 -
Levothyroxine - 100 MCG, TAB, PO 100 MCG, 1 Tablet, Daily, 10/21/2024 -
Lisinopril - 40 MG, TAB, PO 40 MG, 1 Tablet, Daily, 10/21/2024 -
Memantine HCl - 10 MG, TAB, PO 10 MG, 1 Tablet, Daily, 10/21/2024 -
Memantine HCl - 5 MG, TAB, PO 5 MG, 1 Tablet, Daily, 10/21/2024 -
Mupirocin - 2%, OIN, TP 2%, 1 Application, Daily, 10/21/2024 -
traZODone hydrochloride - 50 MG, TAB, PO 50 MG, 1 Tablet, Every 12 Hours, 10/21/2024 -
Triamcinolone Acetonide - 0.1%, CRE, TP 0.1%, 1 Application, Daily, 10/21/2024 -

## Allergies and Hypersensitivities

1

Patient Name: ELIZABETH TORRES  Date of Service: 10/21/2024

**Encounter Summary**

## Encounter Information
Documentation For: Existing Appointment
Note Addressed: 10/21/2024 (12:00 PM-12:30 PM)  Service: Arizona Banner ALT CareSight  PopHealthCare  PANGANIBAN, MARLENE
Clinician: PANGANIBAN,MARLENE
Program: Arizona Banner ALT CareSight
Patient Type: New
Visit Type: Annual/Initial
Service: Prov EM Initial: In-Person
Date of Service: 10/21/2024
Start Time - End Time: 12:00 PM - 12:30 PM
Service Duration: 30
Face to Face Visit Time: 60
Place of Service: In-person - Home

## Reason for Visit/HPI
This is a 74 y.o. female seen today for enrollment to Emcara Health for primary care services. She resides at home and daughter who is the care giver, received verbal consent to enroll from the other daughter who is POA and was on the phone during visit. Consents will be email to her. During this visit we reviewed past medical history medication list, updated pharmacy of preference.

## Medication Review/Reconciliation
Is the Patient taking any medications/vitamins/OTC? Yes
Last Medication Review Attestation Date: 10/21/2024
Last Medication Reconciliation Attestation Date: 10/21/2024

## Allergies and Hypersensitivities
Allergen/Reactant: IODINE. Date Recognized: 10/21/2024. Allergen/Reactant: Confirmed. Reaction Severity: Unknown. Onset: Unknown. Date Recorded: 10/21/2024.

## Functional/Safety Assessment
### ADLs/IADLs
ADL Assessment performed? Yes.
Is patient independent with all ADL's? No.
Do you need help from others to do everyday things such as: Eating-Independent, Grooming-Dependent, Walking-Dependent, Transfers-Dependent, Dressing-Dependent, Bathing-Dependent, Toileting-Dependent.
IADL assessment performed? Yes.
Is patient independent with all IADL's? No.
Do you need help from others to take care of things such as: Laundry-Dependent, Shopping-Dependent, Cooking-Dependent, Taking medications-Dependent, Handling finances-Dependent, Using the telephone-Dependent, Transportation-Dependent.
### ASSESSMENT QUESTIONS
Would you say your general health is: Fair.
During the past four weeks, has your physical or emotional health limited your ability to participated in activities you enjoy? No.
What is your amount of physical activity? None or mainly sedentary.
Do you use a hearing aid? No.
How would you rate the condition of your mouth and teeth, including false teeth or dentures? Fair.
DME
Walker.

## Advance Care Plan

1

Patient Name: ELIZABETH TORRES      ███████████████      Date of Service: 10/21/2024

**Encounter Summary**

Assessment Date: 10/21/2024
Discussed today? Yes, Discussed With: Natalie.
Time Spent Discussing Advance Directives Min: 10
ACP discussion comments: Per daughter Natalie she is DNR and has POA and will provide copies
Patient has decision making capacity: No.
Does patient have a Patient Authorized Representative? Yes.
Goals of Care: Comfort measures only.
Do you have an Advance Directive or Living Will? Yes.
Copy of ADR given to RN/NP and on file? No.
Code Status: No resuscitation.
Currently on Hospice? No.


**Review of Systems (Provider)**
CONSTITUTIONAL
Chills: Negative. Fall Risk: Positive.
Fatigue: Negative. Weight Gain: Negative. Weight Loss: Negative.
HEENT
Sinus Pressure: Negative. Sore Throat: Negative.
Seasonal Allergies: Negative.
RESPIRATORY
Cough: Negative. Dyspnea at Rest: Negative. Dyspnea with Exertion: Negative.
Wheezing: Negative.
CARDIOVASCULAR
Chest Pain: Negative. Leg Cramps: Negative. Edema: Negative. Palpitations Negative.
GASTROINTESTINAL
Fecal Incontinence: Positive.
Heartburn: Negative. Nausea: Negative. Vomiting: Negative.
GENITOURINARY
Urinary Incontinence: Positive.
Urinary Incontinence: Functional Urinary Incontinence.
NEUROLOGICAL
Gait Disturbance: Positive. Memory Loss: Positive.
BEHAVIORAL
Have you experienced any of the following in the last four weeks?
Anxiety: Negative. Depression: Negative. Insomnia: Negative. Stress: Negative.
Anger: Negative. Loneliness or Social Isolation: Negative.
INTEGUMENTARY
Skin Wound: Positive.
Comments: abrasion to scalp and left thigh.

**Cognitive Assessment**
GENERAL
Confusion: Most of the Time. Memory Deficit: Yes.
Inappropriate behavior: No.
Outcome of Clock Drawing Test: Abnormal. Number of words recalled: 0.
Items Recalled: Recall of 0 items.

**Pain Assessment Information**
Any acute or chronic pain? Yes. Able to verbalize pain? Yes.
Location: Generalize
Has a treatment plan been initiated? Yes.

2

TORRESMED_000025

2/3/25, 3:33 PM                                   Print Preview

TORRES, ELIZABETH J DOB: ■■■■■■■  Acc No. ■■■  DOS: 01/07/2025

**Progress Notes**

**Patient:** TORRES, ELIZABETH J
**Account Number:** ■■■■■■
**DOB:** ■■■■■■■■■■                        **Provider:** Eunmee Chung, DNP
**Phone** ■■■■■■■■■■■■■■■■                        **Date:** 01/07/2025
**Addre** ■■■■■■■■■■■■■■■

## Subjective:

**Chief Complaints:**
  1. Establishment of care.

**HPI:**

Office Note:

The patient, who prefers to be called Becky, is seen today for the establishment of care. She is ANO x2, aware she is in Arizona but unable to recall other specifics. She is ambulatory with a two-wheel walker and continent of bowel and bladder most of the time but reports current constipation and requests a stool softener.

She has a history of type 2 diabetes managed with Lantus, hyperlipidemia treated with atorvastatin, Alzheimer's dementia managed with memantine and aripiprazole for agitation and irritability, and hypothyroidism managed with levothyroxine. Her hypertension is controlled with lisinopril. The patient also experiences chronic pain but does not take narcotics, relying on over-the-counter remedies for symptom management.

The patient was evaluated today for the above complaints at their current residence in lieu of an office visit as the patient is homebound, with a history of muscle weakness; uses an assistive device and requires moderate to maximum assistance for transfers and ADLs. Leaving home is not recommended as it would require considerable and taxing effort resulting in increased fall risk and hemodynamic instability. Available labs, medications, records, and events were reviewed. Education and counseling completed, treatment options discussed, patient verbalized understanding. Assessment finding and place of care discussed in detail with patient, family, and/or staff.

**ROS:**

Constitutional: Denies recent weight gain or loss, fever, chills, night sweats, fatigue, or malaise.
ENT/Mouth: Denies hearing changes, ear pain, nasal congestion, sinus pain, hoarseness, sore throat, rhinorrhea, or difficulty swallowing.
Eyes: Denies eye pain, swelling, redness, discharge, or vision changes.
Cardiovascular: Denies chest pain, SOB, PND, dyspnea on exertion, orthopnea, syncope, claudication, edema, or palpitations.
Respiratory: Denies cough, sputum, wheezing, smoke exposure, or dyspnea.
Gastrointestinal: Denies nausea, vomiting, diarrhea, constipation, pain, heartburn, anorexia, dysphagia, hematochezia, melena, flatulence, or jaundice.
Genitourinary: Denies dysmenorrhea, dyspareunia, dysuria, urinary frequency, hematuria, urgency, flank pain, urinary flow changes, or hesitancy. +iurinary incontinence
Musculoskeletal: Denies myalgias
Skin: Denies skin lesions, pruritus, hair changes.
Neuro: Denies weakness, numbness, paresthesia, loss of consciousness, dizziness, coordination changes, or recent falls
 Psych: Denies anxiety/panic, depression, insomnia, delusions, hopelessness, guilt, suicidal or homicidal ideation + managed behaviors secondary to dementia.
Hema/Lymph: Denies bruising, bleeding, transfusions history, or lymphadenopathy.
Endocrine: Denies polyuria, polydipsia, or temperature intolerance.

**Medical History:** Diabetes Mellitus Type 2, Hyperlipidemia, Alzheimer's dementia, Agitation and irritability, Hypothyroidism, Hypertension, Chronic pain.

**Medications:** Taking Senna S 8.6-50 MG Tablet 2 tablets at bedtime Orally Once a day , stop date 07/06/2025

---

Provider: Eunmee Chung, DNP                                      Date: 01/07/2025
Generated for Printing/Faxing/eTransmitting on: 02/03/2025 03:33 PM MST

1/4

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Location: MC 50 A | Initial Move in: 12/19/2024 |
| Move in: 12/19/2024 | Date of Birth: | Gender: F |
| Score: 184 | Category: Level 3 | Physician: Calucer, Zyrine |
| Type: Move in - New Resident | MORSE Fall Risk Score: | MORSE Fall Risk Category: |
| Level of Care Score: | Level of Care Category: | |

MORSE Fall Risk ScoreZYXWVUUVWXYZMORSE Fall Risk CategoryZYXWVUUVWXYZLevel of Care ScoreZYXWVUUVWXYZLevel of Care CategoryZY

Allergies: Lactose, Iodine

Diagnoses: TYPE 2 DIABETES MELLITUS(E11), ALZHEIMER'S DISEASE, UNSPECIFIED(G30.9), ESSENTIAL (PRIMARY) HYPERTENSION (I10), HYPOTHYROIDISM, UNSPECIFIED(E03.9), OTHER CHRONIC PAIN(G89.29), HYPERLIPIDEMIA, UNSPECIFIED(E78.5), COVID-19(U07.1)

## A. Medical History

### 1. Medical and/or surgical history

Sundown Hallucinating at times Slamming doors OCD history Noted, Needs assistance with Mobility uses Wheelchair To Ambulate around Needs Escorts and Transfers To Bathroom To and From Bed type 2 Diabetic issues with Sleeping at night.

### 2. Code Status

Advanced Directive: DNR

## B. Agencies/Providers

**Need: Hospice (End of Life) Care**

1. Service Planning: Hospice/end of life care

**Need:** Hospice (End of Life) Care

☐ **Desired Outcome:** Resident end of life needs will be met per resident plan of care and per provider orders

☐ **Need:** Hospice (End of Life) Care

☐ **Approach:** HOSPICE END OF LIFE CARE: Agency providers and team members may initiate and provide supplemental ADL and comfort care which may include additional oral care, increased bathing assistance, pain management measures, oxygen therapy, more frequent incontinence care, frequent turning and repositioning, safety, care coordination with Hospice team and other measures as needed.

