**EXHIBIT E**

**Valerie Hall**

---

**From:** Jim Jellison
**Sent:** Monday, April 20, 2026 3:17 PM
**To:** Valerie Hall
**Subject:** Fw: old PCP

*James M. Jellison, Esq.*
**Jellison Law Offices, PLLC**
**18801 N. Thompson Peak Parkway**
**Suite D235**
**Scottsdale, AZ 85255**
**D: 480-912-1539**
**E: jim@jellisonlaw.com**

*IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.*

---

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Friday, April 17, 2026 4:01 PM
**To:** Jim Jellison <jim@jellisonlaw.com>
**Subject:** old PCP

Dr. Allen B. Corbett, DO
3525 W Calavar Rd, Phoenix, AZ 85053

--
**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4557

swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.