**EXHIBIT G**

Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James W. Denby, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Casa Grande, et al., <br><br> Defendants. | Case No.: 2:17-CV-00119-SPL <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST NON-UNIFORM INTERROGATORIES TO PLAINTIFFS JAMES DENBY AND ELIZABETH TORRES** |

Plaintiffs James Denby ("Denby") and Elizabeth J. Torres ("Torres") (collectively referred to as "Plaintiffs"), by and through undersigned counsel, hereby respond to Defendants' First Non-Uniform Interrogatories to Denby and Torres.

## NON-UNIFORM INTERROGATORIES

**INTERROGATORY NO. 1: Provide the complete criminal history for each Plaintiff.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 1 on the basis that it seeks information that is not relevant to any issue in this action.

**INTERROGATORY NO. 2: Provide the complete civil history for each Plaintiff.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 2 on the basis that it seeks information that is not relevant to any issue in this action.

**INTERROGATORY NO. 3: List all depositions or testimony each Plaintiff has given in their lives in any civil, administrative, or judicial proceeding.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 3 on the basis that it seeks information that is not relevant to any issue in this action.

Subject to and without waiving any objections, Plaintiffs respond as follows: Plaintiff Denby gave a deposition in 2018 in a lawsuit against American Family Insurance, Plaintiffs gave testimony during a workers' compensation hearing in or around 1996 before the Arizona Industrial Commission, and Plaintiff Torres gave testimony during a divorce proceeding in 1971 in Maricopa County.

**INTERROGATORY NO. 4: Identify each and every medical practitioner or health care provider who has treated *any* Plaintiff during the period of January 1, 2014 to the present including the date(s) of treatment, and the nature of treatment, either related or not related to the incident described in your Complaint. For each provider, sign the attached medical authorization(s).**

**RESPONSE:** Plaintiffs object to Interrogatory No. 4 on the basis that it seeks information that is not relevant to any issue in this action. Moreover, Plaintiff Denby only alleged that he had to go to the emergency room as a result of being exposed to the various chemical agents from the chemical munitions Defendants deployed in the residence.

Subject to and without waiving any objection, Plaintiff Denby was treated at Banner Casa Grande Medical Center on January 4, 2015.

**INTERROGATORY NO. 5: Provide the complete employment history for each Plaintiff from the age of eighteen (18) to the present.**

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**RESPONSE:** Plaintiffs object to Interrogatory No. 5 on the basis that it seeks information that is not relevant to any issue in this action. Plaintiffs also object on the basis that it is overly broad and unduly burdensome.

**INTERROGATORY NO. 6: For each named Plaintiff state specifically each and every item of damage and calculation of such, including but not limited to physical, emotional, mental, property damage, property loss, or other financial damage alleged as a result of any omission, incident, or action as stated in Plaintiffs' Complaint.**

**RESPONSE:** Plaintiffs' family first settled on this property in the early 1900s. In fact, Plaintiffs' family acquired ownership in the land through homestead. During this time, Plaintiffs' family built a house on the property, the same house the Defendants' destroyed on December 17, 2014. The Plaintiffs and their family were able to maintain and live on the property for over 100 years without issue. The Plaintiffs and their family took so much pride in the house and the family history and memories it had, that the family never sold it. Instead, the property, including the house, was passed down from generation to generation—Plaintiff Denby's children were the fifth generation to live on the property.

The family did not only pass down the property, but also family heirlooms. However, due to Defendants' acts and omissions on December 17, 2014, over one hundred years of irreplaceable family history was destroyed. The house had to be completely gutted due to the abundance of harmful and potentially deadly chemicals that remained after Defendants detonated over twenty-two chemical canisters. Countless family pictures, and irreplaceable and priceless items were destroyed either from the chemicals or due to the

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

actions of the Defendants ransacking the house. The property is now only a mere shell of what it used to be and the memories within.

Astonishingly, after the Defendants deployed over twenty-two chemical munitions in the house, they did not inform Plaintiffs of the associated hazardous conditions the munitions created. In fact, the Defendants did not put any signage or visual indicators of the dangers of the chemicals that were deployed in the house. As a result, Plaintiff Denby entered the house without any protective gear, and after being exposed to the chemicals for a short period, was forced to go to the hospital to seek treatment.

