IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James W. Denby, et al.,                )      No.  CV-17-00119-PHX-SPL
                                       )
            Plaintiffs,                )
                                       )      **ORDER**
vs.                                    )
                                       )
City of Casa Grande, et al.,           )
                                       )
            Defendants.                )
                                       )

Defendants have filed a Motion to Dismiss and Motion for Sanctions (Doc. 321). Because trial is scheduled to begin on April 28, 2026 (*see* Doc. 282), the Court will require an expedited briefing schedule.  Accordingly,

**IT IS ORDERED** that Plaintiffs shall file a response to the Motion (Doc. 321) by **April 22, 2026 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that Defendants shall file a reply by **April 23, 2026 at 12:00 p.m.**

Dated this 21st day of April, 2026.

Honorable Steven P. Logan
United States District Judge