MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**[PROPOSED] ORDER APPOINTING SUZANNE JACKSON AS REPRESENTATIVE FOR PLAINTIFF TORRES**<br><br>(Assigned to the Hon. Steven P. Logan) |

THE COURT, having reviewed "Plaintiffs' Motion to Appoint Suzanne Jackson as Representative of Plaintiff Elizabeth Torres Pursuant to Fed. R. Civ. P. 17(c)" ("Plaintiffs' Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiffs' Motion.

**IT IS FURTHER ORDERED** appointing Plaintiff Elizabeth Torres' daughter Suzanne Jackson as Torres' representative for purposes of prosecuting Torres' claims in this action, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure.