Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman, | Case No.: CV-17-00119-PHX-SPL |
| Plaintiffs, | **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' RESPONSE AT DOC. 325** |
| vs. | |
| David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man, | |
| Defendants. | (Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned, Plaintiffs James W. Denby and Elizabeth J. Torres (collectively, "Plaintiffs") hereby respond in opposition to Defendants' Motion to Strike Plaintiffs' Response at Doc. 325, and in support set forth the Declaration of Benjamin Dangerfield below. Plaintiffs respectfully request that the Motion to Strike be denied.

## DECLARATION OF BENJAMIN DANGERFIELD

I, Benjamin Dangerfield, declare as follows:

1.    I make this declaration of my own knowledge, recollection, and observation.

2.    I am employed as a litigation paralegal by Plaintiffs' counsel.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3.    As part of my duties, I am responsible for obtaining, saving into counsel's file, and calendaring any dates or deadlines set forth in, any and all docket filings and orders. I have done this for counsel's firm consistently for four and a half years.

4.    On or shortly prior to 12:20 p.m. on Tuesday, April 21, 2026, this Court issued an Order, ECF No. 322 (the "Order"), directing Plaintiffs to file a Response to Defendants' Motion to Dismiss and for Sanctions (the "MTD") "by **April 22, 2026 at 5:00 p.m.**" ECF No. 322 1:15-19 (emphasis in original).

5.    At the time notice of the Order was sent to my email inbox, I was on my daily lunch hour break.  I returned to the office on or shortly prior to 1:20 p.m.

6.    Very shortly thereafter, at approximately 1:24 p.m., I viewed the Order in my email inbox and calendared the April 22 deadline accordingly.

7.    Unfortunately, though I calendared the date – April 22 – as Plaintiffs' deadline to file their Response to Defendants' MTD, I overlooked and inadvertently neglected to also calendar the "**5:00 p.m.**" time deadline.

8.    In my years of experience calendaring deadlines, especially deadlines in federal court, it is uncommon for the order to contain a particular time of day.  In my experience, deadlines almost universally extend until midnight by default.  This fact likely influenced my inadvertent failure to notice and calendar the 5 p.m. deadline for Plaintiffs' Response to the MTD.

9.     The next day, April 22, the day of the deadline, Plaintiffs' counsel also had a multitude of other important deadlines in other matters that had to be addressed.

Additionally, Plaintiffs were also finalizing their Reply in Support of the Appointment of Suzanne Jackson.

10. Despite this, by early afternoon Plaintiffs' counsel had prepared and sent me a draft of Plaintiffs' Response to the MTD, for me to cite check, make grammar edits, finalize, and file.

11. However, given the multitude of other deadlines occurring that day and because I had not noted the "**5:00 p.m.**" deadline on Plaintiffs' counsel's calendar, my edits and revisions to Plaintiffs' Response were not made as quickly as they would have been had I calendared and been personally aware of the 5:00 p.m. deadline.

12. At or about 5 p.m., while I was editing the Response to the MTD, Plaintiffs' counsel, assuming the Response had already been filed and wondering why I was still performing edits, notified me that the Response was supposed to be filed by 5 p.m.

13. This was the first time I was aware of the 5:00 p.m. deadline, and I explained to Plaintiffs' counsel that I must have inadvertently neglected to properly calendar the deadline.

14. I then hurriedly worked with Plaintiffs' counsel to make acceptable final revisions and edits and was able to ultimately file to document by 5:35 p.m., thirty-five minutes past the 5 p.m. deadline.

15. Counsel and I did not add an additional request for more time to the Response because we wanted to get it on file as quickly as possible, given it was already past 5 p.m., and because of the long history of this case and working together with opposing counsel, we hoped that the thirty-five extra minutes would not be prejudicial to Defendants.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

16.    Defendants filed their Reply at 10:22 A.M.

I declare that the foregoing statements are true and correct to the full extent of my knowledge, recollection, observation, and belief.

EXECUTED on April 23, 2026.

_/s/ Ben Dangerfield_
Benjamin Dangerfield

**RESPECTFULLY SUBMITTED** this 23rd day of April 2026.

**MILLS + WOODS LAW, PLLC**

By    _/s/ Sean A. Woods_
Sean A. Woods
Robert T. Mills
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
_Attorneys for Plaintiffs_

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

Abram Ochoa
Tuc.Rita.library@azadc.gov
*Defendant*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556