Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**PLAINTIFFS' MOTION FOR REMOTE APPEARANCE OF THREE WITNESSES**<br><br>(Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned and pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, Plaintiffs James W. Denby and Elizabeth J. Torres (collectively, "Plaintiffs") hereby respectfully request that three of their designated expert trial witnesses – Tim Tipton, Benjamyn Marks, and Joe Rezzonico – be permitted to testify at the upcoming trial of this matter via remote means (via Zoom). Good cause exists for such a request, as all three witnesses reside outside of the State of Arizona – Tipton in Oklahoma, Marks in the greater Washington, D.C. area, and Rezzonico in Colorado. Accordingly, allowing each to testify via Zoom will promote efficiency, economy, and reduce the burden and expense of litigation.

///

**RESPECTFULLY SUBMITTED** this 23rd day of April 2026.

MILLS + WOODS LAW, PLLC


By   /s/ Sean A. Woods
      Sean A. Woods
      Robert T. Mills
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

Abram Ochoa
Tuc.Rita.library@azadc.gov
*Defendant*


      /s/ Ben Dangerfield