# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

James W Denby, et al.,

          Plaintiffs,

v.

City of Casa Grande, et al.,

          Defendants.

NO. CV-17-00119-PHX-SPL

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 24, 2026, judgment of dismissal is entered, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 24, 2026

By    s/ D. Draper
Deputy Clerk