# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby et. al., | No. CV 17-00119-001-PHX-SPL |
| Plaintiffs, | **ORDER QUASHING WRIT** |
| v. | |
| City of Casa Grande et. al., | |
| Defendants. | |

**IT IS ORDERED** quashing the Writ of Habeas Corpus issued on April 8, 2026 for Abram P. Ochoa.

No excludable delay shall occur from the entry of this Order.

Dated this 24th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

USMS (by CD)