Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMIT**<br><br>(Assigned to the Hon. Steven P. Logan) |

Pursuant to LRCiv 7.2(e), Plaintiffs, through counsel undersigned, hereby motion the Court for leave to exceed the seventeen (17) page limit for Plaintiffs' Motion for Reconsideration of Order Dismissing Case filed concurrently.

Plaintiffs Motion responds to this Court's 27-page order (Doc. 329) and addresses other motion practice and items in the record that are large in scope, have great complexity, have great importance, and affect the due process interests of Plaintiffs. Plaintiffs request that the Court grant an enlargement of the page limit up to and including 28 pages for their Motion for Reconsideration of Order Dismissing Case.

**DATED** this 8th day of May 2026.

**MILLS + WOODS LAW, PLLC**


By   */s/ Sean A. Woods*
        Sean A. Woods
        Robert T. Mills
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

Abram Ochoa
Tuc.Rita.library@azadc.gov
*Defendant*


    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3