**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>Plaintiffs,<br><br>vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**ORDER**<br><br>(Assigned to the Hon. Steven P. Logan) |

This matter coming before the Court on Plaintiffs' Motion for Leave to Exceed LRCiv.7.2(e) Page Limit for Plaintiffs' Motion to Reconsider Order Dismissing Case (Doc. 329), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted.

**DATED** this ___ day of May 2026.

_____
Honorable Steven P. Logan
United States District Judge