MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>                    Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**[PROPOSED] ORDER VACATING DISMISSAL**<br><br>(Assigned to the Hon. Steven P. Logan) |

THE COURT, having reviewed "Plaintiffs' Motion for Reconsideration of Order Dismissing Case" ("Plaintiffs' Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiffs' Motion.

**IT IS FURTHER ORDERED** vacating the dismissal of this matter, and reinstating Plaintiffs' claims against Defendants.