# EXHIBIT 1

TORRES, ELIZABETH J DOB: 10/11/█████ (74 yo, F) Acc No. 25700 DOS: 04/08/2025

---

**Patient:** TORRES, ELIZABETH J
**Account Number:** 25700
**DOB:** 10/11/████  **Age:** 74 Y  **Sex:** Female
**Phone:** 602-743-1922
**Address:** 5330 W UNION HILLS DR, GLENDALE, AZ-85308-1311

**Provider:** Eunmee Chung, DNP
**Date:** 04/08/2025

---

## Subjective:

### Chief Complaints:
1. Cognitive Visit.

### HPI:
Office Note:

Visit established with patient today to complete a biannual cognitive exam. Patient has a history of cognitive impairment with no acute injury or implication for sudden onset of cognitive change.

"The patient was evaluated today for the above complaints at their current residence in lieu of an office visit as the patient is homebound, with a history of muscle weakness; uses an assistive device and requires moderate to maximum assistance for transfers and ADLs. Leaving home is not recommended as it would require considerable and taxing effort resulting in increased fall risk and hemodynamic instability. Available labs, medications, records, and events were reviewed. Education and counseling completed, treatment options discussed, patient verbalized understanding. Assessment finding and place of care discussed in detail with patient, family, and/or staff."

Elizabeth J. Torres is a 74-year-old female seen today for a follow-up visit. She is awake, alert, and oriented to person but forgetful about the situation and time. She is cooperative during the exam and ambulatory with a four-wheel walker. She was seen today for a cognitive exam and scored 20 out of 30 on her Mini-Mental State Examination (MMSE), indicating mild cognitive impairment.

She has a medical history significant for type 2 diabetes and is currently managing her blood glucose levels with Lantus (3 units in the morning and 41 units at bedtime), with the most recent hemoglobin A1C being 6.6% (measured on January 8th). She continues to do well with her current regimen.

She is a frail elderly patient due to her dementia and weakness but is stable overall. No other changes in her condition are noted at this time.

Her vital signs today include a blood pressure of 120/66 mmHg, a temperature of 97.7 degree(s) F, respiratory rate of 17, heart rate of 76 bpm, oxygen saturation of 98%, and weight of 220 pounds. She is 63 inches tall.

### ROS:
**General:** No weight loss or fever. Complains of mild forgetfulness. No recent hospitalizations.
**Cardiovascular:** No chest pain, palpitations, or shortness of breath.
**Respiratory:** No cough, wheezing, or shortness of breath at rest.
**Gastrointestinal:** No nausea, vomiting, abdominal pain, or changes in bowel habits.
**Genitourinary:** No dysuria or incontinence.
**Musculoskeletal:** No joint pain or swelling. Ambulatory with a four-wheel walker, mild weakness.
**Neurologic:** Mild forgetfulness, no headaches or dizziness. Cognitive impairment as per MMSE score.
**Endocrine:** Type 2 diabetes, well-controlled on current regimen.
**Psychiatric:** Mild forgetfulness related to cognitive impairment, no signs of depression or anxiety.

**Medical History:** Hypertensive heart disease without heart failure, Type 2 diabetes, HbA1c goal < 7%, Mixed hyperlipidemia, Obesity (BMI 30-39.9), Other chronic pain, Acquired hypothyroidism, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Need for assistance with personal care.

---

TORRES, ELIZABETH J **DOB:** 10/11/███ (74 yo F) **Acc No.** 25700 **DOS:** 04/08/2025

**Medications:** Taking Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Taking Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Memantine HCl 10 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Taking ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Senna S 8.6-50 MG Tablet 2 tablets at bedtime Orally Once a day , stop date 07/06/2025, Taking Diclofenac Sodium 1 % Gel apply Externally twice a day , Taking Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Taking Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Taking Lisinopril 40 MG Tablet 1 tablet Orally Once a day , Taking traZODone HCl 50 MG Tablet 1 tablet Orally Twice a day , Taking Lasix 20 MG Tablet 3 tablets in the morning Orally Once a day , stop date 08/16/2025, Medication List reviewed and reconciled with the patient

**Allergies:** Iodine.

## Objective:

### Vitals:
Ht: 63 in, Wt: **220** lbs, BMI: **38.97** Index, BP: **120/66** mm Hg, HR: **76** /min, RR: **17** /min, Temp: **97.7** F, Oxygen sat %: **98** %, Wt-kg: 99.79 kg, Ht-cm: 160.02 cm, Body Surface Area: 2.1.

