# EXHIBIT 2

4/7/26, 3:42 PM

Print Preview

TORRES, ELIZABETH J DOB: 10/11/▇▇▇ (75 yo F) Acc No. 25700 DOS: 10/21/2025

**Patient:** TORRES, ELIZABETH J
**Account Number:** 25700
**DOB:** 10/11/▇▇▇ **Age:** 75 Y **Sex:** Female
**Phone:** 602-743-1922
**Address:** 5330 W UNION HILLS DR, GLENDALE, AZ-85308-1311

**Provider:** Eunmee Chung, DNP

**Date:** 10/21/2025

## Subjective:

**Chief Complaints:**
1. Cognitive Exam.

**HPI:**
Office Note:
Patient presenting today for cognitive exam, no acute changes to baseline mentation.

Patient is being evaluated in their residence in lieu of an office visit as patient is homebound, with history of muscle weakness; Pt. uses assistive device, and requires moderate to maximum assistance for transfers and ADL's. Leaving home is not recommended as it would require considerable and taxing effort resulting in increased fall risk and hemodynamic instability. Available labs, medications, records and events were reviewed. Education and counseling completed, treatment options discussed, patient verbalized understanding. Assessment finding and place of care discussed in detail with patient, family, and/or staff.

**Medical History:** Type 2 diabetes, HbA1c goal < 7%, Acquired hypothyroidism, Mixed hyperlipidemia, Other chronic pain, Major depressive disorder, single episode, moderate, Anxiety, Neuropathy, Lower extremity edema, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Hypertensive heart disease without heart failure, Need for assistance with personal care.

**Medications:** Taking Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Taking Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Taking Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Memantine HCl 10 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Taking ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Diclofenac Sodium 1 % Gel apply Externally twice a day , Taking Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Taking Stimulant Laxative 8.6-50 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME , Taking traZODone HCl 50 MG Tablet 1 tablet at bedtime Orally Once a day , Notes to Pharmacist: Discontinue previous orders, Taking Lisinopril 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY (HOLD FOR SBP<110) , Taking Potassium Chloride ER 10 MEQ Tablet Extended Release TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Bumetanide 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Medication List reviewed and reconciled with the patient

**Allergies:** Iodine.

## Objective:

**Vitals:**

**Examination:**
General Examination:
1/11
What is the
Year -0
Season -0
Day of the week -0
Month -1
Date -0

---

Provider: **Eunmee Chung, DNP**

Date: **10/21/2025**
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

TORRES, ELIZABETH J DOB: 10/11/█████ (75 yo F) Acc No. 25700 DOS: 10/21/2025

2/11
Where are we now-1
State -1
County -1
Town/city -0
Hospital Floor -0

3/11
Name 3 unrelated objects, ask subject to recite them now and remember them for later.
Apple -1
Table -1
Penny -1

4/11
Count backward from 100 by sevens/or spell 'world' backwards (see patterns):
D -1
L -1
R -1
O -1
W -1

5/11
Name the three things asked to remember earlier. E.g.
Apple-0
Table -0
Penny -0

6/11
Name objects shown to patient:
Wristwatch -1
Pen or pencil -1

7/11
Repeat the phrase:
'No ifs, ands, or buts.' -1

8/11.
Follow these instructions:
'Take the paper in your right hand -1
fold it in half, -1
and put it on the floor.-1

9/11.
Read and follow the instructions:
Close your eyes -1

10/11
Make up and write a sentence about anything, which contains a noun and a verb:
Sentence acceptable OR not acceptable-1

11/11
Please copy this picture (intersecting pentagons with a four-sided intersection) or draw a clock that read 5 o'clock:
Picture acceptable or not acceptable-1

Patient total score: 21/30

Provider: Eunmee Chung, DNP

Date: 10/21/2025
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

TORRES, ELIZABETH J DOB: 10/11/▮ (75 yo F) Acc No. 25700 DOS: 10/21/2025

Severity
0-17 Moderate-Severe cognitive impairment
18-23 Mild cognitive impairment
24-30: WNL.

## Assessment:

### Assessment:

1. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety - F02.B0 (Primary)

## Plan:

### Treatment:

**1. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety**

Notes: Progressive disease, with no acute change in behavior or cognition as per staff/ patient. Continue with medications as prescribed. Continue calm/structured environment in locked down memory unit, continue supportive care and assistance with ADLs, continue memory aids (calendars, clocks, etc.) and safety measures, use behavioral measures- reorientation, redirection, reducing triggers- as needed, encourage socialization, monitor for acute changes in behavior or mentation.

Clinical Notes: .

**2. Others**

Notes: MMSE SCORE: 21/30

**Procedure Codes:** 99483 ASSMT & CARE PLN PT COG IMP

## Billing Information:

**Visit Code:**
**Procedure Codes:**
99483 ASSMT & CARE PLN PT COG IMP.



**Electronically signed by Eunmee Chung , DNP on 10/27/2025 at 02:04 PM MDT**
**Sign off status: Completed**

---

Provider: Eunmee Chung, DNP

Date: 10/21/2025
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

TORRES, ELIZABETH J DOB: 10/11/⬛ (75 yo F) Acc No. 25700 DOS: 02/05/2026

## Progress Notes

**Patient:** TORRES, ELIZABETH J
**Account Number:** 25700
**DOB:** 10/11/1950  **Age:** 75 Y  **Sex:** Female
**Phone:** 602-743-1922
**Address:** 5330 W UNION HILLS DR, GLENDALE, AZ-85308-1311

**Provider:** Melissa Claudio, GNP

**Date:** 02/05/2026

## Subjective:

### Chief Complaints:

### HPI:
Office Note:
**Psych Follow-Up Note**

**Chief Complaint**
Major single episode depression, moderate severity, anxiety, Alzheimer's disease, major neurocognitive disorder, moderate with behaviors.

Patient not able to leave their home due to cognitive loss and mental illness, therefore requiring a home visit.

**O:**
Patient seen for follow-up. Patient is a 75-year-old female who appears her stated age and is alert and oriented x1. Patient has good eye contact and appears calm. She states her mood is very good with a slight decrease in cognition. She could not remember what state we are in, which is unlike her. She is tolerating her meds. She is eating fair and states she has a decreased appetite. She is sleeping okay. She states she is worried about her friend that is in the room with her because they dilated his eyes and he still cannot see well. She denies hallucinations or suicidal thoughts at this time. She continues to fixate on wanting to go home because her house is so close by.

**Review of Systems (ROS)**
Denies all systems.

**Mental Status Examination (MSE)**
**Appearance:** Patient is a 75-year-old female, appears stated age, dressed appropriately for the situation, weight within normal limits.
**Mood:** Patient states "very good," appears euthymic.
**Affect:** Blunted, congruent.
**Speech:** Spontaneous, normal rate and rhythm, normal volume, normal quantity.
**Thought Process:** Organized, goal directed.
**Thought Content:** Denies suicidal or homicidal thoughts. Some delusions. No obsessions, no phobias, no preoccupations.
**Perception:** Does not appear to be responding to internal stimuli. Denies auditory, visual, olfactory, or tactile hallucinations.
**Cognition:** Alert and oriented x1. Attention and concentration good.
**Insight and Judgment:** Impaired.

**Psychosocial History**
No changes from previous visit.

**Collaboration**
Coordination with staff.

**Psychotherapy**