# EXHIBIT 3

Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman, | Case No.: CV-17-00119-PHX-SPL |
| Plaintiffs, | **DECLARATION OF SEAN A. WOODS** |
| vs. | |
| David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man, | (Assigned to the Hon. Steven P. Logan) |
| Defendants. | |

I, Sean A. Woods, declare as follows:

1.      I am an adult, and competent to make this Affidavit.

2.      I am an attorney admitted to practice law in Arizona since 2011.

3.      My practice has always been in litigation. I have always pursued my clients' claims for violation of their civil rights.

4.      I am one of the attorneys representing Plaintiff Elizabeth Torres in this matter.

5.      I have been lead counsel on this case since its inception and have had the honor of communicating directly with both James Denby and Elizabeth Torres throughout the *decade* this case has been pending.

6.    I also communicated directly with former and deceased Plaintiff, Wilma Logston.

7.    I, along with my law partner Robert Mills, personally met with Ms. Torres on February 24, 2026, beginning at 12:19 p.m.

8.    Also present at that meeting was her brother, Plaintiff James Denby.

9.    Suzanne Jackson, Ms. Torrez' eldest daughter who holds power of attorney for Ms. Torres, was also present at the meeting via speaker phone.

10.    The meeting lasted over an hour.

11.    For obvious ethical and privilege reasons I cannot, and will not, divulge the contents of the meeting.

12.    I can only say that the specific purpose of the meeting was to prepare responses to Defendants' written discovery requests.

13.    Nothing about that meeting caused me to believe that Ms. Torres was incapable of giving testimony, and nothing caused me to doubt that both Ms. Torres and Ms. Jackson understood that we were representing Ms. Torres.

14.    I have never believed that Ms. Torres' testimony is necessary to prove either her claims or Jim Denby's claims in this matter.

15.    When Ms. Torres' nurse practitioner issued a written opinion that Ms. Torres is not competent to testify, it didn't change anything other than to establish that perhaps Ms. Torres should not testify.

16.    It was and continues to be my belief and opinion that despite the opinion of the nurse practitioner, Ms. Torres is capable of testifying.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

17.     Despite this, and to protect my client, Ms. Torres, I authored a Motion to Vacate the competency hearing because of the nurse practitioner's report.

18.     At the time we received the Court's Order dismissing the case, we were arranging to have Ms. Torres brought to Court on April 28, 2026, and thereafter as much as possible.

19.     I have read the Court's Order dismissing all claims in this matter.

20.     In my 15 years of practicing law, I have not until now had any court accuse me of being dishonest or deceitful. It has never once even been implied. Rather, I have had judges applaud me for my honesty and integrity. I take this Court's accusations very seriously, and I specifically request the opportunity to clear my name in open Court as soon as possible. I am suddenly available next week.

21.     Robert Mills and I founded Mills + Woods Law PLLC in 2015.

22.     I have always known Robert to observe high ethical standards, and candor and honesty with the courts in which we practice.

I declare, under penalty of perjury, that the foregoing is true and correct to the full extent of my knowledge, recollection, and belief.

EXECUTED this 8th day of May 2026.

*/s/ Sean A. Woods*
Sean A. Woods