EXHIBIT 4

Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| James W. Denby, a single man; Elizabeth J. Torres, a single woman, | Case No.: CV-17-00119-PHX-SPL |
|---|---|
| Plaintiffs, | **DECLARATION OF ROBERT T. MILLS** |
| vs. | |
| David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man, | (Assigned to the Hon. Steven P. Logan) |
| Defendants. | |

I, Robert T. Mills, declare as follows:

1. I am an adult, and competent to make this Affidavit.

2. I am an attorney admitted to practice law in Arizona since 1998.

3. Before that I was admitted to practice law in Illinois in 1989, and in Missouri in 1990. I allowed those licensures to lapse after moving to Arizona and deciding I was not going back to either state.

4. After my admission to the Illinois State Bar, I served a clerkship with the Honorable Howard C. Ryan (now deceased), Supreme Court of Illinois until his retirement at the end of 1990.

5. My practice has always been in litigation.

6.    I am one of the attorneys representing Plaintiff Elizabeth Torres in this matter.

7.    I, along with my law partner Sean Woods, personally met with Ms. Torres on February 24, 2026, beginning at 12:19 p.m.

8.    Also present at that meeting was Plaintiff Jim Denby, her brother.

9.    Suzanne Jackson, Ms. Torrez' eldest daughter who holds power of attorney for Ms. Torres was also present at the meeting via speaker phone.

10.    The meeting lasted over an hour.

11.    For obvious ethical and privilege reasons, I cannot and will not divulge the contents of the meeting.

12.    I can only say that the specific purpose of the meeting was to prepare responses to Defendants' written discovery requests.

13.    Nothing about that meeting caused me to believe that Ms. Torres was incapable of giving testimony, and nothing caused me to doubt that both Ms. Torres and Ms. Jackson understood that we were representing Ms. Torres.

14.    Nor have I ever believed that Ms. Torres' testimony is necessary to prove either her claims or Jim Denby's claims in this matter.

15.    When Ms. Torres' nurse practitioner issued a written opinion that Ms. Torres is not competent to testify, it didn't change anything other than to establish that perhaps Ms. Torres should not testify.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

16.    It was and continues to be my belief and opinion that if Ms. Torres is capable of testifying, great. If not, it would not adversely affect Plaintiffs' ability to prove their claims.

17.    At the time we received the Court's Order dismissing the case, we were arranging to have Ms. Torres brought to Court on April 28, 2026, and thereafter as much as possible.

18.    I have read the Court's Order dismissing all claims in this matter.

19.    In my 37 years of practicing law, I have not until now had any court accuse me of being dishonest or deceitful. I take these accusations very seriously, and I specifically request the opportunity to clear my name in open Court as soon as possible. I am suddenly available next week.

20.    Sean Woods and I founded Mills + Woods Law PLLC in 2015.

21.    I have always known Sean to observe high ethical standards, and act with candor and honesty toward the courts in which we practice.

I declare, under penalty of perjury, that the foregoing is true and correct to the full extent of my knowledge, recollection, and belief.

EXECUTED this 8th day of May, 2026.

<em>/s/ Robert T. Mills</em>
Robert T. Mills

3