# EXHIBIT 1

TORRES, ELIZABETH J DOB: 10/11/███ (74 yo, F) **Acc No.** 25700 **DOS:** 04/08/2025

**Patient:** TORRES, ELIZABETH J
**Account Number:** 25700                                          **Provider:** Eunmee Chung, DNP
**DOB:** 10/11/███ **Age:** 74 Y **Sex:** Female
**Phone:** 602-743-1922                                           **Date:** 04/08/2025
**Address:** 5330 W UNION HILLS DR, GLENDALE, AZ-85308-1311

## Subjective:

### Chief Complaints:

1. Cognitive Visit.

### HPI:

Office Note:

Visit established with patient today to complete a biannual cognitive exam. Patient has a history of cognitive impairment with no acute injury or implication for sudden onset of cognitive change.

"The patient was evaluated today for the above complaints at their current residence in lieu of an office visit as the patient is homebound, with a history of muscle weakness; uses an assistive device and requires moderate to maximum assistance for transfers and ADLs. Leaving home is not recommended as it would require considerable and taxing effort resulting in increased fall risk and hemodynamic instability. Available labs, medications, records, and events were reviewed. Education and counseling completed, treatment options discussed, patient verbalized understanding. Assessment finding and place of care discussed in detail with patient, family, and/or staff."

Elizabeth J. Torres is a 74-year-old female seen today for a follow-up visit. She is awake, alert, and oriented to person but forgetful about the situation and time. She is cooperative during the exam and ambulatory with a four-wheel walker. She was seen today for a cognitive exam and scored 20 out of 30 on her Mini-Mental State Examination (MMSE), indicating mild cognitive impairment.

She has a medical history significant for type 2 diabetes and is currently managing her blood glucose levels with Lantus (3 units in the morning and 41 units at bedtime), with the most recent hemoglobin A1C being 6.6% (measured on January 8th). She continues to do well with her current regimen.

She is a frail elderly patient due to her dementia and weakness but is stable overall. No other changes in her condition are noted at this time.

Her vital signs today include a blood pressure of 120/66 mmHg, a temperature of 97.7 degree(s) F, respiratory rate of 17, heart rate of 76 bpm, oxygen saturation of 98%, and weight of 220 pounds. She is 63 inches tall.

### ROS:

**General**: No weight loss or fever. Complains of mild forgetfulness. No recent hospitalizations.
**Cardiovascular**: No chest pain, palpitations, or shortness of breath.
**Respiratory**: No cough, wheezing, or shortness of breath at rest.
**Gastrointestinal**: No nausea, vomiting, abdominal pain, or changes in bowel habits.
**Genitourinary**: No dysuria or incontinence.
**Musculoskeletal**: No joint pain or swelling. Ambulatory with a four-wheel walker, mild weakness.
**Neurologic**: Mild forgetfulness, no headaches or dizziness. Cognitive impairment as per MMSE score.
**Endocrine**: Type 2 diabetes, well-controlled on current regimen.
**Psychiatric**: Mild forgetfulness related to cognitive impairment, no signs of depression or anxiety.

**Medical History:** Hypertensive heart disease without heart failure, Type 2 diabetes, HbA1c goal < 7%, Mixed hyperlipidemia, Obesity (BMI 30-39.9), Other chronic pain, Acquired hypothyroidism, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Need for assistance with personal care.

**Provider: Eunmee Chung, DNP**                                          **Date: 04/08/2025**
**Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT**

1/18

TORRES, ELIZABETH J **DOB:** 10/11/█████ (74 yo F) **Acc No.** 25700 **DOS:** 04/08/2025

**Medications:** Taking Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Taking Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Memantine HCl 10 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Taking ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Senna S 8.6-50 MG Tablet 2 tablets at bedtime Orally Once a day , stop date 07/06/2025, Taking Diclofenac Sodium 1 % Gel apply Externally twice a day , Taking Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Taking Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Taking Lisinopril 40 MG Tablet 1 tablet Orally Once a day , Taking traZODone HCl 50 MG Tablet 1 tablet Orally Twice a day , Taking Lasix 20 MG Tablet 3 tablets in the morning Orally Once a day , stop date 08/16/2025, Medication List reviewed and reconciled with the patient

**Allergies:** Iodine.

## Objective:

### Vitals:
Ht: 63 in, Wt: **220** lbs, BMI: **38.97** Index, BP: **120/66** mm Hg, HR: **76** /min, RR: **17** /min, Temp: **97.7** F, Oxygen sat %: **98** %, Wt-kg: 99.79 kg, Ht-cm: 160.02 cm, Body Surface Area: 2.1.

### Examination:
General Examination:

1/11
What is the
Year -0
Season -0
Day of the week -0
Month -0
Date -0

2/11
Where are we now-0
State -1
County -1
Town/city -1
Hospital Floor -0

3/11
Name 3 unrelated objects, ask subject to recite them now and remember them for later.
Apple -1
Table -1
Penny -1

4/11
Count backward from 100 by sevens/or spell 'world' backwards (see patterns):
D -1
L -1
R -1
O -1
W -1

5/11
Name the three things asked to remember earlier. E.g.
Apple-0
Table -0
Penny -0

---

Provider: Eunmee Chung, DNP

Date: 04/08/2025

Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

TORRES, ELIZABETH J **DOB:** 10/11/█████ (74 yo F) **Acc No.** 25700 **DOS:** 04/08/2025

6/11
Name objects shown to patient:
Wristwatch -1
Pen or pencil -1

7/11
Repeat the phrase:
'No ifs, ands, or buts.' -1

8/11.
Follow these instructions:
'Take the paper in your right hand -1
fold it in half, -1
and put it on the floor.-1

9/11.
Read and follow the instructions:
Close your eyes -1

10/11
Make up and write a sentence about anything, which contains a noun and a verb:
Sentence acceptable

11/11
Please copy this picture (intersecting pentagons with a four-sided intersection) or draw a clock that read 5 o'clock:
Picture acceptable or not acceptable

Patient total score: 20__/30

Severity
0-17 Moderate-Severe cognitive impairment
18-23 Mild cognitive impairment
24-30: WNL.

## Assessment:
### Assessment:

1. Type 2 diabetes, HbA1c goal < 7% - E11.9 (Primary)
2. Alzheimer's disease, unspecified - G30.9
3. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety - F02.B0
4. Frail elderly - R54

## Plan:
### Treatment:
### 1. Others
Notes:

1. Cognitive Impairment (MMSE score: 20/30)
   - Continue current regimen for dementia: Continue monitoring cognitive function with annual cognitive exams.

Provider: Eunmee Chung, DNP

TORRES, ELIZABETH J DOB: 10/11/██ (74 yo F) Acc No. 25700 DOS: 04/08/2025

- ○ Referral to Neurology: Given the moderate cognitive impairment and score of 20/30 on the MMSE, refer to neurology for further evaluation and potential adjustment to the dementia management plan.
- ○ Cognitive Support: Discuss the role of cognitive therapies and other non-pharmacological interventions (e.g., memory aids, routine and cognitive stimulation).
- ○ Consider medication review: Evaluate current medications that may affect cognitive function.
- ○ Family and Caregiver Education: Provide education on dementia progression and management, and offer caregiver resources.

2. Type 2 Diabetes (A1C: 6.6)
- ○ Continue current diabetes management: Continue insulin regimen with Lantus 3 units in the morning and 41 units at bedtime.
- ○ Monitor blood sugar levels: Encourage patient to check blood glucose levels regularly.
- ○ Diet and Lifestyle Modifications: Review diet with the patient and/or family, emphasizing balanced nutrition to maintain glycemic control.
- ○ Routine Follow-up: Schedule regular follow-up appointments for diabetes management, including labs to monitor glucose and renal function.
- ○ A1C Monitoring: Reassess A1C in 3-6 months to ensure optimal control.

3. Frailty/Weakness
- ○ Continue use of mobility aid: Encourage the use of the four-wheel walker for safety, especially given the patient's frailty and weakness.
- ○ Physical Therapy (PT): Recommend a referral to PT to address weakness, improve mobility, and prevent further deconditioning.
- ○ Exercise: Encourage light activity to the extent tolerated, with a focus on strengthening exercises.
- ○ Safety Concerns: Emphasize fall prevention strategies, including regular assessment of home safety, and encourage family/caregivers to be actively involved in supporting the patient's mobility.

4. Blood Pressure (120/66)
- ○ Continue current hypertension management: No changes needed to current medication regimen as BP is within an acceptable range.
- ○ Regular Monitoring: Encourage home blood pressure monitoring and to continue reporting measurements to the care team.
- ○ Lifestyle Adjustments: Reinforce the importance of a low-sodium diet and weight management to support blood pressure control.
- ○ Follow-Up: Ensure regular blood pressure checks at follow-up visits.

5. Other Considerations/General Care
- ○ Routine Lab Work: Continue routine lab monitoring for diabetes, renal function, and thyroid function. Review thyroid panel in May and adjust levothyroxine dosage if needed.
- ○ Advance Care Planning: Discuss advance care planning with the patient and family. Encourage the patient to document wishes for end-of-life care and provide information on legal documentation (e.g., living will, healthcare proxy).
- ○ Family and Caregiver Support: Offer caregiver resources and encourage family involvement in care and decision-making. Ensure the family is aware of the patient's do-not-resuscitate (DNR) status.
- ○ Follow-up Appointments: Schedule a follow-up in 3 months or sooner if needed for further monitoring of cognitive function, diabetes control, and blood pressure management.

Procedure Codes: 99483 ASSMT & CARE PLN PT COG IMP

**Billing Information:**

**Visit Code:**
**Procedure Codes:**
99483 ASSMT & CARE PLN PT COG IMP.

TORRES, ELIZABETH J **DOB:** 10/11/███ (74 yo F) **Acc No.** 25700 **DOS:** 04/08/2025



**Electronically signed by Eunmee Chung , DNP on 04/15/2025 at 09:11 AM MDT**
**Sign off status: Completed**

---

Provider: Eunmee Chung, DNP

Date: 04/08/2025
Generated for Printing/Faxing/eTransmitting on: 04/07/2026 04:42 PM MDT

# EXHIBIT 2

**TORRES, ELIZABETH J DOB:** 10/11/████ (75 yo F) **Acc No.** 25700 **DOS:** 10/21/2025

**Patient:** TORRES, ELIZABETH J
**Account Number:** 25700
**DOB:** 10/11/████ **Age:** 75 Y **Sex:** Female
**Phone:** 602-743-1922
**Address:** 5330 W UNION HILLS DR, GLENDALE, AZ-85308-1311

**Provider:** Eunmee Chung, DNP

**Date:** 10/21/2025

## Subjective:

**Chief Complaints:**
   1. Cognitive Exam.

**HPI:**
   Office Note:
   Patient presenting today for cognitive exam, no acute changes to baseline mentation.

   Patient is being evaluated in their residence in lieu of an office visit as patient is homebound, with history of muscle weakness; Pt. uses assistive device, and requires moderate to maximum assistance for transfers and ADL's. Leaving home is not recommended as it would require considerable and taxing effort resulting in increased fall risk and hemodynamic instability. Available labs, medications, records and events were reviewed. Education and counseling completed, treatment options discussed, patient verbalized understanding. Assessment finding and place of care discussed in detail with patient, family, and/or staff.

**Medical History:** Type 2 diabetes, HbA1c goal < 7%, Acquired hypothyroidism, Mixed hyperlipidemia, Other chronic pain, Major depressive disorder, single episode, moderate, Anxiety, Neuropathy, Lower extremity edema, Alzheimer's disease, unspecified, Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety, Hypertensive heart disease without heart failure, Need for assistance with personal care.

**Medications:** Taking Lantus SoloStar 100 UNIT/ML Solution Pen-injector 3 unit in AM and 41 units in the PM Subcutaneous Twice a day , Taking Mupirocin 2 % Ointment 1 application to affected area Externally once daily , Taking Levothyroxine Sodium 100 MCG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Memantine HCl 10 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Clobetasol Propionate 0.05 % Cream APPLY TOPICALLY TO AFFECTED AREA ONCE DAILY , Taking ARIPiprazole 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Diclofenac Sodium 1 % Gel apply Externally twice a day , Taking Memantine HCl 5 MG Tablet 1 tablet Orally Once a day , Taking Stimulant Laxative 8.6-50 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY NIGHT AT BEDTIME , Taking traZODone HCl 50 MG Tablet 1 tablet at bedtime Orally Once a day , Notes to Pharmacist: Discontinue previous orders, Taking Lisinopril 10 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY (HOLD FOR SBP<110) , Taking Potassium Chloride ER 10 MEQ Tablet Extended Release TAKE 1 TABLET BY MOUTH ONCE DAILY , Taking Bumetanide 2 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY , Medication List reviewed and reconciled with the patient

**Allergies:** Iodine.

## Objective:

**Vitals:**

**Examination:**
   General Examination:
   1/11
   What is the
   Year -0
   Season -0
   Day of the week -0
   Month -1
   Date -0

4/7/26, 3:42 PM

**TORRES, ELIZABETH J DOB:** 10/11/█████ (75 yo F) **Acc No.** 25700 **DOS:** 10/21/2025

2/11
Where are we now-1
State -1
County -1
Town/city -0
Hospital Floor -0

3/11
Name 3 unrelated objects, ask subject to recite them now and remember them for later.
Apple -1
Table -1
Penny -1

4/11
Count backward from 100 by sevens/or spell 'world' backwards (see patterns):
D -1
L -1
R -1
O -1
W -1

5/11
Name the three things asked to remember earlier. E.g.
Apple-0
Table -0
Penny -0

6/11
Name objects shown to patient:
Wristwatch -1
Pen or pencil -1

7/11
Repeat the phrase:
'No ifs, ands, or buts.' -1

8/11.
Follow these instructions:
'Take the paper in your right hand -1
fold it in half, -1
and put it on the floor.-1

9/11.
Read and follow the instructions:
Close your eyes -1

10/11
Make up and write a sentence about anything, which contains a noun and a verb:
Sentence acceptable OR not acceptable-1

11/11
Please copy this picture (intersecting pentagons with a four-sided intersection) or draw a clock that read 5 o'clock:
Picture acceptable or not acceptable-1

Patient total score: 21/30

---

Provider: Eunmee Chung, DNP

Date: 10/21/2025

TORRES, ELIZABETH J DOB: 10/11/█████ (75 yo F) Acc No. 25700 DOS: 10/21/2025

Severity
0-17 Moderate-Severe cognitive impairment
18-23 Mild cognitive impairment
24-30: WNL.

## Assessment:

### Assessment:

1. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety - F02.B0 (Primary)

## Plan:

### Treatment:

**1. Dementia in other diseases classified elsewhere, moderate, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety**

Notes: Progressive disease, with no acute change in behavior or cognition as per staff/ patient. Continue with medications as prescribed. Continue calm/structured environment in locked down memory unit, continue supportive care and assistance with ADLs, continue memory aids (calendars, clocks, etc.) and safety measures, use behavioral measures- reorientation, redirection, reducing triggers- as needed, encourage socialization, monitor for acute changes in behavior or mentation.

Clinical Notes: .

**2. Others**

Notes: MMSE SCORE: 21/30

**Procedure Codes:** 99483 ASSMT & CARE PLN PT COG IMP

## Billing Information:

**Visit Code:**
**Procedure Codes:**
99483 ASSMT & CARE PLN PT COG IMP.



**Electronically signed by Eunmee Chung , DNP on 10/27/2025 at 02:04 PM MDT**
**Sign off status: Completed**

---

**Provider: Eunmee Chung, DNP**

TORRES, ELIZABETH J DOB: 10/11/███ (75 yo F) Acc No. 25700 DOS: 02/05/2026

## Progress Notes

**Patient:** TORRES, ELIZABETH J
**Account Number:** 25700
**DOB:** 10/11/1950  **Age:** 75 Y  **Sex:** Female
**Phone:** 602-743-1922
**Address:** 5330 W UNION HILLS DR, GLENDALE, AZ-85308-1311

**Provider:** Melissa Claudio, GNP

**Date:** 02/05/2026

## Subjective:

### Chief Complaints:

### HPI:
Office Note:
**Psych Follow-Up Note**

**Chief Complaint**
Major single episode depression, moderate severity, anxiety, Alzheimer's disease, major neurocognitive disorder, moderate with behaviors.

Patient not able to leave their home due to cognitive loss and mental illness, therefore requiring a home visit.

**O:**
Patient seen for follow-up. Patient is a 75-year-old female who appears her stated age and is alert and oriented x1. Patient has good eye contact and appears calm. She states her mood is very good with a slight decrease in cognition. She could not remember what state we are in, which is unlike her. She is tolerating her meds. She is eating fair and states she has a decreased appetite. She is sleeping okay. She states she is worried about her friend that is in the room with her because they dilated his eyes and he still cannot see well. She denies hallucinations or suicidal thoughts at this time. She continues to fixate on wanting to go home because her house is so close by.

**Review of Systems (ROS)**
Denies all systems.

**Mental Status Examination (MSE)**
**Appearance:** Patient is a 75-year-old female, appears stated age, dressed appropriately for the situation, weight within normal limits.
**Mood:** Patient states "very good," appears euthymic.
**Affect:** Blunted, congruent.
**Speech:** Spontaneous, normal rate and rhythm, normal volume, normal quantity.
**Thought Process:** Organized, goal directed.
**Thought Content:** Denies suicidal or homicidal thoughts. Some delusions. No obsessions, no phobias, no preoccupations.
**Perception:** Does not appear to be responding to internal stimuli. Denies auditory, visual, olfactory, or tactile hallucinations.
**Cognition:** Alert and oriented x1. Attention and concentration good.
**Insight and Judgment:** Impaired.

**Psychosocial History**
No changes from previous visit.

**Collaboration**
Coordination with staff.

**Psychotherapy**

# EXHIBIT 3

Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman, | Case No.: CV-17-00119-PHX-SPL |
| Plaintiffs, | **DECLARATION OF SEAN A. WOODS** |
| vs. | |
| David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man, | (Assigned to the Hon. Steven P. Logan) |
| Defendants. | |

I, Sean A. Woods, declare as follows:

1.    I am an adult, and competent to make this Affidavit.

2.    I am an attorney admitted to practice law in Arizona since 2011.

3.    My practice has always been in litigation. I have always pursued my clients' claims for violation of their civil rights.

4.    I am one of the attorneys representing Plaintiff Elizabeth Torres in this matter.

5.    I have been lead counsel on this case since its inception and have had the honor of communicating directly with both James Denby and Elizabeth Torres throughout the *decade* this case has been pending.

6.    I also communicated directly with former and deceased Plaintiff, Wilma Logston.

7.    I, along with my law partner Robert Mills, personally met with Ms. Torres on February 24, 2026, beginning at 12:19 p.m.

8.    Also present at that meeting was her brother, Plaintiff James Denby.

9.    Suzanne Jackson, Ms. Torrez' eldest daughter who holds power of attorney for Ms. Torres, was also present at the meeting via speaker phone.

10.    The meeting lasted over an hour.

11.    For obvious ethical and privilege reasons I cannot, and will not, divulge the contents of the meeting.

12.    I can only say that the specific purpose of the meeting was to prepare responses to Defendants' written discovery requests.

13.    Nothing about that meeting caused me to believe that Ms. Torres was incapable of giving testimony, and nothing caused me to doubt that both Ms. Torres and Ms. Jackson understood that we were representing Ms. Torres.

14.    I have never believed that Ms. Torres' testimony is necessary to prove either her claims or Jim Denby's claims in this matter.

15.    When Ms. Torres' nurse practitioner issued a written opinion that Ms. Torres is not competent to testify, it didn't change anything other than to establish that perhaps Ms. Torres should not testify.

16.    It was and continues to be my belief and opinion that despite the opinion of the nurse practitioner, Ms. Torres is capable of testifying.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

17. Despite this, and to protect my client, Ms. Torres, I authored a Motion to Vacate the competency hearing because of the nurse practitioner's report.

18. At the time we received the Court's Order dismissing the case, we were arranging to have Ms. Torres brought to Court on April 28, 2026, and thereafter as much as possible.

19. I have read the Court's Order dismissing all claims in this matter.

20. In my 15 years of practicing law, I have not until now had any court accuse me of being dishonest or deceitful. It has never once even been implied. Rather, I have had judges applaud me for my honesty and integrity. I take this Court's accusations very seriously, and I specifically request the opportunity to clear my name in open Court as soon as possible. I am suddenly available next week.

21. Robert Mills and I founded Mills + Woods Law PLLC in 2015.

22. I have always known Robert to observe high ethical standards, and candor and honesty with the courts in which we practice.

I declare, under penalty of perjury, that the foregoing is true and correct to the full extent of my knowledge, recollection, and belief.

EXECUTED this 8th day of May 2026.

_/s/ Sean A. Woods_
Sean A. Woods

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

# EXHIBIT 4

Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br><br>                 Plaintiffs,<br><br>        vs.<br><br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br><br>                 Defendants. | Case No.: CV-17-00119-PHX-SPL<br><br>**DECLARATION OF ROBERT T. MILLS**<br><br>(Assigned to the Hon. Steven P. Logan) |

I, Robert T. Mills, declare as follows:

1.     I am an adult, and competent to make this Affidavit.

2.     I am an attorney admitted to practice law in Arizona since 1998.

3.     Before that I was admitted to practice law in Illinois in 1989, and in Missouri in 1990. I allowed those licensures to lapse after moving to Arizona and deciding I was not going back to either state.

4.     After my admission to the Illinois State Bar, I served a clerkship with the Honorable Howard C. Ryan (now deceased), Supreme Court of Illinois until his retirement at the end of 1990.

5.     My practice has always been in litigation.

6.     I am one of the attorneys representing Plaintiff Elizabeth Torres in this matter.

7.     I, along with my law partner Sean Woods, personally met with Ms. Torres on February 24, 2026, beginning at 12:19 p.m.

8.     Also present at that meeting was Plaintiff Jim Denby, her brother.

9.     Suzanne Jackson, Ms. Torrez' eldest daughter who holds power of attorney for Ms. Torres was also present at the meeting via speaker phone.

10.    The meeting lasted over an hour.

11.    For obvious ethical and privilege reasons, I cannot and will not divulge the contents of the meeting.

12.    I can only say that the specific purpose of the meeting was to prepare responses to Defendants' written discovery requests.

13.    Nothing about that meeting caused me to believe that Ms. Torres was incapable of giving testimony, and nothing caused me to doubt that both Ms. Torres and Ms. Jackson understood that we were representing Ms. Torres.

14.    Nor have I ever believed that Ms. Torres' testimony is necessary to prove either her claims or Jim Denby's claims in this matter.

15.    When Ms. Torres' nurse practitioner issued a written opinion that Ms. Torres is not competent to testify, it didn't change anything other than to establish that perhaps Ms. Torres should not testify.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

16. It was and continues to be my belief and opinion that if Ms. Torres is capable of testifying, great. If not, it would not adversely affect Plaintiffs' ability to prove their claims.

17. At the time we received the Court's Order dismissing the case, we were arranging to have Ms. Torres brought to Court on April 28, 2026, and thereafter as much as possible.

18. I have read the Court's Order dismissing all claims in this matter.

19. In my 37 years of practicing law, I have not until now had any court accuse me of being dishonest or deceitful. I take these accusations very seriously, and I specifically request the opportunity to clear my name in open Court as soon as possible. I am suddenly available next week.

20. Sean Woods and I founded Mills + Woods Law PLLC in 2015.

21. I have always known Sean to observe high ethical standards, and act with candor and honesty toward the courts in which we practice.

I declare, under penalty of perjury, that the foregoing is true and correct to the full extent of my knowledge, recollection, and belief.

EXECUTED this 8th day of May, 2026.

/s/ Robert T. Mills
Robert T. Mills

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3