UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAMES W. DENBY, a single man and
ELIZABETH J. TORRES, a single woman,

        Plaintiffs - Appellants,

  v.

DAVID ENGSTROM, husband; et al.,

        Defendants - Appellees.

No. 26-3420

D.C. No.
2:17-cv-00119-SPL
District of Arizona,
Phoenix

ORDER

Proceedings in this court other than mediation are stayed until the district court rules on the timely tolling motion filed on May 15, 2026. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district court and the district judge.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT