Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| James W. Denby, a single man; Elizabeth J. Torres, a single woman,<br>Plaintiffs,<br>vs.<br>David Engstrom; Jacob H. Robinson; Christopher Lapre; Sgt. Gragg; Rory Skedel; Abram Ochoa, a single man,<br>Defendants. | Case No.: CV-17-00119-PHX-SPL<br>**PLAINTIFFS' AMENDED NOTICE OF APPEAL**<br>(Assigned to the Hon. Steven P. Logan) |

Through counsel undersigned and pursuant to Rules 3 and 4(a)(4) of the Federal Rules of Appellate Procedure, Plaintiffs James W. Denby and Elizabeth J. Torres (collectively, "Plaintiffs") hereby appeal the following Orders in this action to the United States Court of Appeals for the Ninth Circuit: the Court's Order, ECF No. 329, dismissing this action in its entirety; the Clerk's Judgment of Dismissal in a Civil Case, ECF No. 330, and; the Court's Order, ECF No. 341, denying Plaintiffs' Motion for Reconsideration of Order Dismissing Case.

///

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 15th day of August 2026.

**MILLS + WOODS LAW, PLLC**

By *___/s/ Sean A. Woods___*
Sean A. Woods
Robert T. Mills
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorneys for Defendants David and Jane Doe Engstrom, Jacob H. Robinson, Christopher and Jane Doe Lapre, Sgt. Gragg and Jane Doe Gragg, and Rory Skedel*

Abram Ochoa
Tuc.Rita.library@azadc.gov
*Defendant*

*___/s/ Ben Dangerfield___*