☐ **Approach:** SPECIFY AGENCY; Provider Name: Address: Phone Number:

**Need: Home Health Services**

2. Service Planning: Home Health Services

**Need:** Home Health Services

☐ **Desired Outcome:** Resident will participate in Home Health therapy services to maximize wellness and self-potential.

☐ **Need:** Home Health Services

☐ **Approach:** SPECIFY AGENCY: Provider Name: Address: Phone Number:

☐ **Approach:** HOME HEALTH THERAPY AND/OR SKILLED NURSING SERVICES: Specify frequency, duration and services provided.

**Need: Outpatient Therapy Services**

3. Service Planning: Outpatient Services

**Need:** Outpatient Therapy Services

☐ **Desired Outcome:** Resident will participate in outpatient therapy services, as ordered, and per plan of care.

☐ **Need:** Outpatient Therapy Services

☐ **Approach:** SPECIFY AGENCY: Provider Name: Address: Phone Number:

☐ **Approach:** ASSISTANCE FOR OUTPATIENT: Resident participates in outpatient therapy. Team members provide assistance in coordinating appointments and/or scheduling transportation when needed.

**Need: Medicaid or other provider**

4. Service Planning: Medicaid Case Manager

TORRESMED_000113

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: ▮▮▮ | Level of Care Score: |
| Level of Care Category: | | |

**Need:** Medicaid or other provider

☑ **Desired Outcome:** Elizabeth needs will be met via outside agency or provider per Elizabeth preference and/or provider orders.

☑ **Need:** Medicaid or other provider

☑ **Approach:** MEDICAID PROVIDER Provider Name: Eunmee Chung Address: 8787 N. Scottsdale Rd #105 Scottsdale AZ 85253 Phone Number: 623-624-7158

**Need:** Dialysis

5. Service Planning: Dialysis

**Need:** Dialysis

☐ **Desired Outcome:** Resident will receive dialysis services, as ordered and per resident plan of care.

☐ **Need:** Dialysis

☐ **Approach:** SPECIFY AGENCY; Provider Name: Address: Phone Number:

☐ **Approach:** Dialysis every (Specify FREQ), Where: (Specify), Transportation Required: (Specify: Ambulette, Taxi, Other)

C.    Medications

**Need: Medication Management**

1. Service Planning: Medication Management

**Need:** Medication Management

☑ **Desired Outcome:** Elizabeth will take over-the-counter, scheduled, and unscheduled medications per orders. DIRECTED CARE Elizabeth will have a quarterly review of their medication by the Nurse or Medical Practitioner. Team members may crush and/or mix medications, if ordered

☑ **Need:** Medication Management

☑ **Approach:** ASSISTANCE: Elizabeth requires assistance and supervision with medication administration. Assistance may include placing medications in a cup, handing the cup to Elizabeth , encouraging and observing Elizabeth while taking medications, and ordering, and reordering medications. Medications are kept in a locked med cart and administered with water (or other drink) as ordered and documented in the eMar.

☐ **Approach:** HOME HEALTH OR HOSPICE AGENCY TO ADMINISTER: Agency staff may provide medication administration to resident exclusively, or in conjunction with other methods.

☑ **Approach:** KORMAN: Elizabeth uses the Community pharmacy: Korman Healthcare at 5783 W. Erie Street, Chandler, AZ 85226 Can be reached at: Phone: 480-365-0222 Fax: 877-297-7327

☐ **Approach:** OUTSIDE PHARMACY: Resident is using an outside pharmacy of choice. Team members will coordinate ordering & reordering, delivery and management of medications with the responsible party. Name of Pharmacy Address Phone Number

**Need: Special Medication Considerations**

2. Service Planning: Special medication considerations

**Need:** Special Medication Considerations

☑ **Desired Outcome:** Elizabeth will take over-the-counter and prescription medications per Elizabeth preference and/or according to licensed health care provider's instruction. OPIOID USE: Before prescribing opioid medication, the Medical Practitioner will discuss alternate interventions as well as the risks and benefits of opioid treatment with the resident responsible party. The medical practitioner will obtain the appropriate administration consent form and keep the required documentation in the chart.

☑ **Need:** Special Medication Considerations

☑ **Approach:** COMPLICATED SCHEDULE: Elizabeth is on insulin, frequent blood pressure checks, managing medication parameters, and monitoring weight. Communication with multiple pharmacies, and/or more than 3 medication passes.

☐ **Approach:** COUMADIN THERAPY: Team members will provide assistance per resident request and provider orders which may include complex medication regimens such as coumadin therapy, frequent lab draws, dosing adjustments, more than usual communication with outside providers, and implementation of an

Run on: 4/1/2026

TORRESMED_000114

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: ▮▮▮ | Level of Care Score: |
| Level of Care Category: ▮▮▮ | | |

enhanced safety protocol.

☑ **Approach: CRUSH/MIX MEDS:** Team members may crush/mix medications, if ordered. (Mix with applesauce, ice cream, etc.)

☐ **Approach: MULTIPLE PROVIDERS:** Team members will provide assistance per resident requests and provider orders which may include managing communication with multiple providers to coordinate and deliver care.

☐ **Approach: POLYPHARMACY:** Team members will provide assistance per resident request and provider orders which may include managing greater than 6 scheduled medications.

**Need: Medication Delivery**

3. Service Planning: Medication Delivery

    **Need: Medication Delivery**

☑ **Desired Outcome:** Elizabeth will have over-the-counter, scheduled and unscheduled, medications delivered per Elizabeth's needs.

☑ **Need: Medication Delivery**

☑ **Approach: CYCLE FILL:** Elizabeth will have routine medications regularly refilled

☑ **Approach: REORDER MEDICATIONS:** Community Team Members will reorder medications, as needed.

☐ **Approach: FAMILY ASSIST:** The resident's family handles medication delivery and is aware that, in the event of a potential interruption or delay, the Community may use the contracted pharmacy to arrange delivery at their expense.

### D. Vitals

**BP. Most Recent Blood Pressure**
    Blood Pressure: 130/78      Date: 12/23/2024 09:46
    Position:      Standing I/arm

**P. Most Recent Pulse**
    Pulse:      80      Date: 12/23/2024 09:47
    Pulse Type:      Regular

**R. Most Recent Respiration**
    Respiration:      19      Date: 12/23/2024 09:47

**W. Most Recent Weight**
    Weight: 217      Date: 12/23/2024 09:48
    Scale: Standing

**T. Most Recent Temperature**
    Temperature:      98.6      Date: 12/23/2024 09:49
    Route:      Forehead (non-

### E. Specialized Programming

**Need: Specialized Services**

1. Service Planning: Specialized Programming

    **Need: Specialized Services**

☑ **Desired Outcome:** Elizabeth Responsible Party request will be met according to preference and community capability.

☑ **Need: Specialized Services**

☑ **Approach: SPECIALIZED SERVICES:** Elizabeth (or other involved parties) have requests that are more than routine care and service.

### F. Skin Integrity

1. Skin integrity

TORRESMED_000115

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: 10/11/1950 | Level of Care Score: |
| Level of Care Category: | | |

☑ A. Within normal limits (no open sores, excessive dryness/moisture, discoloration, rashes)

☐ B. Skin integrity issue (open areas, excessive dryness/moisture, discoloration, rashes, surgical wounds, drains, etc.)

**Need: Skin Integrity**

2. Service Planning: Skin Integrity

**Need: Skin Integrity**

☑ **Desired Outcome:** Elizabeth's skin needs will be met per plan of care and provider orders.

☑ **Need:** Skin Integrity

☑ **Approach:** ASSISTANCE: Team members may provide reminders and/or assistance with hydration, skin care, including applying lotion, and maintaining appropriate hygiene standards.

☐ **Approach:** DEPENDENT: Team members may provide total assistance with hydration, skin care, including applying lotion, and maintaining appropriate hygiene standards.

☐ **Approach:** WOUND CARE: Home Health/Hospice/Wound Clinic to provide treatments per orders.

**G.    Respiratory**

1. Respiratory condition

☑ A. Within normal limits (no cough, no shortness of breath, breathes room air day and night)

☐ B. Respiratory diagnosis

**Need: Respiratory**

2. Service Planning: Respiratory

**Need: Respiratory**

☐ **Desired Outcome:** Resident's respiratory needs will be met per resident plan of care.

☐ **Need:** Respiratory

☐ **Approach:** ASSISTANCE CPAP/BIPAP: Team members will provide the necessary assistance with the CPAP or BIPAP for resident to use. Assistance may include setting up the machine, and helping to apply the mask, as needed.

☐ **Approach:** ASSISTANCE OXYGEN: Team members will provide the necessary assistance with oxygen therapy, per resident preference and provider orders. Assistance may include setting up and ordering the oxygen concentrator/tank, and helping to apply the mask/nasal cannula, as needed and ensuring safe oxygen storage.

☐ **Approach:** ASSISTANCE NEBULIZER: Team members will provide the necessary assistance with nebulizer treatments, per provider orders. Assistance may include setting up the treatment, administration, and reordering supplies.

**H.    Cardiovascular**

1. Cardiovascular

☐ A. Within normal limits

☑ B. Cardiovascular diagnosis

**Need: Cardiovascular**

2. Service Planning: Cardiovascular

**Need: Cardiovascular**

☑ **Desired Outcome:** Elizabeth's cardiovascular needs will be met per resident plan of care and provider orders.

☑ **Need:** Cardiovascular

☑ **Approach:** ASSISTANCE REQUIRED: Elizabeth has compression socks, TED socks, and/or other medical devices.

**I.    Oral Care**

1. Dental/oral

☐ A. Missing or broken teeth          ☐ B. Upper denture/bridge          ☐ C. Lower denture/bridge

TORRESMED_000116

| AVSL Terra Pointe Directed Care Evaluation V1 |
|---|

| Resident: Torres, Elizabeth | Date of Birth: ███ | Level of Care Score: |
|---|---|---|

Level of Care Category:

### Need: Oral Care

2. Service Planning: Oral Care

Need: Oral Care

☑ **Desired Outcome:** Elizabeth oral care needs will be appropriately met per Elizabeth plan of care. Elizabeth 's oral/dental needs may be supplemented by a mobile provider if indicated.

☑ **Need:** Oral Care

☐ **Approach:** INDEPENDENT: Team Members will provide standby assistance to maintain independence with oral care. Resident requires minimal assistance.

☐ **Approach:** ASSISTANCE: Team members will provide assistance with oral care per resident preference which may include cueing and reminders, set-up assistance.

☑ **Approach:** DEPENDENT: Team members will provide full support for the duration of oral cares. Full support may include physically brushing teeth and/or dentures, denture care, inserting and removing dentures, and offering mouth wash.

## J.  Dining/Nutrition/Hydration

1. Service Planning: Dining/Nutrition

☑ **Need:** Dining/Nutrition

Need: Dining/Nutrition

☑ **Approach:** MEMORY CARE WEIGHT: Elizabeth will be weighed monthly except in end of life situations as ordered by a Medical Practitioner. Current Weight 217 pounds.

☑ **Desired Outcome:** Elizabeth's dining/nutritional needs will be met per Elizabeth plan of care and provider orders. Frequent Hydration Assistance: Team members will encourage fluid intake frequently during waking hours which may include reminders and offering and honoring Elizabeth fluid preferences.

☑ **Approach:** ASSISTANCE: Team members will provide assistance which may include meal reminders, set-up assistance, and food selection as needed. Snacks are available at all times upon elizabeth request.

☐ **Approach:** DEPENDENT: Team members will provide constant supervision for the duration of the meal. Support may include physically assisting resident with eating, cutting up and/or preparing food/snacks and assisting with utensils. Snacks are available at any time upon request by residents.

☑ **Approach:** HYDRATION ASSISTANCE WITH MEALS: Team members will encourage Elizabeth fluid intake with meals which may include reminders, hydration schedule, filling Elizabeth drink mug, offering and honoring Elizabeth fluid preferences. Thin Liquids Regular diet.

☐ **Approach:** ALTERED CONSISTENCY: Team members will meet the resident's dining needs per resident preference and provider orders which may include helping with meal selection, thickening liquids, altering texture, and offering nutritional supplements.

☑ **Approach:** FREQUENT HYDRATION ASSISTANCE: Team members will encourage resident fluid intake frequently during waking hours which may include reminders, hydration schedule, and offering and honoring resident fluid preferences.

## K.  Catheter/Ostomy

Need: Catheter/Ostomy

1. Service Planning: Catheter/Ostomy

Need: Catheter/Ostomy

☐ **Desired Outcome:** The resident catheter/ostomy needs will be met with dignity per resident plan of care and provider orders.

☐ **Need:** Catheter/Ostomy

☐ **Approach:** CATHETER/DEVICE ASSISTANCE: Team members will assist resident with catheter, ostomy or other device which may include, safe bag placement, draining or changing bag, providing a privacy cover, coordinating with agencies, and ordering or reordering supplies.

## L.  Bathroom (toileting)

TORRESMED_000117

| AVSL Terra Pointe Directed Care Evaluation V1 |
|---|

Resident: ~~Torres, Elizabeth~~    Date of Birth: ███████    Level of Care Score:

Level of Care Category: 

### Need: Bathroom (Toileting)

1. Service Planning: Bathroom (toileting)

   Need: Bathroom (Toileting)

   ☑ **Desired Outcome:** Elizabeth bathroom (toileting) needs will be met with dignity per Elizabeth plan of care.

   ☑ **Need:** Bathroom (Toileting)

   ☐ **Approach: ASSISTANCE:** Resident requires assistance with meeting bathroom (toileting) needs and/or incontinence care, which may include physically assisting the resident to the restroom, providing incontinence care, and ordering supplies as needed.

   ☑ **Approach: DEPENDENT:** Team members will provide constant supervision with bathroom (toileting) care, which may include incontinence care, maintaining hygiene, linen changes, and ordering supplies.

   ☐ **Approach: BATHROOM (TOILETING) SCHEDULE:** Team members will assist/provide reminders at scheduled intervals per resident/family preference and needs.

   ☐ **Approach: INCONTINENCE PROGRAM:** The Community supplies this resident's incontinence products.

**M.    Appointments/Transportation**

### Need: Transportation/Appointments

1. Service Planning: Appointments

   Need: Transportation/Appointments

   ☑ **Desired Outcome:** Elizabeth's transportation and appointment needs will be met, as needed.

   ☑ **Need:** Transportation/Appointments

   ☑ **Approach: RESIDENT CONTACT ASSISTANCE:** Elizabeth contact will assist with coordinating transportation and/or appointment needs.

   ☐ **Approach: ASSISTANCE REQUIRED WITH TRANSPORTATION/APPOINTMENTS:** Team members will assist the resident with coordinating transportation and/or appointment needs.

**N.    DME or Other Provider**

1. DME or Other Provider

**O.    Mobility/Transferring/DME**

### Need: Mobility/Transfers

1. Service Planning: Mobility/Transfers/DME

   Need: Mobility/Transfers

   ☑ **Desired Outcome:** Elizabeth mobility and transfer needs will be safely met per Elizabeth plan of care.

   ☑ **Need:** Mobility/Transfers

   ☐ **Approach: INDEPENDENT AMBULATION/MOBILITY:** Resident able to safely take steps and move about with or without an assistive device.

   ☐ **Approach: INDEPENDENT TRANSFERRING:** Resident able to safely transfer with or without an assistive device.

   ☐ **Approach: ASSISTANCE WITH AMBULATION/MOBILITY:** Team members will assist resident with mobility which may include reminders or physical assistance to use DME, standby or one-person assistance, and reminders to press the pendant when assistance is needed.

   ☐ **Approach: ASSISTANCE WITH TRANSFERS:** Team members will assist resident with transfers which may include physical assistance and/or reminders to use DME, standby or one-person assistance, and reminders to press pendant when assistance is needed.

   ☑ **Approach: DEPENDENT:** Team members provide full assistance to ensure safety and to complete the task. May include utilizing mechanical lift.

   ☐ **Approach:** No DME

   ☐ **Approach:** Bed Cane/Mobility Bar

TORRESMED_000118

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: ▓▓▓ | Level of Care Score: |
| Level of Care Category: | | |

☐ **Approach:** Bedside Commode
☐ **Approach:** Cane
☐ **Approach:** Electric Scooter
☐ **Approach:** Electric Wheelchair
☐ **Approach:** Hi/Lo Bed
☐ **Approach:** Hospital Bed
☐ **Approach:** Hoyer lift
☑ **Approach:** Manual wheelchair
☐ **Approach:** Orthotic, Prosthetic, Brace, AFO or Other
☐ **Approach:** Slide Board
☐ **Approach:** Toilet Raiser
☐ **Approach:** Walker - 4 wheel walker
☑ **Approach:** Walker - Front wheel walker
☐ **Approach:** Other: (Specify)

P.  **Grooming/Dressing**

  **Need: Dressing**

  1. Service Planning: Dressing

  **Need:** Dressing

  ☑ **Desired Outcome:** Elizabeth dressing needs will be appropriately met per resident plan of care.
  ☑ **Need:** Dressing
  ☐ **Approach:** INDEPENDENT: Team Members will provide standby assistance to maintain independence with dressing. Resident requires minimal assistance.
  ☐ **Approach:** ASSISTANCE: Team members will provide assistance with dressing which may include clothing selection, physical assistance with dressing and undressing, assistance with buttons, snaps, buckles, etc.
  ☑ **Approach:** DEPENDENT: Team members will provide full assistance with dressing which may include clothing selection, full physical assistance with dressing and undressing, assistance with buttons, snaps, buckles, etc.

  **Need: Grooming**

  2. Service Planning: Grooming

  **Need:** Grooming

  ☑ **Desired Outcome:** Elizabeth grooming needs will be appropriately met per Elizbeth plan of care.
  ☑ **Need:** Grooming
  ☐ **Approach:** INDEPENDENT: Team Members will provide standby assistance to maintain independence with grooming. Resident requires minimal assistance.
  ☐ **Approach:** ASSISTANCE: Team members will provide assistance with grooming which may include washing hands and face, shaving, combing/brushing hair, applying cosmetics, and nail care.
  ☑ **Approach:** DEPENDENT: Team members will provide full assistance with grooming which may include washing hands and face, shaving, combing/brushing hair, applying cosmetics, and nail care.

Q.  **Bathing**

  **Need: Bathing**

  1. Service Planning: Bathing

  **Need:** Bathing

  ☑ **Desired Outcome:** Elizabeth bathing needs will be appropriately and safely met per Elizabeth plan of care.
  ☑ **Need:** Bathing
  ☐ **Approach:** ASSISTANCE: Team members will provide scheduled and as needed support with bathing per resident preference which may include cueing and reminders and standby assistance during the bathing process.

TORRESMED_000119

| AVSL Terra Pointe Directed Care Evaluation V1 |
|---|

| Resident: Torres, Elizabeth | Date of Birth: ▇▇▇ | Level of Care Score: |
|---|---|---|
| Level of Care Category: ▇▇▇ | | |

☑ **Approach: DEPENDENT:** Team members will provide physical support for the duration of the shower/bath. Support may include transferring resident in and out of shower, physically washing and drying body and hair, applying lotion and/or sponge bath as indicated.

☐ **Approach: INCREASED BATHING FREQUENCY REQUEST:** Team members will attempt to meet this resident/responsible party's requests with bathing assistance at an increased frequency

**R.  Podiatry**

**Need: Podiatry**

1. Service Planning: Podiatry

**Need: Podiatry**

☑ **Desired Outcome:** Elizabeth nail and footcare needs will be appropriately met per Elizabeth plan of care. Elizabeth 's nail and footcare needs may be supplemented by a mobile provider if indicated.

☑ **Need: Podiatry**

☑ **Approach: PODIATRY:** Elizabeth toe nail and foot care needs will be met per resident preference via podiatry services.

**S.  Mental Health/Cognitive/Hearing and Vision**

**Need: Hearing aids**

1. Service Planning: Hearing Aids

**Need: Hearing aids**

☐ **Desired Outcome:** Resident's hearing aid needs will be met per resident preference.

☐ **Need: Hearing aids**

☐ **Approach: ASSISTANCE:** Resident requires assistance to manage hearing needs. Assistance may include verbal reminders to wear hearing aid(s), physically assisting resident to place hearing aid(s) in ear(s), and/or helping to change batteries or coordinate hearing aid(s) repair.

**Need: Vision**

2. Service Planning: Vision

**Need: Vision**

☐ **Desired Outcome:** Resident vision needs will be met per resident preference.

☐ **Need: Vision**

☐ **Approach: ASSISTANCE:** Resident requires assistance to manage visual limitations which may include verbal reminders to wear glasses, physically assisting resident to properly wear glasses, locating, cleaning and maintenance of glasses and/or facilitating repairs.

**Need: Sleep**

3. Service Planning: Sleep

**Need: Sleep**

☑ **Desired Outcome:** Elizabeth will have an opportunity to maintain healthy sleeping patterns to maximize health potential.

☑ **Need: Sleep**

☑ **Approach: ASSISTANCE:** Elizabeth has a history of sleep disturbance which requires intervention.

**Need: Communication**

4. Service Planning: Communication

**Need: Communication**

☑ **Desired Outcome:** Elizabeth will be provided encouragement and support to avoid frustration when communicating and to be able to make needs known.

☑ **Need: Communication**

☑ **Approach: INDEPENDENT:** Elizabeth is able to make self-understood.

☐ **Approach: ASSISTANCE:** Resident requires assistance and redirection. Team members will communicate in a clear and direct pattern to meet the resident's communication needs. Resident may require an alternate form

TORRESMED_000120

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: ████ | Level of Care Score: |
| Level of Care Category: ████ | | |

of communication, such as using gestures, a tablet, or a communication board.

☐ **Approach: LANGUAGE:** The resident's primary language is NOT English. Team members will use interpretation tools to communicate effectively with the resident.

**T.    Memory Care Behavior Management**

**Need: Behavior: Refuses Care**

1. Service Planning: Memory Care Symptom Management (Behaviors)

**Need: Behavior: Refuses Care**

☑ **Desired Outcome:** Elizabeth 's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☑ **Need: Behavior: Refuses Care**

☑ **Approach: PERIODIC INTERVENTION (Less than daily):** Elizabeth memory care behavior will be managed to optimize Elizabeth routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach: DAILY INTERVENTION REFUSES CARE:** Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach: EXTENSIVE INTERVENTION REFUSES CARE:** Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

**Need: Behavior: Repetitive Questions; Verbal Aggression**

☑ **Desired Outcome:** Elizabeth 's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☑ **Need: Behavior: Repetitive Questions; Verbal Aggression**

☑ **Approach: PERIODIC INTERVENTION (Less than daily):** Elizabeth memory care behavior will be managed to optimize Elizabeth routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach: DAILY INTERVENTION Repetitive Questions; Verbal Aggression:** Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach: EXTENSIVE INTERVENTION Repetitive Questions, Verbal Aggression:** Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

**Need:** Behavior: Wandering behavior, wandering into other resident rooms; taking items belonging to other residents, which may include clothing, belongings, and food; sitting or lying in other residents bed/chair; toileting in other resident rooms.

☑ **Desired Outcome:** Elizabeth 's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☑ **Need: Behavior: Wandering behavior,** wandering into other resident rooms; taking items belonging to other residents, which may include clothing, belongings, and food; sitting or lying in other residents bed/chair; toileting in other resident rooms.

☐ **Approach: PERIODIC INTERVENTION:** Wandering behavior, wandering into other resident rooms; taking items belonging to other residents (less than daily). Resident memory care behavior will be managed to optimize the resident's routine. Assistance may include redirection, reminders, and cues, as well as addressing any unusual or disturbing behavior.

☑ **Approach: DAILY INTERVENTION:** Elizabeth memory care behavior will be managed to optimize Elizabeth routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach: EXTENSIVE INTERVENTION:** Wandering behavior, wandering into other residents' rooms, and taking items belonging to other residents. Resident memory care behavior will be managed to optimize the

TORRESMED_000121

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth ▮▮▮▮ | Date of Birth: ▮▮▮▮ | Level of Care Score: |
| Level of Care Category: | | |

resident's routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

**Need:** Behavior: Shadowing others; being in others personal space; touching others (i.e. holding hands, petting limbs, touching hair, etc.)

☐ **Desired Outcome:** The resident's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☐ **Need:** Behavior: Shadowing others; being in others personal space; touching others (i.e. holding hands, petting limbs, touching hair, etc.)

☐ **Approach:** PERIODIC INTERVENTION Shadowing others; being in others personal space; touching others (Less than daily): Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** DAILY INTERVENTION Shadowing others; being in others personal space; touching others: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** EXTENSIVE INTERVENTION Shadowing others; being in others personal space; touching others: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

**Need:** Behavior: Public Urination, Fecal Painting, Spitting, Skin Picking, etc. which may pose a health risk to self or others.

☐ **Desired Outcome:** The resident's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☐ **Need:** Behavior: Public Urination, Fecal Painting, Spitting, Skin Picking, etc. which may pose a health risk to self or others.

☐ **Approach:** PERIODIC INTERVENTION Public Urination, Fecal Painting, Spitting, Skin Picking, etc. (Less than daily): Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** DAILY INTERVENTION Public Urination, Fecal Painting, Spitting, Skin Picking, etc.: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** EXTENSIVE INTERVENTION Public Urination, Fecal Painting, Spitting, Skin Picking, etc.: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

**Need:** Behavior: Increased behaviors late afternoon into evening (Sundown Behaviors) which may include increased anxiety, confusion, agitation, etc.

☑ **Desired Outcome:** Elizabeth 's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☑ **Need:** Behavior: Increased behaviors late afternoon into evening (Sundown Behaviors) which may include increased anxiety, confusion, agitation, etc.

☐ **Approach:** PERIODIC INTERVENTION SUNDOWNING BEHAVIOR (Less than daily): Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** DAILY INTERVENTION SUNDOWNING BEHAVIOR: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☑ **Approach:** EXTENSIVE INTERVENTION: Elizabeth memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

**Need:** Behavior: Refusing Medication or Treatment

☐ **Desired Outcome:** The resident's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☐ **Need:** Behavior: Refusing Medication or Treatment

Run on: 4/1/2026

TORRESMED_000122

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: ▓▓▓▓ | Level of Care Score: |
| Level of Care Category: ▓▓▓▓ | | |

☐ **Approach:** PERIODIC INTERVENTION REFUSING MEDICATION OR TREATMENT (Less than daily): Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** DAILY INTERVENTION REFUSING MEDICATION OR TREATMENT: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** EXTENSIVE INTERVENTION REFUSING MEDICATION OR TREATMENT: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

**Need:** Behavior: Physical or Sexual Aggression

☐ **Desired Outcome:** The resident's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☐ **Need:** Behavior: Physical or Sexual Aggression

☐ **Approach:** PERIODIC INTERVENTION PHYSICAL OR SEXUAL AGGRESSION (Less than daily): Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, attempting to remove resident to a quiet place or personal space, and addressing any unusual or disturbing behavior.

☐ **Approach:** DAILY INTERVENTION PHYSICAL OR SEXUAL AGGRESSION: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, attempting to remove resident to a quiet place or personal space, and addressing any unusual or disturbing behavior.

☐ **Approach:** EXTENSIVE INTERVENTION PHYSICAL OR SEXUAL AGGRESSION: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, attempting to remove resident to a quiet place or personal space, and addressing any unusual or disturbing behavior.

**Need:** Behavior: Impulsive or Compulsive behaviors such as: exit seeking, placing self on floor, crawling on floor, lying on floor mat or floor, hoarding, packing/unpacking room, repetitive dressing/undressing, focusing on body systems (bowels and bowel care), superstitious practices, excessive handwashing, etc.

☑ **Desired Outcome:** Elizabeth 's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☑ **Need:** Behavior: Impulsive or Compulsive behaviors such as: Sundown Hallucinations Slamming Doors Verbally Agitated With Fellow Residents. Administered Aripiprazole for Management.

☐ **Approach:** PERIODIC INTERVENTION IMPULSIVE OR COMPULSIVE BEHAVIOR: (Less than daily): Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, attempting to remove resident to a quiet place or personal space, and addressing any unusual or disturbing behavior.

☐ **Approach:** DAILY INTERVENTION IMPULSIVE OR COMPULSIVE BEHAVIOR : Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, attempting to remove resident to a quiet place or personal space, and addressing any unusual or disturbing behavior.

☑ **Approach:** EXTENSIVE INTERVENTION: Elizabeth memory care behavior will be managed to optimize Elizabeth routine. Assistance may include redirection, reminders, and cues, attempting to remove resident to a quiet place or personal space, and addressing any unusual or disturbing behavior.

**Need:** Memory Care: Mental Health and Wellness

☑ **Desired Outcome:** Elizabeth's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☑ **Need:** Behavior-Other: Slamming Doors Sundown Hallucinations

☐ **Approach:** HISTORY: Resident has a history of substance abuse (drugs, alcohol, illicit drugs, narcotic abuse).

☐ **Approach:** MENTAL HEALTH SUPPORT: Resident will be referred to and/or may receive supportive mental health care

☑ **Approach:** CRISIS RESPONSE: If necessary, team members will contact Crisis Response for immediate

Run on: 4/1/2026

TORRESMED_000123

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: ███ | Level of Care Score: |
| Level of Care Category: ███ | | |

intervention for out of control, unexpected, or out of character responses including but not limited to: substance abuse, physical aggression or behavior that poses a threat to self or others.

**Need:** Behavior: Pacing

☐ **Approach:** PERIODIC INTERVENTION PACING (Less than daily): Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Desired Outcome:** The resident's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.

☐ **Need:** Behavior: Pacing

☐ **Approach:** DAILY INTERVENTION PACING: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

☐ **Approach:** EXTENSIVE INTERVENTION PACING: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.

U.   **Diabetic Management**

### Need: Diabetic Management

1. Service Planning: Diabetic Management

   **Need:** Diabetic Management

   ☑ **Desired Outcome:** Elizabeth diabetic management needs will be met per resident plan of care and provider orders.

   ☑ **Need:** Diabetic Management

   ☑ **Approach:** ASSISTANCE: Team members may provide assistance with diabetic management which may include blood sugar monitoring, coordinating appointments, managing supplies, and fluctuating blood sugar levels.

   ☐ **Approach:** ASSISTANCE: Team members may provide assistance with insulin management which may include blood sugar monitoring, coordinating appointments and managing supplies, and fluctuating blood sugar levels.

V.   **Memory Care Programming/Activities**

### Need: Life Enrichment/Activities:

1. Service Planning: Activities/Enrichment

   **Need:** Life Enrichment/Activities:

   ☑ **Desired Outcome:** Elizabeth who have advanced limitations will be provided activities that are cognitively stimulating and designed to maximize functioning.

   ☑ **Need:** Life Enrichment/Activities:

   ☑ **Approach:** MEMORY CARE: Team members will offer stimulating activities that match the resident's cognitive ability, memory, attention span, language, reasoning ability, and physical capability, and consider a resident's history, and preferences.

### Need: Directed/Memory Care Programming

2. Service Planning: Secured Neighborhood

   **Need:** Directed/Memory Care Programming

   ☑ **Desired Outcome:** Elizabeth will have individualized needs met related to memory care and/or cognitive limitations.

   ☑ **Need:** Directed/Memory Care Programming

   ☑ **Approach:** SECURE NEIGHBORHOOD: Elizabeth lives in a secured unit which includes a safety protocol requiring a code to enter or exit, individualized programming tailored to cognitive ability.

W.   **Pain Management**

TORRESMED_000124

| AVSL Terra Pointe Directed Care Evaluation V1 | | |
|---|---|---|
| Resident: Torres, Elizabeth | Date of Birth: ███████ | Level of Care Score: |
| Level of Care Category: ███████ | | |

### Need: Pain

1. Service Planning: Pain Management

   Need: Pain

   ☑ **Desired Outcome:** Elizabeth pain will be managed per Elizabeth preference and provider orders.

   ☑ **Need:** Pain

   ☑ **Approach:** ASSISTANCE: Team members may provide assistance managing resident pain including repositioning, hot/cold therapy, providing medication, and other routine interventions.

   ☐ **Approach:** PAIN MANAGEMENT INTERVENTION: Resident requires more than routine support and may have episodes of pain requiring extensive intervention and/or complicated medication management.

### X.  Falls/Safety

1. Has the resident ever fallen before?
   - ☑ A. Yes
   - ☐ B.. No

2. Does the resident have more than one diagnosis in the chart?
   - ☑ A. Yes
   - ☐ B. No

3. What ambulatory aids, if any, does the resident use?
   - ☐ A. None/bedrest/wheelchair/requires assistance
   - ☑ B. Crutches/cane/walker
   - ☐ C. Use furniture or wall for support

   **What type of gait does the resident appear to have?**

4. IMPAIRED

   Difficulty rising from chair, uses chair arms to get up, bounces to rise

   Keeps head down when walking, watches the ground

   Grasps furniture, person or aid when ambulating and cannot walk unassisted

   WEAK

   Stoops but able to lift head without losing balance

   Steps are short and/or resident may shuffle

   NORMAL

   Walks with head up, arms swing freely at their side, strides without hesitation
   - ☑ A. Impaired
   - ☐ B. Weak
   - ☐ C. Normal/Bedrest/Wheelchair

5. Mental Status measures the residents self-assessment of his/her own ability to ambulate. Ask the resident, "Are you able to go to the bathroom alone, or do you need assistance?"
   - ☐ A. Knows own limits
   - ☑ B. Overestimates or forgets limits

6. Additional considerations
   - ☐ A. Visual deficits
   - ☐ B. Declines to use DME per recommendations
   - ☐ C. Declines to wait for assistance
   - ☐ E. History of impulsive behavior
   - ☐ F. Declines to participate in recommended therapy
   - ☑ G. Resident unable to follow fall prevention instructions due to cognitive limitations
   - ☑ H. Poor safety awareness and understanding of physical limitations
   - ☑ I. Resident has a medical condition that increases the likelihood of falling

Run on: 4/1/2026

TORRESMED_000125

| Avista: 72 hour Charting | | |
|---|---|---|
| Resident: Torres, Elizabeth<br>Move in: 12/19/2024 | Effective Date: 02/13/2025 09:46 | Location: MC 50 A |

1. **72 Hour Charting**

   I. Day of Charting:
   - 1) Day 1
   - 2) Day 2
   - 3) Day 3

   1. Most Recent Blood Pressure
      Blood Pressure: 147/78    Date: 02/13/2025 07:34
      Position:      Sitting r/arm

   2. Most Recent Pulse
      Pulse:        67    Date: 02/13/2025 07:34
      Pulse Type:   Irregular - UTD

   3. Most Recent Respiration
      Respiration:  19.0    Date: 02/13/2025 07:34

   4. Most Recent Temperature
      Temperature:  96.6    Date: 02/13/2025 07:34
      Route:        Tympanic

   5. Most Recent Pain Level
      Pain Level: 1    Date: 02/13/2025 09:43
      Pain Scale: Numerical

   5a. (As reported by the resident or observed by care staff)

   6. 72 Hour Charting:
      Enjoying Snacks in Activity Room Coloring Making Jokes with Staff Pleasant Mood, No Pain at this Time.

2. **Service Planning Update:**

   1. Type of Incident:
      - 1) Unwitnessed Fall
      - 2) Witnessed Fall
      - 3) Found on Floor
      - 4) Fall during staff assist
      - 5) New Complaints of Pain
      - 6) Acts of verbal or physical aggression
      - 7) New Skin Integrity Concern
      - 8) Acute change in cognitive status
      - 9) Medication Error
      - 10) Ideas of self harm

   **Need: FALLS**

   SPS. Service Planning - Safety Needs:
   Need: FALLS
   ☑ **Desired Outcome:** Other: please specify individual goals.
   ☑ **Need:** FALLS
   ☑ **Approach:** INTERVENTION NEEDED: Team members have implemented the following interventions: Post Incident 2/13/25; FALL. Fall Matt At Bedside Floor At Night.

TORRESMED_000308

| AVSL Transfer Summary | | |
|---|---|---|
| Resident: Torres, Elizabeth<br>Date of Birth: ▮▮▮▮▮ | Community Physician::<br><br>Community: Terra Pointe Memory Care | Physician Phone #:<br><br>Community Address: 5330 W Union Hills Drive,<br>Glendale, AZ, 85308,<br>United States |

Allergies: Lactose, Iodine

Diagnoses: TYPE 2 DIABETES MELLITUS(E11), ALZHEIMER'S DISEASE, UNSPECIFIED(G30.9), ESSENTIAL (PRIMARY) HYPERTENSION (I10), HYPOTHYROIDISM, UNSPECIFIED(E03.9), OTHER CHRONIC PAIN(G89.29), HYPERLIPIDEMIA, UNSPECIFIED(E78.5), COVID-19(U07.1)

1. Is resident independent with activities of daily living
   - ☐ A. Yes
   - ☑ B. No

2. Can Resident walk with or without assistance?
   - ☐ A. Yes
   - ☑ B. No

3. Is resident incontinent?
   - ☑ A. Yes
   - ☐ B. No

4. Is Resident independent with cognitive ability and making choices?
   - ☐ A. Yes
   - ☑ B. No
   - ☐ C. At times

5. Additional resident information.
   > no

6. Resident has an active wound that is being managed by (ex: Home Health, Wound Clinic, Wound Specialist, etc.)
   > no

6. **First Responder Information**

   1. Name of First Responder
      > Jane Wallen

7. **Name of Person Preparing this Form**

   1. Name of person completing report
      > Devon Burrell

8. **Checklist Review**

   1. Document Checklist
      - ☑ A. Medication List
      - ☑ B. HIPAA policy and consent
      - ☑ C. Face sheet
      - ☑ D. Advance Directives

9. **Contact Information**

   1. Health Service Director Contact Information
      > Oholden@terrapointeaz.com

   2. Executive Director Contact Information
      > Aperkins@terrapointeaz.com

10. **IMPORTANT INFORMATION**

    1. KEEP A COPY ENTIRE PACKET WITH CHECKLIST DOCUMENTATION AND USE THIS FORM
    This Community is required to provide this form and accompanying information per ARS 36-420.04

Run on: 4/9/2026

| AVSL Transfer Summary | | |
|---|---|---|
| **Resident:** Torres, Elizabeth | **Community Physician::** | **Physician Phone #:** |
| **Date of Birth** ████████ | **Community:** Terra Pointe Memory Care | **Community Address:** 5330 W Union Hills Drive, Glendale, AZ, 85308, United States |

**Allergies:** Lactose, Iodine

**Diagnoses:** TYPE 2 DIABETES MELLITUS(E11), ALZHEIMER'S DISEASE, UNSPECIFIED(G30.9), ESSENTIAL (PRIMARY) HYPERTENSION (I10), HYPOTHYROIDISM, UNSPECIFIED(E03.9), OTHER CHRONIC PAIN(G89.29), HYPERLIPIDEMIA, UNSPECIFIED(E78.5), COVID-19(U07.1)

1. Is resident independent with activities of daily living
   - ☐ A. Yes
   - ☑ B. No

2. Can Resident walk with or without assistance?
   - ☐ A. Yes
   - ☑ B. No

3. Is resident incontinent?
   - ☑ A. Yes
   - ☐ B. No

4. Is Resident independent with cognitive ability and making choices?
   - ☐ A. Yes
   - ☑ B. No
   - ☐ C. At times

5. Additional resident information.

   no

6. Resident has an active wound that is being managed by (ex: Home Health, Wound Clinic, Wound Specialist, etc.)

   no

6. **First Responder Information**

   1. Name of First Responder

   Jake Paul

7. **Name of Person Preparing this Form**

   1. Name of person completing report

   Devon Burrell

8. **Checklist Review**

   1. Document Checklist
      - ☑ A. Medication List
      - ☑ B. HIPAA policy and consent
      - ☑ C. Face sheet
      - ☑ D. Advance Directives

9. **Contact Information**

   1. Health Service Director Contact Information

   Oholden@terrapointeaz.com

   2. Executive Director Contact Information

   Aperkins@terrapointeaz.com

10. **IMPORTANT INFORMATION**

    1. KEEP A COPY ENTIRE PACKET WITH CHECKLIST DOCUMENTATION AND USE THIS FORM
    This Community is required to provide this form and accompanying information per ARS 36-420.04

TORRESMED_000620

Case 2:17-cv-00119-SPL   Document 321-4   Filed 04/21/26   Page 29 of 45

TORRESMED_000685

| Need | Desired Outcome | Approaches/Tasks | Position | Freq/Resolved |
|---|---|---|---|---|
| • Fall prevention/Safety Checks<br>Date Initiated: 09/30/2025 | using mobility devices, and accessing outside services such as home health, therapy. Safely You Fall Detection Implemented Per POA Consent.<br>Date Initiated: 09/30/2025 | | HSD | |
| • Pain<br>Date Initiated: 09/30/2025 | • Elizabeth pain will be managed per Elizabeth preference and provider orders.<br>Date Initiated: 09/30/2025 | • ASSISTANCE: Team members may provide assistance managing resident pain including repositioning, hot/cold therapy, providing medication, and other routine interventions.<br>Date Initiated: 09/30/2025 | CG<br>MT<br>RCC<br>HSD | DEN |
| • Memory Care Programming (Please check for all residents in memory care)<br>Date Initiated: 09/30/2025 | • Elizabeth will have individualized needs met related to memory care and/or cognitive limitations.<br>Date Initiated: 09/30/2025 | • SECURE NEIGHBORHOOD: Elizabeth lives in a secured unit which includes a safety protocol requiring a code to enter or exit, individualized programming tailored to cognitive ability.<br>Date Initiated: 09/30/2025 | CG<br>MT<br>RCC<br>HSD | |
| • Life Enrichment/Activities:<br>Date Initiated: 09/30/2025 | • Elizabeth who have advanced limitations will be provided activities that are cognitively stimulating and designed to maximize functioning.<br>Date Initiated: 09/30/2025 | • MEMORY CARE: Team members will escort residents to planned activities, encourage and assist residents to participate, and carefully plan toward the social activities appropriate to the resident's abilities that meet their psychosocial needs and are relevant to their social history.<br>Date Initiated: 09/30/2025 | ACTCO<br>CG<br>MT<br>RCC<br>HSD | 2 Times/Day |
| • Behavior: Impulsive or Compulsive | • Elizabeth 's psychosocial | • EXTENSIVE INTERVENTION: Elizabeth memory care behavior will be managed to | CG<br>MT | DEN |

| Allergies | Lactose, Iodine | | D.O.B. | ▮▮▮▮▮ | Physician | Zyrine Calucer |
|---|---|---|---|---|---|---|
| Diagnosis | TYPE 2 DIABETES MELLITUS(E11), ALZHEIMER'S DISEASE, UNSPECIFIED(G30.9), ESSENTIAL (PRIMARY) HYPERTENSION(I10), HYPOTHYROIDISM, UNSPECIFIED(E03.9), OTHER CHRONIC PAIN(G89.29), HYPERLIPIDEMIA, UNSP...See last page for a complete listing of the Resident's diagnoses | | | | | |
| Community | Terra Pointe Memory Care | | | | | |
| Resident | Torres, Elizabeth ▮▮▮▮▮ | | Move in Date | 12/19/2024 | Location | MC 50 A |

| Name | Signature | Date | Name | Signature | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Last Service Plan Review Completed: | 09/30/2025 |
|---|---|

Case 2:17-cv-00119-SPL   Document 321-4   Filed 04/21/26   Page 30 of 45

TORRESMED_000686

| Need | Desired Outcome | Approaches/Tasks | Position | Freq/Resolved |
|---|---|---|---|---|
| behaviors such as: Sundown Hallucinations Slamming Doors Verbally Agitated With Fellow Residents. Administered Aripiprazole for Management. Date Initiated: 09/30/2025 | interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction. Date Initiated: 09/30/2025 | optimize Elizabeth routine. Assistance may include redirection, reminders, and cues, attempting to remove resident to a quiet place or personal space, and addressing any unusual or disturbing behavior. Date Initiated: 09/30/2025 | RCC HSD | |
| • Behavior: Refuses Care Date Initiated: 09/30/2025 | • Elizabeth's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction. Date Initiated: 09/30/2025 | • EXTENSIVE INTERVENTION: Elizabeth memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior. Date Initiated: 09/30/2025 | CG MT RCC HSD | DEN |
| • Behavior: Repetitive Questions Date Initiated: 09/30/2025 | • Elizabeth 's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction. Date Initiated: 09/30/2025 | • EXTENSIVE INTERVENTION: Elizabeth memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior. Date Initiated: 09/30/2025 | CG MT RCC HSD | DEN |
| • Behavior-Other: Sundown Hallucinations Date Initiated: 09/30/2025 | • Elizabeth's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be | • EXTENSIVE INTERVENTION: Resident memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior. Date Initiated: 09/30/2025 | CG MT RCC HSD | DEN |

| Allergies | Lactose, Iodine | | D.O.B. | 10/11/1950 | Physician | Zyrine Calucer |
|---|---|---|---|---|---|---|
| Diagnosis | TYPE 2 DIABETES MELLITUS(E11), ALZHEIMER'S DISEASE, UNSPECIFIED(G30.9), ESSENTIAL (PRIMARY) HYPERTENSION(I10), HYPOTHYROIDISM, UNSPECIFIED(E03.9), OTHER CHRONIC PAIN(G89.29), HYPERLIPIDEMIA, UNSP...See last page for a complete listing of the Resident's diagnoses | | | | | |
| Community | Terra Pointe Memory Care | | | | | |
| Resident | Torres, Elizabeth ████ | | Move in Date | 12/19/2024 | Location | MC 50 A |

| Name | Signature | Date | Name | Signature | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Last Service Plan Review Completed: | 09/30/2025 |
|---|---|

# Care Plan Report

| Need | Desired Outcome | Approaches/Tasks | Position | Freq/Resolved |
|---|---|---|---|---|
| • Behavior-Other: Sundown Hallucinations<br>Date Initiated: 09/30/2025 | appropriately managed to optimize satisfaction.<br>Date Initiated: 09/30/2025 | | | |
| • Behavior: Increased behaviors late afternoon into evening (Sundown Behaviors) which may include increased anxiety, confusion, agitation, etc.<br>Date Initiated: 09/30/2025 | • Elizabeth 's psychosocial interactions and the accompanying manifestation of symptoms (behaviors) will be appropriately managed to optimize satisfaction.<br>Date Initiated: 09/30/2025 | • EXTENSIVE INTERVENTION: Elizabeth memory care behavior will be managed to optimize resident routine. Assistance may include redirection, reminders, and cues, and addressing any unusual or disturbing behavior.<br>Date Initiated: 09/30/2025 | CG<br>MT<br>RCC<br>HSD | Daily |
| • Communication<br>Date Initiated: 09/30/2025 | • Resident will be provided encouragement and support to avoid frustration when communicating and to be able to make needs known.<br>Date Initiated: 09/30/2025 | • ASSISTANCE: Elizabeth requires assistance and redirection. Team members will communicate in a clear and direct pattern to meet the resident's communication needs. Resident may require an alternate form of communication, such as using gestures, a tablet, or a communication board.<br>Date Initiated: 09/30/2025 | CG<br>MT | |
| • Sleep<br>Date Initiated: 09/30/2025 | • Elizabeth will have an opportunity to maintain healthy sleeping patterns to maximize health potential.<br>Date Initiated: 09/30/2025 | • ASSISTANCE: Elizabeth has a history of sleep disturbance which requires intervention.<br>Date Initiated: 09/30/2025 | CG<br>MT<br>RCC<br>HSD | Nights |
| • Podiatry | • Elizabeth nail and footcare | • PODIATRY: Elizabeth toe nail and foot care needs will be met per resident | Asst | |

| Allergies | Lactose, Iodine | | | D.O.B. | 10/11/1950 | Physician | Zyrine Calucer | |
|---|---|---|---|---|---|---|---|---|
| Diagnosis | TYPE 2 DIABETES MELLITUS(E11), ALZHEIMER'S DISEASE, UNSPECIFIED(G30.9), ESSENTIAL (PRIMARY) HYPERTENSION(I10), HYPOTHYROIDISM, UNSPECIFIED(E03.9), OTHER CHRONIC PAIN(G89.29), HYPERLIPIDEMIA, UNSP...See last page for a complete listing of the Resident's diagnoses | | | | | | | |
| Community | Terra Pointe Memory Care | | | | | | | |
| Resident | Torres, Elizabeth | | | Move in Date | 12/19/2024 | Location | MC 50 A | |

| Name | Signature | Date | Name | Signature | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Last Service Plan Review Completed: | 09/30/2025 |
|---|---|

TORRESMED_000687

Run on: 4/9/2026

COVID

## Your Exams/Tests/Procedures

Cardiology
EKG,
Laboratory
AUTOBILL, Blood Culture, CBC (WITH Differential), Comprehensive Metabolic Panel
(Includes, DIFF (Differential Cell Count)-Discern, Influenza A/B and COVID19, QL, Rapid
Rea, Lactic Acid Plasma, Troponin T, High Sensitivity, UABILL, Urinalysis, microscopic if
indicated, re,
Medical Imaging
US Abdomen Limited, XR Chest 1 View Adult Portable,
Patient Care
Ambulance Arrival, ED Admitted from ALF/Group Home, Insert Peripheral IV, Patient
Isolation, Precautions - Fall, Vital Signs,

## Your Pending Tests
.Blood Culture First Site/Single Culture
.Blood Culture Second Site

## What to do next

## Scheduled Appointments

**Scheduled Appointments**
No future appointments scheduled

## Call to confirm appointment(s) with date/time listed. Call to schedule appointment(s) without date/time listed.

**Follow Up with** Follow up
with primary care provider

## Assisted Living/Group Home
**For discharge questions from Assisting Living Facilities or Group Homes call 602-865-3919.**

**Neurological**
Orientation Assessment: Not oriented to place, Not oriented to situation
AVPU: Alert and responsive

TORRESMED_001017

4/7/26, 3:42 PM                                                    Print Preview

TORRES, ELIZABETH J DOB: ▮▮▮▮▮▮▮▮    Acc No. ▮▮▮▮  DOS: 07/15/2025

## Progress Notes

**Patient:** TORRES, ELIZABETH J
**Account Number:** ▮▮▮▮▮▮
**DOB:** ▮▮▮▮▮▮
**Phone** ▮▮▮▮▮▮
**Addre** ▮▮▮▮▮▮

**Provider:** Eunmee Chung, DNP

**Date:** 07/15/2025

## Subjective:

### Chief Complaints:

1. Follow-up for Alzheimer's dementia, type 2 diabetes, and hypertensive heart disease.

### HPI:

Office Note:

Elizabeth Torres is a 74-year-old female who resides at a memory care facility due to Alzheimer's dementia. She is seen today for a follow-up evaluation. The patient is awake and alert, oriented to person and possibly place, forgetful at baseline. She continues to take her prescribed medications for Alzheimer's disease, although today she refused her medication stating it made her sleepy. Staff reports this is the first time she has refused, so the plan is to continue with the current regimen and monitor for recurrence.

She has hypertensive heart disease and takes lisinopril 10 mg daily. She also has type 2 diabetes mellitus. She is a frail elderly patient who ambulates with the assistance of a four-wheel walker. She has not had any recent falls or hospitalizations.

The patient was seen today for the above complaints at their current residence in lieu of an office visit as the patient is homebound and/or has a history of muscle weakness, and/or uses an assistive device. Leaving home is not recommended as it would require considerable and taxing effort resulting in increased health risk to the patient. Patient denies chest pain, shortness of breath, fever, chills, recent falls, or recent hospitalization. All available labs and results were reviewed. Plan of care reviewed with patient and caregivers.

### ROS:

HEENT: No sore throat
CVS: No chest pain or palpitations
RESP: No cough or congestion
ABDOMEN: No abdominal pain or diarrhea
SKIN: No new cuts or lesions
MSK: No pain in extremities
ENDOCRINE: No hot or cold intolerance
OPHTHALMOLOGIC: No changes in vision
PSYCH: No suicidal or homicidal ideation
GU: No urinary complaints.

**Medical History:** Hypertensive heart disease without heart failure, Type 2 diabetes, HbA1c goal < 7%, Mixed hyperlipidemia, Obesity (BMI 30-39.9), Other chronic pain, Acquired hypothyroidism, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Need for assistance with personal care.

**Medications:** Taking Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Taking Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Taking Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Memantine HCl 10 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Taking ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Diclofenac Sodium 1 % Gel apply Externally twice a day , Taking Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Taking Stimulant Laxative 8.6-50 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME , Taking Lisinopril 10 MG Tablet 1 tablet Orally Once a day Hold for SBP less than 110, Notes to Pharmacist: Dose decreased DC prior RX, Taking

---

**Provider: Eunmee Chung, DNP**                          **Date: 07/15/2025**

TORRESMED_001121

4/7/26, 3:42 PM                                    Print Preview

TORRES, ELIZABETH J DOB███████████████  Acc No. ████DOS: 10/21/2025

**Patient:** TORRES, ELIZABETH J
**Account Number:** ████
**DOB:** ████                                        **Provider:** Eunmee Chung, DNP
**Phone** ████                                              **Date:** 10/21/2025
**Address** ████

## Subjective:

### Chief Complaints:
1. Cognitive Exam.

### HPI:
Office Note:
Patient presenting today for cognitive exam, no acute changes to baseline mentation.

Patient is being evaluated in their residence in lieu of an office visit as patient is homebound, with history of muscle weakness; Pt. uses assistive device, and requires moderate to maximum assistance for transfers and ADL's. Leaving home is not recommended as it would require considerable and taxing effort resulting in increased fall risk and hemodynamic instability. Available labs, medications, records and events were reviewed. Education and counseling completed, treatment options discussed, patient verbalized understanding. Assessment finding and place of care discussed in detail with patient, family, and/or staff.

**Medical History:** Type 2 diabetes, HbA1c goal < 7%, Acquired hypothyroidism, Mixed hyperlipidemia, Other chronic pain, Major depressive disorder, single episode, moderate, Anxiety, Neuropathy, Lower extremity edema, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Hypertensive heart disease without heart failure, Need for assistance with personal care.

**Medications:** Taking Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Taking Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Taking Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Memantine HCl 10 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Taking ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Diclofenac Sodium 1 % Gel apply Externally twice a day , Taking Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Taking Stimulant Laxative 8.6-50 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME , Taking traZODone HCl 50 MG Tablet 1 tablet at bedtime Orally Once a day , Notes to Pharmacist: Discontinue previous orders, Taking Lisinopril 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY (HOLD FOR SBP<110) , Taking Potassium Chloride ER 10 MEQ Tablet Extended Release TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Bumetanide 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Medication List reviewed and reconciled with the patient

**Allergies:** Iodine.

## Objective:

### Vitals:

### Examination:
General Examination:
1/11
What is the
Year -0
Season -0
Day of the week -0
Month -1
Date -0

---

**Provider: Eunmee Chung, DNP**                                    **Date: 10/21/2025**
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

26/52

TORRESMED_001132

4/7/26, 3:42 PM                                        Print Preview

TORRES, ELIZABETH J DOB: ███████████    Acc No. ████    DOS: 10/21/2025

Severity
0-17 Moderate-Severe cognitive impairment
18-23 Mild cognitive impairment
24-30: WNL.

## Assessment:

### Assessment:
1. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety - F02.B0 (Primary)

## Plan:

### Treatment:
**1. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety**
Notes: Progressive disease, with no acute change in behavior or cognition as per staff/ patient. Continue with medications as prescribed. Continue calm/structured environment in locked down memory unit, continue supportive care and assistance with ADLs, continue memory aids (calendars, clocks, etc.) and safety measures, use behavioral measures- reorientation, redirection, reducing triggers- as needed, encourage socialization, monitor for acute changes in behavior or mentation.
Clinical Notes: .

**2. Others**
Notes: MMSE SCORE: 21/30
**Procedure Codes:** 99483 ASSMT & CARE PLN PT COG IMP

## Billing Information:

**Visit Code:**
**Procedure Codes:**
99483 ASSMT & CARE PLN PT COG IMP.



**Electronically signed by Eunmee Chung , DNP on 10/27/2025 at 02:04 PM MDT**
**Sign off status: Completed**

---

**Provider: Eunmee Chung, DNP**

**Date: 10/21/2025**
**Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT**

28/52

TORRESMED_001134

4/7/26, 3:42 PM                                        Print Preview

TORRES, ELIZABETH J  DOB: ███████     Acc No.███  DOS: 01/06/2026

**Progress Notes**

**Patient:** TORRES, ELIZABETH J
**Account Number** ████████
**DOB:** ████████
**Phone** ████
**Addre** █

**Provider:** Zyrine Calucer, NP

**Date:** 01/06/2026

## Subjective:

### Chief Complaints:
1. ESTAB visit to establish new provider.

### HPI:
Office Note:

Visit is completed to establish care with new provider. Elizabeth Torres is a 75-y/o female who resides at Terra Pointe MC unit. Due to pt's advanced alzheimer's disease progression, she requires 24/7 monitoring from a locke unit d/t inability to provide care for herself, assess safety risks. and complete her day to day activities without assistance. A/O X2, most of the time; baseline forgetfulness. Able to respond to some questions with simple yes/no responses. NAD; calm and well-mannered throughout the visit, no restlessness or agitation noted. Pt remains on Memantine on a daily basis r/t dementia. Denies discomfort or having pain; no facial grimacing noted. Staff reports of no recent falls or rapid decline in meal intake. Pt continues to eat her meals with meal set up by staff appropriately. Hx of insomnia and remains on trazodone. Psych continues to follow. BS normoactive x4, no distention or discomfort noted. VS appropriate during visit: 112/62, 18, 95% ra, 66, 97.6.

### ROS:
GENERAL: No Fever or Chills; no rapid weight loss or gain
HEENT: No ST
RESP: No SOB, cough; no recent sputum producto
CVS: No chest pain, palpitations, no edema
ABDOMEN: No abdominal pain or diarrhea or constipation
SKIN: No new cuts or lesions
MSK: No pain in extremities
ENDOCRINE: No hot or cold intolerances
OPHTHALMOLOGIC: No changes in vision
PSYCH: No SI or HI present; seeng Psych
GI: No nausea, vomiting
GU: No discharge.

**Medical History:** Acquired hypothyroidism, Mixed hyperlipidemia, Other chronic pain, Major depressive disorder, single episode, moderate, Anxiety, Neuropathy, Lower extremity edema, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Hypertensive heart disease without heart failure, Type 2 diabetes, HbA1c goal < 7%, Need for assistance with personal care.

### Screening:

**Medications:** Unknown Advocate Lancets - Miscellaneous as directed for DX e11.9, Notes to Pharmacist: What ever is covered by insurance, Unknown Assure ID Safety Pen Needles 30G X 8 MM Miscellaneous as directed For DX E11.9, Notes to Pharmacist: what ever is covered by insurance, Unknown Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Unknown Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Unknown Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Unknown ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Diclofenac Sodium 1 % Gel apply Externally twice a day , Unknown Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Unknown Stimulant Laxative 8.6-50 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME , Unknown Lisinopril 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY (HOLD FOR SBP<110) , Unknown Potassium Chloride ER 10 MEQ Tablet Extended Release TAKE 1 TABLET BY

---

**Provider: Zyrine Calucer, NP**                            **Date: 01/06/2026**
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

TORRESMED_001148

4/7/26, 3:42 PM                                        Print Preview

TORRES, ELIZABETH J  DOB: ███████████     Acc No. █████   DOS: 01/06/2026

MOUTH ONCE DAILY , Unknown Bumetanide 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Aspirin Low Dose 81 MG Tablet Chewable TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Memantine HCl 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown traZODone HCl 50 MG Tablet 1.5 tablets at bedtime Orally Once a day , Notes to Pharmacist: MED INCREASE, Discontinue previous orders, Unknown Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY

**Allergies:** Iodine.

## Objective:

### Vitals:

Ht: 64 in, Wt: Not Taken - Declined by Patient, BMI: Not Taken - Declined by Patient, BP: **112/62** mm Hg, HR: **66** /min, RR: **18** /min, Temp: **97.6** F, Oxygen sat %: **95** %, Ht-cm: 162.56 cm.

### Physical Examination:

General Appearance: alert and oriented x 2; NAD, well-mannered and cooperative
Face: Symmetrical
Eyes: Normal conjunctiva, anicteric, Round symmetric pupils.
HEENT: No nasal drainage
Oral Cavity: mucosa moist; no lesions
Neck/Thyroid: No lymphadenopathy, supple.
Cardiovascular: RRR, Normal S1 S2, no murmurs, clicks or rubs
Chest: equal chest expansion.
Respiratory: Lungs clear to auscultation bilaterally, diminished in the bases. No wheezes, rhonchi, or rales.
GI: No masses palpated. Nontender. BS x 4 quad normoactive.
Neuro: Awake and alert x2; baseline forgetfulness
Skin: Normal, no rash or ulcerations. Warm, moist, and good turgor.
Extremities: no clubbing, cyanosis, erythema or tenderness. Pulses 2+ bilaterally, sensation normal;  hx of edema but resolved
Musculoskeletal:  generalized weakness; ambulates with FWW; hx of falls; frail elderly
Psych: calm cooperative, appropriate mood and affect.

## Assessment:

### Assessment:

1. Hypertensive heart disease without heart failure - I11.9 (Primary)
2. Essential hypertension - I10
3. Alzheimer's disease, unspecified - G30.9
4. Frail elderly - R54

## Plan:

### Treatment:

**1. Hypertensive heart disease without heart failure**
Notes: Encouraged staff to provide increased water intake. Avoid nephrotoxic medications. Continue with current medication regimen.

**2. Essential hypertension**
Notes: Chronic. Stable. Medications reviewed, will continue medications as ordered.
Will monitor labs periodically

**3. Alzheimer's disease, unspecified**
Notes: Alzheimer's is a disease that causes changes in brain function. It is a type of dementia that affects your behavior and judgment. It also affects how you process information. You may have problems talking with others or remembering things. Some people have trouble solving problems and finding words when speaking. Alzheimer disease is not a normal part of aging. The disease gets worse over time. Currently, there is no cure

---

**Provider: Zyrine Calucer, NP**

Date: 01/06/2026
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

11/52

TORRESMED_001149

Print Preview

TORRES, ELIZABETH J DOB:   Acc No. ██  DOS: 01/06/2026

for Alzheimer disease. Treatment includes drugs to improve memory and slow down the worsening of the disease; adjusting well at Terra Pointe MC unit- - continue with current medication (memantine)

### 4. Frail elderly
Notes: - Assess fall risk and optimize mobility with PT referral if indicated
- Encourage balanced nutrition and hydration
- Monitor weight and physical function regularly
- Supportive care to maintain independence and prevent deconditioning

**Procedure Codes:** 99349 HOME V, EP DETAILED

### Billing Information:
**Visit Code:**
**Procedure Codes:**
99349 HOME V, EP DETAILED.

**Electronically signed by Zyrine Calucer on 04/06/2026 at 01:33 PM MDT**
**Sign off status: Completed**

---

Provider: Zyrine Calucer, NP

                                                          Date: 01/06/2026
                        Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

TORRES, ELIZABETH J DOB: ███████████████     DOS: 02/17/2026

## Progress Notes

**Patient:** TORRES, ELIZABETH J
**Account Number:** ███
**DOB:** ███████████████
**Phone**
**Addre**

**Provider:** Zyrine Calucer, NP
**Date:** 02/17/2026

## Subjective:

**Chief Complaints:**
   1. F/U visit.

**HPI:**
   Office Note:
   Elizabeth Torres is a 75-year-old female seen today for follow-up. She resides at Terra Pointe Memory Care Unit. She was found sitting in a chair by herself, calm and in no acute distress. She is alert and oriented x1, able to state her name; however, she did not respond to the provider throughout the visit.

   She has a history of Alzheimer's disease and is currently taking memantine 5 mg once daily. She is also followed by psychiatry and remains on multiple medications for behavioral management.

   Her medical history is significant for hypertensive heart disease, hypertension with a history of lower extremity edema, type 2 diabetes mellitus, and hypothyroidism. Her diabetes is managed with Lantus Solostar. She continues on lisinopril 10 mg daily, potassium supplementation, bumetanide 2 mg daily, levothyroxine 100 mcg daily, and atorvastatin 10 mg daily.

   Laboratory studies completed on August 13, 2025, were stable. CMP revealed creatinine 0.9, eGFR 63, sodium 146, potassium 4.2, and calcium 9.6. Lipid panel showed total cholesterol 148, triglycerides 89, HDL 55, and LDL 75. Hemoglobin A1C was 6.2 and will continue to be monitored. Thyroid studies demonstrated TSH 2.18, free T4 1.4, and free T3 2.6. Vital signs obtained during the visit were blood pressure 136/66, heart rate 77, respiratory rate 20, temperature 97.7 degree(s) F, and oxygen saturation 97% on room air.

   Patient was seen today at their memory care facility in lieu of office visit for the above complaints as patient is considered homebound due to severe cognitive impairment requiring 1:1 escort to leave facility, debility making leaving the home a significant hardship. History is limited due to underlying dementia. Recent history and ROS obtained from nursing staff as well as chart review. Available labs, medications, records, and events were reviewed. Education and counseling completed and treatment options discussed. Assessment findings and plan of care discussed in detail with patient, family and/or staff.

**ROS:**
   Constitutional: No recent fever, chills, night sweats
   ENT/Mouth: No recent cough, sore throat, rhinorrhea, or difficulty swallowing
   Eyes: No eye pain, redness, or discharge
   Cardiovascular: No chest pain, palpitations
   Respiratory: No cough, sputum, or dyspnea
   Gastrointestinal: No nausea, vomiting, diarrhea, constipation, pain
   Genitourinary: No increased urinary frequency, hematuria
   Musculoskeletal: No joint swelling, joint stiffness
   Skin: No skin lesions, pruritus, hair changes
   Neuro: No dizziness, headache, no recent falls
   Psych: No delusions or homicidal ideation
   Hema/Lymph: No bruising, bleeding
   Endocrine: No polyuria, polydipsia, or temperature intolerance.

**Medical History:** Acquired hypothyroidism, Mixed hyperlipidemia, Other chronic pain, Major depressive disorder, single episode, moderate, Anxiety, Neuropathy, Lower extremity edema, Alzheimer's disease,

4/7/26, 3:42 PM                                    Print Preview

**TORRES, ELIZABETH J DOB:** ▇▇▇▇▇▇▇▇▇▇▇      **DOS:** 03/17/2026

**Progress Notes**

**Patient:** TORRES, ELIZABETH J
**Account Number:** ▇▇▇▇
**DOB:** ▇▇▇▇
**Phon** ▇▇▇▇
**Addr** ▇▇▇▇

**Provider:** Zyrine Calucer, NP

**Date:** 03/17/2026

## Subjective:

### Chief Complaints:
1. F/U visit.

### HPI:
Office Note:

FU visit is completed for Elizabeth Torres who is a 75-y/o female who resides at Terra Pointe MC unit. Pt remains at MC locked unit on a 24/7 basis d/t inability to provide care for herself and assess safety concerns. Pt is not able to complete her day to day activities without assistance. A/O X1-2; baseline forgetfulness and confusion. Pt ca respond to some questions with simple yes/no responses. NAD. No restlessness or agitation noted; Psych continues to follow. Remains on Memantine on a daily basis for dementia. Denies discomfort or having pain. Advised to increased water intake to staff r/t dry skin and episodes of headaches; full set of labs to be ordered for pt and f/u on next visit related to results. Skin is intact with poor skin turgor <3 seconds. No recent falls reported; continues to ambulate. VS: 109/57, 18, 95% ra, 70, 97.6.

### ROS:
HEENT: No ST
CVS: No cp or edema
RESP: No cough or congestion; no sob
ABDOMEN: No abdominal pain or diarrhea/constipation
SKIN: No new cuts or lesions or lesions; dry; poor skin turgor <3 seconds
MSK: No pain in extremities; no recent falls; ambulates with FWW
ENDOCRINE: No hot or cold intolerances
OPHTHALMOLOGIC: No changes in vision
PSYCH: No SI or HI present
GU: No discharge.

**Medical History:** Mixed hyperlipidemia, Other chronic pain, Major depressive disorder, single episode, moderate, Anxiety, Neuropathy, Lower extremity edema, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Hypertensive heart disease without heart failure, Type 2 diabetes, HbA1c goal < 7%, Acquired hypothyroidism, Need for assistance with personal care.

### Screening:

**Medications:** Unknown ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown traZODone HCl 50 MG Tablet TAKE 1 AND 1/2 TABLETS BY MOUTH AT BEDTIME , Notes to Pharmacist: 11 refills is fine. thanks, Unknown Advocate Lancets - Miscellaneous as directed for DX e11.9, Notes to Pharmacist: What ever is covered by insurance, Unknown Assure ID Safety Pen Needles 30G X 8 MM Miscellaneous as directed For DX E11.9, Notes to Pharmacist: what ever is covered by insurance, Unknown Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Unknown Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Unknown Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Unknown Diclofenac Sodium 1 % Gel apply Externally twice a day , Unknown Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Unknown Stimulant Laxative 8.6-50 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME , Unknown Lisinopril 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY (HOLD FOR SBP<110) , Unknown Potassium Chloride ER 10 MEQ Tablet Extended Release TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Bumetanide 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Aspirin Low Dose 81 MG Tablet Chewable TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Memantine HCl 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Levothyroxine Sodium 100 MCG

---

**Provider: Zyrine Calucer, NP**                              **Date: 03/17/2026**
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

TORRESMED_001155

4/7/26, 3:42 PM                                                    Print Preview

TORRES, ELIZABETH J DOB: ████████████████████████    DOS: 03/31/2026

**Progress Notes**

**Patient:** TORRES, ELIZABETH J
**Account Number:** ████████
**DOB:** ████████████████████████
**Phone** ████████████████████████
**Addre** ████████████████████████

**Provider:** Zyrine Calucer, NP

**Date:** 03/31/2026

## Subjective:

### Chief Complaints:
1. Court Letter request.

### HPI:
Office Note:

Court Letter is requested per family request: Elizabeth Torres is a 75 y/o female who resides at Terra Pointe MC unit on a 24/7 basis d/t increased monitoring requred. Pt does not have the capacity to travel or care for herself independently r/t her advanced alzheimer's disease progression.

### Medical History:

### Screening:

**Medications:** Unknown ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown traZODone HCl 100 MG Tablet 1 tablet at bedtime Orally Once a day , Notes to Pharmacist: MED INCREASE, dc current Trazodone orders., Unknown Glucose Blood - Kit as directed In Vitro , Unknown Advocate Lancets - Miscellaneous as directed for DX e11.9, Notes to Pharmacist: What ever is covered by insurance, Unknown Assure ID Safety Pen Needles 30G X 8 MM Miscellaneous as directed For DX E11.9, Notes to Pharmacist: what ever is covered by insurance, Unknown Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Unknown Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Unknown Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Unknown Diclofenac Sodium 1 % Gel apply Externally twice a day , Unknown Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Unknown Stimulant Laxative 8.6-50 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME , Unknown Lisinopril 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY (HOLD FOR SBP<110) , Unknown Potassium Chloride ER 10 MEQ Tablet Extended Release TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Bumetanide 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Aspirin Low Dose 81 MG Tablet Chewable TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Memantine HCl 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Unknown Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY

## Objective:

### Vitals:


## Assessment:

### Assessment:
1. Alzheimer's disease, unspecified - G30.9 (Primary)
2. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety - F02.B0
3. Frail elderly - R54

## Plan:

### Treatment:
### 1. Alzheimer's disease, unspecified
Notes: Alzheimer's is a disease that causes changes in brain function. It is a type of dementia that affects your behavior and judgment. It also affects how you process information. You may have problems talking with others

---

TORRESMED_001158

4/7/26, 3:42 PM                                    Print Preview

TORRES, ELIZABETH J **DOB**                                    **DOS:** 03/31/2026

or remembering things. Some people have trouble solving problems and finding words when speaking. Alzheimer disease is not a normal part of aging. The disease gets worse over time. Currently, there is no cure for Alzheimer disease. Treatment includes drugs to improve memory and slow down the worsening of the disease. Pt remains on medication regimen at this time.

**2. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety**
Notes: Progressive disease; occasional episodes of acute change in behavior or cognition as per staff/ patient. Psych continues to follow the pt. Continue with medications as prescribed. Continue calm/structured environment in locked down memory unit, continue supportive care and assistance with ADLs, continue memory aids (calendars, clocks, etc.) and safety measures, use behavioral measures- reorientation, redirection, reducing triggers- as needed, encourage socialization, monitor for acute changes in behavior or mentation.

**3. Frail elderly**
Notes: Encourage balanced nutrition and hydration
Monitor weight and physical function regularly
Supportive care to maintain independence and prevent deconditioning

**Procedure Codes:** 99349 HOME V, EP DETAILED

**Billing Information:**

**Visit Code:**
**Procedure Codes:**
99349 HOME V, EP DETAILED.

**Electronically signed by Zyrine Calucer on 04/06/2026 at 02:07 PM MDT**
**Sign off status: Completed**

**Provider: Zyrine Calucer, NP**

Date: 03/31/2026
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

2/52

TORRESMED_001159

8/5/25, 9:02 AM                                        Print Preview

TORRES, ELIZABETH J DOB: ███████████                    DOS: 07/31/2025

**Progress Notes**

**Patient:** TORRES, ELIZABETH J
**Account Number:** ███████                               **Provider:** Melissa Claudio, GNP
**DOB:** ███████                                              **Date:** 07/31/2025
**Phone**
**Addre**

## Subjective:

### Chief Complaints:

### HPI:

Office Note:
Psych Follow-up Note

Patient is unable to leave home due to cognitive loss and mental illness, therefore requiring a home visit.

O: Patient seen for follow-up. Patient is a 74-year-old female, appears stated age, alert and oriented x2. Patient makes good eye contact and appears calm. She states her mood is "not very good, I found the guy across the hall in my bed, gross. I'm afraid to sleep now because I am afraid he's going to come back in." She states the latter really upset her, and she started to cry when it happened. No changes in cognition. She is tolerating her medications but refused them once last week because she thought they were making her too tired according to medical NP. Eating is fair, and sleep is not good lately. She is worried about the guy coming into her room again. She denies hallucinations, or suicidal ideations at this time. She was visiting with her brother today. She tells writer about the extensive physically abuse she endured from her first husband.

Current Psychiatric Medications:
Abilify
Memantine
Trazodone
Denies side effects.

Allergies: Iodine

Trauma Assessment: Physical Abuse by her first husband.

Review of Systems (ROS):
Constitutional: No changes in weight. Denies fever, chills, fatigue.
Eyes: Denies.
HEENT: Denies.
Respiratory: Denies.
CVS: Denies.
GI: Denies.
GU: Denies.
Neuro: AIMS = 0
Mental Status Exam (MSE):
Appearance: 74-year-old female, appears stated age, appropriately dressed for situation. Weight within normal limits.
Mood: Patient states, "not very good"; appears neutral.
Affect: Blunted, congruent, smiling
Speech: Spontaneous, normal rate and rhythm, normal volume, normal quantity.
Thought Process: Organized, goal-directed
Thought Content: Denies suicidal/homicidal ideations. Some delusional ideations. No obsessions, phobias, or preoccupations.

---

**Provider: Melissa Claudio, GNP**                          **Date: 07/31/2025**
Generated for Printing/Faxing/eTransmitting on: 08/05/2025 10:02 AM MDT

TORRESMED_001163

TORRES, ELIZABETH J DOB: ██████████████    DOS: 02/05/2026

**Progress Notes**

**Patient:** TORRES, ELIZABETH J
**Account Number:** ████
**DOB:** ████████████████████
**Phone** ████████████████████
**Addre** ████████████████████

**Provider:** Melissa Claudio, GNP
**Date:** 02/05/2026

## Subjective:

**Chief Complaints:**

**HPI:**
Office Note:
**Psych Follow-Up Note**

**Chief Complaint**
Major single episode depression, moderate severity, anxiety, Alzheimer's disease, major neurocognitive disorder, moderate with behaviors.

Patient not able to leave their home due to cognitive loss and mental illness, therefore requiring a home visit.

**O:**
Patient seen for follow-up. Patient is a 75-year-old female who appears her stated age and is alert and oriented x1. Patient has good eye contact and appears calm. She states her mood is very good with a slight decrease in cognition. She could not remember what state we are in, which is unlike her. She is tolerating her meds. She is eating fair and states she has a decreased appetite. She is sleeping okay. She states she is worried about her friend that is in the room with her because they dilated his eyes and he still cannot see well. She denies hallucinations or suicidal thoughts at this time. She continues to fixate on wanting to go home because her house is so close by.

**Review of Systems (ROS)**
Denies all systems.

**Mental Status Examination (MSE)**
**Appearance:** Patient is a 75-year-old female, appears stated age, dressed appropriately for the situation, weight within normal limits.
**Mood:** Patient states "very good," appears euthymic.
**Affect:** Blunted, congruent.
**Speech:** Spontaneous, normal rate and rhythm, normal volume, normal quantity.
**Thought Process:** Organized, goal directed.
**Thought Content:** Denies suicidal or homicidal thoughts. Some delusions. No obsessions, no phobias, no preoccupations.
**Perception:** Does not appear to be responding to internal stimuli. Denies auditory, visual, olfactory, or tactile hallucinations.
**Cognition:** Alert and oriented x1. Attention and concentration good.
**Insight and Judgment:** Impaired.

**Psychosocial History**
No changes from previous visit.

**Collaboration**
Coordination with staff.

**Psychotherapy**

Provider: Melissa Claudio, GNP                    Date: 02/05/2026
Generated for Printing/Faxing/eTransmitting on: 02/09/2026 10:44 AM MST

TORRES, ELIZABETH J **DOB:** ████████████    **DOS:** 03/19/2026

## Progress Notes

**Patient:** TORRES, ELIZABETH J
**Account Number:** ███████
**DOB:** ███████
**Phone:** ███████
**Address:** ███████

**Provider:** Melissa Claudio, GNP
**Date:** 03/19/2026

## Subjective:

**Chief Complaints:**

**HPI:**
Office Note:
**Psychiatric Follow-Up Note**

**Chief Complaint:**
Major depressive disorder, recurrent, moderate; anxiety; insomnia; Alzheimer's disease; major neurocognitive disorder, moderate with behaviors.

Patient is unable to leave home due to cognitive loss and mental illness, requiring a home visit.

**O:**
Patient seen for follow-up. She is a 75-year-old female who appears her stated age, alert and oriented x2. She maintains good eye contact and appears calm.

Patient reports her mood is "holly jolly" and laughs during the encounter. No changes in cognition reported. She is tolerating medications well.

She reports fair appetite but poor sleep, stating she wakes up approximately every two hours. She expresses concern about her inability to sleep.

She denies hallucinations or suicidal ideation. She continues to repeatedly ask when she can go home, stating her house is "only 3 minutes away" from the facility.

Staff report no concerns at this time.

**Review of Systems (ROS):**
Negative for all systems.

**Mental Status Examination (MSE):**
**Appearance:** 75-year-old female, appears stated age, dressed appropriately, weight within normal limits
**Mood:** "Holly jolly," appears euthymic
**Affect:** Blunted, congruent
**Speech:** Spontaneous, normal rate, rhythm, volume, and quantity
**Thought Process:** Organized, goal-directed
**Thought Content:** Denies suicidal or homicidal ideation; mild delusional thinking and slight obsession regarding going home; no phobias or other preoccupations
**Perception:** No response to internal stimuli; denies auditory, visual, olfactory, or tactile hallucinations
**Cognition:** Alert and oriented x2; attention and concentration good
**Insight/Judgment:** Impaired

**Psychosocial History:**
No changes since previous visit.

Provider: Melissa Claudio, GNP

Date: 03/19/2026
Generated for Printing/Faxing/eTransmitting on: 03/24/2026 02:44 PM MDT