Plaintiffs are all on fixed incomes and do not have the financial means to repair the house. As a direct result of Defendants' acts on December 17, 2014, the house remains uninhabitable. Plaintiff Denby, who is currently the only person living on the property, is forced to live in a small shack on the property.

Furthermore, see the following bates numbered documents already provided to Defendants:     DENBY001482-DENBY001482;     DENBY001434-DENBY00148; DENBY001385-DENBY001426;   DENBY001252-DENBY001384;   DENBY001227-DENBY001235;   DENBY001218-DENBY001218;   DENBY000946-DENBY000948; DENBY000794-DENBY000804;   DENBY000493-DENBY000509;   DENBY000255-DENBY000355.

**INTERROGATORY NO. 7: Provide a full title history for the property located at 116 West 10th Street, Casa Grande, Arizona (hereinafter "the subject property") from the time that *any* Plaintiff first acquired title to the subject property up through the present.**

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4

**RESPONSE:** Plaintiffs object to Interrogatory No. 7 on the on the basis that it seeks information that is not relevant to any issue in this action.  Subject to and without waiving any objections, see the following bates stamped documents already provided to Defendants: DENBY001483-DENBY001513.

**INTERROGATORY NO. 8: Provide a full sales/price history for the property located at 116 West 10th Street, Casa Grande, Arizona (hereinafter "the subject property") from the time that any Plaintiff first acquired title to property up through the present.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 8 on the on the basis that it seeks information that is not relevant to any issue in this action.  Subject to and without waiving any objections, Plaintiffs' family first settled on the land in the 1900s and acquired the land through homestead. The property has never been purchased or sold or transferred to a non-family member.

**INTERROGATORY NO. 9: Has any Plaintiff ever applied for any federal or state assistance programs such as but not limitation to social security, disability benefits, welfare, unemployment, housing benefits since January 1, 2014 to the present? If so, identify each and every government help or benefits that each Plaintiff has applied for, received, or been denied.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 9 on the on the basis that it seeks information that is not relevant to any issue in this action.

**INTERROGATORY NO. 10: Has any Plaintiff received any monies from an insurance claim or claims for, or related to, the subject property? If so, state the following:**

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

5

**A. How much money was received**

**B. How the money was distributed amongst the owners, and**

**C. How it was used or spent.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 10 on the basis that it seeks information that is not relevant to any issue in this action.  Plaintiffs also object on the basis of the collateral source rule.

**INTERROGATORY NO. 11: Provide the complete marital history for each Plaintiff.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 11 on the basis that it seeks information that is not relevant to any issue in this action.

**INTERROGATORY NO. 12: Provide the complete educational history for each Plaintiff.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 12 on the basis that it seeks information that is not relevant to any issue in this action.

**INTERROGATORY NO. 13: For each Plaintiff, list all residences, and dates of residency in each such residence, for all periods of time between age eighteen (18) to the present.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 13 on the basis that it seeks information that is not relevant to any issue in this action, and that it is unduly burdensome.

**INTERROGATORY NO. 14: State each and every bank and bank account(s) that each Plaintiff holds or has held since January 1, 2014, to the present.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 14 on the basis that it seeks information that is not relevant to any issue in this action.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**INTERROGATORY NO. 15: Provide the names of all telephone/text carriers, and each and every telephone/text phone numbers associated with each carrier, that each Plaintiff used during December, 2014.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 15 on the basis that it seeks information that is not relevant to any issue in this action. Subject to and without waiving any objections, Plaintiffs respond as follows:

602.843.1368/ Cox Communication

520.431.2783/ Straight Talk

**INTERROGATORY NO. 16: Provide the names of all social media accounts that each Plaintiff has held or maintained, for any period of time, between December 17, 2014 to the present.**

**RESPONSE:** Plaintiffs object to Interrogatory No. 16 on the basis that it seeks information that is not relevant to any issue in this action. Subject to and without waiving any objections, Plaintiffs have never held or maintained any social media account.

**INTERROGATORY NO. 17: For each Plaintiff, describe in full and specific detail all efforts made from December 17, 2014 to the present to repair, rectify, remediate, or replace any or all individual items of claimed real property or personal property damage as alleged in the First Amended Complaint.**

**RESPONSE:** Plaintiff Denby had no money to repair, rectify, remediate, or replace any of the claimed real or personal property damage because of the pending cases. Plaintiff Denby filed an insurance claim with his homeowner's insurance.

7

**INTERROGATORY NO. 18: For each individual item of personal property claimed to have been damaged as result of the December 17, 2014 incident, provide 1) the identity of the property owner for each item; 2) the date, location of purchase for each item; 3) the seller of each item; and 4) the purchase price of each item.**

**RESPONSE:** Plaintiff objects to Interrogatory No. 18 on the basis that it is overly broad and unduly burdensome as to 2) the date, location of purchase for each item; 3) the seller of each item; and 4) the purchase price of each item. There were thousands of individual items damaged and/or destroyed due to the Defendants on December 17, 2014.

Subject to and without waiving any objections, see the following BATES stamped documents already provided to Defendants: DENBY001482-DENBY001482; DENBY001434-DENBY001481; DENBY000794-DENBY000804; DENBY000786-DENBY000793; DENBY000493-DENBY000509; DENBY000380-DENBY000383; DENBY000255-DENBY000355.

**RESPECTFULLY SUBMITTED** this 28th day of January 2022.

**MILLS + WOODS LAW PLLC**

By     */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 N. 12th St., Ste. 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

8

I hereby certify that on January 28, 2022, I electronically transmitted the foregoing document via email to the following individuals:

James M. Jellison
JELLISON LAW OFFICES, PLLC
36889 N. Tom Darlington Dr.
Suite B7, Box 2800, #304
Carefree, Arizona 85377
E-mail: jim@jellisonlaw.com
*Attorneys for Defendants Skedel, Lapre, Gragg, Engstrom, and Robinson*

*/s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

9

Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

James W. Denby, et al.,

Plaintiffs,

vs.

City of Casa Grande, et al.,

Defendants.

Case No.: 2:17-CV-00119-SPL

**PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS JAMES DENBY AND ELIZABETH TORRES**

Plaintiffs James Denby ("Denby") and Elizabeth J. Torres ("Torres") (collectively referred to as "Plaintiffs"), by and through undersigned counsel, hereby respond to Defendants' First Request for Production of Documents to Denby and Torres.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1: A copy of the Settlement Agreement in Plaintiff's claim against American Family Insurance pertaining to their resolution of their property damage claim arising as a result of the incident of December 17, 2014 at 116 West 10th Street, Casa Grande, Arizona.**

**RESPONSE:** Plaintiffs object to Request No. 1 on the basis that it seeks no documents relevant to this action.  Plaintiffs also object on the basis of the collateral source rule.

**REQUEST NO. 2: Any and all documents containing expert disclosures, reports, and correspondence between Plaintiffs and their expert in their claim against American Family Insurance, including any reports authored by Plaintiff's expert.**

**RESPONSE:** Plaintiffs object to Request No. 2 on the basis that it seeks no documents relevant to this action and seeks documents that enjoy attorney-client and work-product privilege.

**REQUEST NO. 3: Any and all documents containing expert disclosures, reports, and correspondence between Plaintiffs and their expert in their present claim against Defendants, including any reports authored by Plaintiff's expert.**

**RESPONSE:** Plaintiffs have not yet retained an expert in their present claim against Defendants.

**REQUEST NO. 4: Copy of all documents showing any physical injury care or mental health care provided to Plaintiff as a result of, or in connection with, the events alleged in Plaintiff's Complaint.**

**RESPONSE:** Plaintiffs object to Request No. 4 on the basis that it seeks no documents relevant to any issue in this action. In the Complaint, Plaintiff Denby only alleged that he had to go to the emergency room because he inhaled the chemical fumes inside the residence after Defendants detonated over twenty-two chemical canisters in the residence. Plaintiffs further object to this Request on the basis it is overly broad and unduly burdensome.   Subject to and without waiving any objection, see BATES stamped documents already provided to Defendants DENBY000946-DENBY000948.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**REQUEST NO. 5: In addition to those documents provided in response to Request No. 4 above, copies of all documents showing any physical or mental health care provided to Plaintiff, from January 1, 2014 to the present that relates to a) any neurological, mental health, or other mental or cognitive condition(s); b) eye injury, pain, or discomfort experienced by you.**

**RESPONSE:** Plaintiffs incorporate their response to Request No. 4 above as if fully set forth herein.

**REQUEST NO. 6: Copy of all documents, including but not limited to any receipts, invoices, contracts, or other proofs of purchase, relating to any item of damage claimed by Plaintiff as alleged in the Complaint, Amended Complaint(s) and/or Plaintiff's 26(a) Disclosure Statement(s).**

**RESPONSE:** Plaintiffs object to Request for Production No. 3 on the grounds it is vague, overly broad, and unduly burdensome.

Subject to and without waving any objection, all documents located in the house on December 17, 2014 were destroyed due to the acts or omissions of the Defendants as alleged in the Complaint. Further, see BATES stamped documents already provided to Defendants DENBY001434-DENBY001481; DENBY000794-DENBY000804; DENBY000763-DENBY000785; DENBY000493-DENBY000509.

**REQUEST NO. 7: Copies of all documents that relate to or support any allegations or damage claim(s) contained in Plaintiffs' Complaint or otherwise asserted in this case.**

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

**RESPONSE:** Plaintiffs object to Request No. 7 on the grounds that it is grossly overly broad and unduly burdensome. Subject to and without waiving any objection, Plaintiff hereby incorporates their Response to Request No. 6 above as if fully set forth herein.

**REQUEST NO. 8: Any and all documents or recordings constituting communications between Plaintiffs and any witnesses or potential witnesses in this action.**

**RESPONSE:** Plaintiffs object to Request for Production No. 6 on the grounds that is grossly overly broad and unduly burdensome. The Plaintiffs object to Request No. 6 on the basis that it seeks information that is privileged by virtue of the "attorney client privilege," and seeks information that is protected by the "work product" privilege.

Subject to and without waiving any objections, see BATES stamped documents already provided to Defendants DENBY00001-DENBY001482.

**REQUEST NO. 9: Copies of all documents for any civil or criminal proceedings brought by or against Plaintiff during the period January 1, 2014 to the present.**

**RESPONSE:** Plaintiffs object to Request No. 9 on the basis that it seeks no documents relevant to this action.

**REQUEST NO. 10: All profiles, postings, messages, or other communications (including status updates, wall comments, videos, or photographs) by or to any Plaintiffs on any electronic communication platform or social media site related to a) any of the allegations in Plaintiffs' Complaint, b) Plaintiff's medical or mental health condition(s), or c) Plaintiff's efforts to identify and procure witnesses in this matter.**

**RESPONSE:** Plaintiffs object to Request No. 10 on the basis that it seeks no documents relevant to this action. Plaintiffs also object on the grounds that this request is overly broad

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

and unduly burdensome. Subject to and without waiving any objections, Plaintiffs have no responsive documents or posts.

**REQUEST NO. 11: Copies of all federal and state income tax returns, including all attached schedules and other supporting documents, submitted by Plaintiff for the tax years 2014 to the present.**

**RESPONSE:** Plaintiffs object to Request No. 11 on the basis that it seeks no documents relevant to this action.

**REQUEST NO. 12: Any and all documents and/or recordings obtained from Pinal County pursuant to any request for public records made by Plaintiff or on behalf of Plaintiff.**

**RESPONSE:** See BATES stamped documents DENBY001600-DENBY001609 and a wav file of a 911 call, all produced concurrently with this Response.

**REQUEST NO. 13: Any and all visual or audio recordings of the encounter between Plaintiffs and others, and Pinal County personnel/staff, occurring on December 17, 2014. Any responsive materials should be produced in their original unedited format.**

**RESPONSE:** Plaintiffs have no responsive recordings.

**REQUEST NO. 14: Any and all recordings, videos, or documents constituting or relating to any form of communications between any Plaintiff and any witnesses or potential witnesses in this action related to any of the allegations in the First Amended Complaint.**

**RESPONSE:** Plaintiffs hereby incorporate their Response to No. 8 above as if fully set forth herein.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**REQUEST NO. 15: Copies of all documents related to Plaintiff's criminal history, if any, and civil history, if any.**

**RESPONSE:** Plaintiffs object to Request No. 15 on the basis that it seeks no documents relevant to this action.

**REQUEST NO. 16: Copies of all documents related to the property title history and sales/price history of 116 West 10th Street, Casa Grande, Arizona.**

**RESPONSE:** Plaintiffs object to Request No. 16 on the basis that it seeks no documents relevant to this action.  Subject to and without waiving any objections, Plaintiffs' family first settled on the land in the 1900s and acquired the land through homestead.  Moreover, without waiving any objection see BATES stamped documents already provided to Defendants DENBY001483-DENBY001513.

**REQUEST NO. 17: Copies of all documents related to any insurance claim or claims made pertaining to any and all claims for 116 West 10th Street, Casa Grande, Arizona.**

**RESPONSE:** Plaintiffs object to Request No. 17 on the basis that it seeks no documents relevant to this action.

**REQUEST NO. 18: Copies of all documents related to any repair, remediate, or replacement efforts pertaining to 116 West 10th Street, Casa Grande, Arizona.**

**RESPONSE:** See BATES stamped documents already provided to Defendants DENBY001432-DENBY001433.

**REQUEST NO. 19: Copies of all documents related to any divorce or dissolution proceedings between Plaintiff James Denby and any former spouse.**

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPONSE:** Plaintiffs object to Request No. 19 on the basis that it seeks no documents relevant to this action.

**REQUEST NO. 20: All profiles, postings, messages, or other communications (including status updates, wall comments, videos, or photographs) by any Plaintiff on any social media site, including but not limited to Facebook, MySpace, LinkedIn, Twitter, Instagram, blog, or like electronic platform, that relates to any of the allegations in Plaintiffs' First Amended Complaint; any Plaintiffs' medical, mental health, or financial condition; and/or any insurance claim or insurance claim proceedings related to any claim real or personal property damage claimed in this matter.**

**RESPONSE:** Plaintiffs hereby incorporate their Response to Request No. 10 above as if fully set forth herein.  Subject to and without waiving any objections, Plaintiffs have no responsive documents or communications.

**REQUEST NO. 21: Copies of any and all documents between Plaintiff James Denby and other persons (including but not limited to the other named Plaintiffs and/or any former spouse of Plaintiff James Denby) regarding ownership or titling of the subject property.**

**RESPONSE:** Plaintiffs object to Request for No. 21 on the basis that it seeks no documents relevant to this action.  Subject to and without waiving this objection, see BATES stamps documents already provided to Defendants DENBY001483-DENBY001513.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

7

**REQUEST NO. 22: Copies of all documents produced or disclosed by Plaintiff James Denby or his counsel, or received by Plaintiff James Denby or his counsel, in CV2017-003557, now Case No.2:17-cv-02648-DKD, *Denby v. American Family Insurance.***

**RESPONSE:** Plaintiffs object to Request No. 22 on the basis that it seeks no documents relevant to this action. Plaintiffs also object to this Request because it is overly broad and unduly burdensome.

**REQUEST NO. 23: Any and all documents involving communications with James Denby, Jr. (the son) about Ochoa, concerning the events of December 14, 2014, or claims of damages.**

**RESPONSE:** Plaintiffs object to Request No. 23 on the grounds it is vague, overly board, and unduly burdensome. Subject to and without waiving any objections, James Denby, Jr. passed away prior to the events on December 17, 2014, making it impossible for any party to communicate with him about Ochoa, concerning the events of December 17, 2014, or claims of damages.

**REQUEST NO. 24: Any documents reflecting any agreement or understanding concerning the use of the subject property by any non-plaintiff at any time from January 1, 2014 to the present.**

**RESPONSE:** Plaintiffs object to Request No. 24 on the grounds it is vague, overly board, and unduly burdensome. Subject to and without waiving any objections, Plaintiffs do not recall any such documents; however, all documents located in the house on December 17, 2014 were destroyed due to the acts or omissions of the Defendants as alleged in the Complaint.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 28th day of January 2022.

**MILLS + WOODS LAW PLLC**

By     */s/ Sean A. Woods*
       Robert T. Mills
       Sean A. Woods
       5055 N. 12th St., Ste. 101
       Phoenix, AZ 85014
       *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, I electronically transmitted the foregoing document via email to the following individuals:

James M. Jellison
JELLISON LAW OFFICES, PLLC
36889 N. Tom Darlington Dr.
Suite B7, Box 2800, #304
Carefree, Arizona 85377
E-mail: jim@jellisonlaw.com
*Attorneys for Defendants Skedel, Lapre, Gragg, Engstrom, and Robinson*

     */s/ Ben Dangerfield*

9