### Examination:
General Examination:
1/11
What is the
Year -0
Season -0
Day of the week -0
Month -0
Date -0

2/11
Where are we now-0
State -1
County -1
Town/city -1
Hospital Floor -0

3/11
Name 3 unrelated objects, ask subject to recite them now and remember them for later.
Apple -1
Table -1
Penny -1

4/11
Count backward from 100 by sevens/or spell 'world' backwards (see patterns):
D -1
L -1
R -1
O -1
W -1

5/11
Name the three things asked to remember earlier. E.g.
Apple-0
Table -0
Penny -0

---

**Provider: Eunmee Chung, DNP**

TORRES, ELIZABETH J **DOB:** 10/11/████ (74 yo F) **Acc No.** 25700 **DOS:** 04/08/2025

6/11
Name objects shown to patient:
Wristwatch -1
Pen or pencil -1

7/11
Repeat the phrase:
'No ifs, ands, or buts.' -1

8/11.
Follow these instructions:
'Take the paper in your right hand -1
fold it in half, -1
and put it on the floor.-1

9/11.
Read and follow the instructions:
Close your eyes -1

10/11
Make up and write a sentence about anything, which contains a noun and a verb:
Sentence acceptable

11/11
Please copy this picture (intersecting pentagons with a four-sided intersection) or draw a clock that read 5
o'clock:
Picture acceptable or not acceptable

Patient total score: 20__/30

Severity
0-17 Moderate-Severe cognitive impairment
18-23 Mild cognitive impairment
24-30: WNL.

## Assessment:
### Assessment:

1. Type 2 diabetes, HbA1c goal < 7% - E11.9 (Primary)
2. Alzheimer's disease, unspecified - G30.9
3. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic
disturbance, mood disturbance, and anxiety - F02.B0
4. Frail elderly - R54

## Plan:
**Treatment:**
**1. Others**
Notes:

1. Cognitive Impairment (MMSE score: 20/30)
   ○ Continue current regimen for dementia: Continue monitoring cognitive function with annual
     cognitive exams.

---

**Provider: Eunmee Chung, DNP**

TORRES, ELIZABETH J DOB: 10/11/███ (74 yo F) Acc No. 25700 DOS: 04/08/2025

- Referral to Neurology: Given the moderate cognitive impairment and score of 20/30 on the MMSE, refer to neurology for further evaluation and potential adjustment to the dementia management plan.
- Cognitive Support: Discuss the role of cognitive therapies and other non-pharmacological interventions (e.g., memory aids, routine and cognitive stimulation).
- Consider medication review: Evaluate current medications that may affect cognitive function.
- Family and Caregiver Education: Provide education on dementia progression and management, and offer caregiver resources.

2. Type 2 Diabetes (A1C: 6.6)
- Continue current diabetes management: Continue insulin regimen with Lantus 3 units in the morning and 41 units at bedtime.
- Monitor blood sugar levels: Encourage patient to check blood glucose levels regularly.
- Diet and Lifestyle Modifications: Review diet with the patient and/or family, emphasizing balanced nutrition to maintain glycemic control.
- Routine Follow-up: Schedule regular follow-up appointments for diabetes management, including labs to monitor glucose and renal function.
- A1C Monitoring: Reassess A1C in 3-6 months to ensure optimal control.

3. Frailty/Weakness
- Continue use of mobility aid: Encourage the use of the four-wheel walker for safety, especially given the patient's frailty and weakness.
- Physical Therapy (PT): Recommend a referral to PT to address weakness, improve mobility, and prevent further deconditioning.
- Exercise: Encourage light activity to the extent tolerated, with a focus on strengthening exercises.
- Safety Concerns: Emphasize fall prevention strategies, including regular assessment of home safety, and encourage family/caregivers to be actively involved in supporting the patient's mobility.

4. Blood Pressure (120/66)
- Continue current hypertension management: No changes needed to current medication regimen as BP is within an acceptable range.
- Regular Monitoring: Encourage home blood pressure monitoring and to continue reporting measurements to the care team.
- Lifestyle Adjustments: Reinforce the importance of a low-sodium diet and weight management to support blood pressure control.
- Follow-Up: Ensure regular blood pressure checks at follow-up visits.

5. Other Considerations/General Care
- Routine Lab Work: Continue routine lab monitoring for diabetes, renal function, and thyroid function. Review thyroid panel in May and adjust levothyroxine dosage if needed.
- Advance Care Planning: Discuss advance care planning with the patient and family. Encourage the patient to document wishes for end-of-life care and provide information on legal documentation (e.g., living will, healthcare proxy).
- Family and Caregiver Support: Offer caregiver resources and encourage family involvement in care and decision-making. Ensure the family is aware of the patient's do-not-resuscitate (DNR) status.
- Follow-up Appointments: Schedule a follow-up in 3 months or sooner if needed for further monitoring of cognitive function, diabetes control, and blood pressure management.

Procedure Codes: 99483 ASSMT & CARE PLN PT COG IMP

**Billing Information:**

**Visit Code:**
**Procedure Codes:**
99483 ASSMT & CARE PLN PT COG IMP.

Provider: Eunmee Chung, DNP

TORRES, ELIZABETH J DOB: 10/11/███ (74 yo F) Acc No. 25700 DOS: 04/08/2025



**Electronically signed by Eunmee Chung , DNP on 04/15/2025 at 09:11 AM MDT**
**Sign off status: Completed**

---

Provider: Eunmee Chung, DNP

Date: 04/08/2025
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT